Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUL 3 1 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

03-00029

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV_____ |
| Plaintiff, | MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST AND DIRECTING MARSHALL TO ARREST AND TO TAKE POSSESSION OF VESSEL |
| vs. | |
| F/V PALAU MARU NO. 1, | |
| Defendant. | [Supplemental Rules C(3) and E(4) and Local Admiralty Rule E(3)] |

**COMES NOW** Plaintiff Shell Guam, Inc. and alleges as follows:

1. That on July 31, 2003, the above captioned case was filed to foreclose a maritime lien.

2. Plaintiff Shell Guam, Inc. is entitled to an order for, and arrest of, the F/V Palau Maru No. 1.

3. That the Vessel Palau Maru No. 1 is presently located in the Port Authority of Guam, Piti, Guam USA.

4. This is an *in rem* action only.

ORIGINAL

Page 2
Motion for Order Authorizing Issuance of Warrant of Arrest and Directing Marshall to Arrest and to take Possession of Vessel
[Supplemental Rules C(3) and E(4) and Local Admiralty Rule E(3)]
Shell Guam, Inc. v. F/V Palau Maru No. 1

**WHEREFORE**, Plaintiff Shell Guam, Inc. moves the Court, pursuant to Supplemental Rules C(3) and E(4) and Local Admiralty Rule E(3) for an order as follows:

1. Authorizing and directing the Clerk of this Court to issue a Warrant for Arrest of the Vessel Palau Maru No. 1.

2. Directing the United States Marshall to serve the Warrants for Arrest as provided by law.

3. Appointing Captain Jurgen Unterberg to act as custodian and to take possession of the Vessel Palau Maru No. 1.

4. Providing that the sole responsibility of the United States Marshall is to serve the Warrant for Arrest and that the United States Marshall shall have no responsibility or liability respecting the custody of the Vessel Palau Maru No. 1.

Dated this 31 day of **July 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#1940