Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

FILED
DISTRICT COURT OF GUAM

AUG - 1 2003

MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

03-00029

SHELL GUAM, INC.,                          )       CIVIL CASE NO. CIV_____
a Guam corporation,                        )
                                           )
               Plaintiff,                  )       [PROPOSED]
                                           )       ORDER OF ISSUANCE
       vs.                                 )       OF PROCESS OF MARITIME
                                           )       ATTACHMENT AND ARREST
F/V PALAU MARU NO. 1,                      )
                                           )
               Defendant.                  )
_____   )

       Upon reading the Verified Complaint *In Rem* and Motion for Issuance of Process of

Maritime Arrest filed herein, and supporting Request for Review and Affidavit and good cause

appearing therefor, it is this _____ day of July 2003, by the United States District Court for the

District of Guam USA:

       **ORDERED**:

       1.      The Clerk of this Court is authorized and directed to issue a Warrant for Arrest of

the Vessel Palau Maru No. 1;

ORIGINAL

2.    The United States Marshall is directed to serve the Warrant for Arrest as provided by law;

3.    Captain Jurgen Unterberg is appointed to act as custodian and to take possession of the Vessel Palau Maru No. 1; and

4.    The sole responsibility of the United States Marshall is to serve the warrant and that the United States Marshall shall have no responsibility or liability respecting the custody of the Vessel Palau Maru No. 1; and it is further

**ORDERED**, that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff Shell Guam, Inc., be entitled to an order requiring the Plaintiff Shell Guam, Inc. to show cause forthwith why the arrest should not be vacated or other relief granted.

**SO ORDERED** this 1st day of August 2003

_____

**HONORABLE JOHN S. UNPINGCO**
**Chief Judge**

Z8(004.676)\PLD\P#1941

RECEIVED

JUL 31 2003

DISTRICT COURT OF GUAM
HAGATNA, GUAM