Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :    (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>          Defendant. | CIVIL CASE NO. CIV03-00029<br><br>MOTION FOR AN ORDER<br>REGARDING WEATHER CONDITIONS<br><br>[NO HEARING REQUIRED] |

**COMES NOW**, Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**") by and through its attorney of record, Steven A. Zamsky, Esq., of the Zamsky Law Firm, and advises this court of the matters hereinafter set forth and moves that this court enter an order as hereinafter set forth.

Counsel has been advised by the Custodian Captain Jurgen Unterberg (hereinafter "**Custodian**"), that the storm which is presently near Chuuk is likely to pass over Guam and it is possible that the winds will be strong enough to be a danger to the F/V Palau Maru No. 1 (hereinafter "**Vessel**").

The Vessel is seaworthy and has crew and fuel on board as well.

The safest thing for the Vessel is to be at sea and away from the storm.

ORIGINAL

Neither Plaintiff nor the Custodian desire to be responsible for any damage to the Vessel due to the storm.

If the storm does pass over Guam, it is presently forecast to do so on Sunday morning, August 17, 2003.

Plaintiff is therefore requesting an order now, but having it come into effect immediately upon Condition II being declared.

**WHEREFORE**, Plaintiff moves the entry for an order as follows:

1. At such time within one week of the date of the order as Condition II is declared on Guam, the arrest shall be released and stayed and the U.S. Marshal and the Custodian shall have no responsibility for any damage to the Vessel. The Custodian and so much of the crew and other persons as the Custodian deem appropriate.

2. The Arrest shall remain in effect.

3. At such time as the Island of Guam is declared to be in Typhoon Condition IV, the Custodian shall return the Vessel to Guam.

Respectfully submitted this 15 day of **AUGUST 2003**.

ZAMSKY LAW FIRM
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#1985