Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 15 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>Defendant. | CIVIL CASE NO. CIV03-00029<br><br>[PROPOSED]<br>ORDER REGARDING<br>WEATHER CONDITIONS |

The above-entitled action having come before this court without hearing upon Plaintiff Shell Guam, Inc.'s Motion for an Order Regarding Weather Conditions and good cause appearing therefor, it is

**ORDERED**:

1. That the Custodian, such of his employees and the F/V Palau Maru No. 1's (hereinafter **"Vessel"**) crew are authorized to take the Vessel to sea at such time as Condition II is declared, and to return as soon as reasonably possible after Condition IV is declared.

ORIGINAL

2. That during such time the Warrant of Arrest shall remain effective.

**SO ORDERED** this 15th day of **AUGUST 2003**.

for _/s/_
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE

Z8(004.676)\PLD\P#1986

**FILED**
DISTRICT COURT OF GUAM
AUG 1 5 2003
MARY L. M. MORAN
CLERK OF COURT