Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

03-00029

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV_____ |
| Plaintiff, | ) ) | WARRANT FOR ARREST OF VESSEL |
| vs. | ) ) | [Supplemental Rules C and E(4)] |
| F/V PALAU MARU NO. 1, | ) ) | |
| Defendant. | ) ) | |

TO:   UNITED STATES MARSHALL, DISTRICT COURT OF GUAM

GREETINGS:

**WHEREAS**, a Verified Complaint *In Rem* was filed in the United States District Court for the District of Guam USA on the 31st day of July 2003, by Plaintiff Shell Guam, Inc., whose attorney is Steven A. Zamsky, Esq., of the Zamsky Law Firm, asserting an admiralty and maritime lien and claim or cause of action *in rem* against the Vessel Palau Maru No. 1, more particularly described in said Verified Complaint, together with her engines, boilers, boats, machinery, tackle, fittings and appliances and;

**WHEREAS**, the attorney for Plaintiff Shell Guam, Inc. has filed a Verified Complaint *In Rem* against said Vessel Palau Maru No. 1 requesting the issuance of a warrant for the arrest of the Vessel Palau Maru No. 1 and for service of a copy of the Verified Complaint *In Rem* and Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the Vessel Palau Maru No. 1;

**YOU ARE THEREFORE COMMANDED** to forthwith arrest the said Vessel Palau Maru No. 1, her engines, boilers, boats, machinery, tackle, fittings and appliances, and to detain the same until the further order of this Court respecting the same or until the release of the same is duly obtained, and to serve a copy of the Verified Complaint *In Rem* filed herein and this Warrant for Arrest of Vessel upon the Master of other ranking officer or caretaker of the Vessel Palau Maru No. 1.

And what you shall have done in the premises then and there made due and prompt return, together with this Warrant for Arrest.

Dated this 1st day of August 2003.

MARSHALS RETURN
I HAVE ~~PARTIALLY~~ (EXECUTED) THIS
Warrant of Arrest BY TAKING CUSTODY
THE WITHIN NAMED F/V Palau Maru #1
AT Apra Harbor ON 8/1/03
AND UNTIL NOW HAVE KEPT Vessel
Same FOR FURTHER

TRANSFER TO Guam Oceaner
[signature] As Plan

**MARY L. MORAN**
Clerk of Court

By: **Renee M. Martinez**
**Deputy Clerk**

Z8(004.676)\PLD\P#1942

RECEIVED
JUL 31 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>SHELL GUAM, INC.<br>A GUAM CORPORATION | COURT CASE NUMBER<br>CIV03-00029 |
| DEFENDANT<br>F/V PALAU MARU NO. 1 | TYPE OF PROCESS<br>VESSEL ARREST |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V PALAU MARU NO. 1

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

VESSEL: F/V PALAU MARU NO. 1
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915

| Signature of Attorney or other Originator requesting service on behalf of:<br>STEVEN A. ZAMSKY, ESQ. | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(671) 477-3637 | DATE<br>JULY 31, 2003 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 93 | District to Serve<br>No. 93 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/1/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service<br>8/1/03 | Time<br>1800 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy<br>a/s DUSM | |

| Service Fee<br>75.00 | Total Mileage Charges (including endeavors)<br>15.0 (5.40) | Forwarding Fee | Total Charges<br>$80.40 | Advance Deposits<br>$5,000.00 | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**RECEIVED**
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | SHELL GUAM, INC. A GUAM CORPORATION | COURT CASE NUMBER CIV03-00029 |
|---|---|---|
| DEFENDANT | F/V PALAU MARU NO. 1 | TYPE OF PROCESS VESSEL ARREST |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V PALAU MARU NO. 1

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | ONE (1) |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. IMMIGRATION & NATURALIZATION SERVICE
Suite 100-108 Hernan Cortes Avenue
Hagatna, Guam USA 96910
Telephone: (671) 472-7349

Signature of Attorney or other Originator requesting service on behalf of:
STEVEN A. ZAMSKY, ESQ.  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (671) 477-3637
DATE: AUGUST 1, 2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 93 | District to Serve No. 93 | Signature of Authorized USMS Deputy or Clerk | Date 8/1/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/1/03   Time: 1900 pm

Signature of U.S. Marshal or Deputy: A/s Dum

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $75.00 | | | $75.00 | $5,000.00 | | |

REMARKS:

**RECEIVED**
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

U.S. MARSHALS-GUAM
-1 AUG 2003

| PLAINTIFF | SHELL GUAM, INC. A GUAM CORPORATION | COURT CASE NUMBER | CIV03-00029 |
|---|---|---|---|
| DEFENDANT | F/V PALAU MARU NO. 1 | TYPE OF PROCESS | VESSEL ARREST |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V PALAU MARU NO. 1

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

HARBOR MASTER
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915
TELEPHONE: (671) 477-8697

Signature of Attorney or other Originator requesting service on behalf of:
STEVEN A. ZAMSKY, ESQ.  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (671) 477-3637
DATE: JULY 31, 2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 93 | 93 | [signature] | 8/1/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 8/1/03 | 1830 | pm |

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $75.00 | — | — | $75.00 | $5,000.00 | | |

REMARKS:

**RECEIVED**
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHELL GUAM, INC. A GUAM CORPORATION | CIV03-00029 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V PALAU MARU NO. 1 | VESSEL ARREST |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V PALAU MARU NO. 1

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PORT POLICE
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915
TELEPHONE: (671) 472-2703

Signature of Attorney or other Originator requesting service on behalf of:
STEVEN A. ZAMSKY, ESQ. [signature]
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (671) 477-3637
DATE: JULY 31, 2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 93 | District to Serve No. 93 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 8/1/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
OFFICER: LT FLORES

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/1/03
Time: 1800 ☒ pm

Signature of U.S. Marshal or Deputy [signature] A/S DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $75.00 | — | | $25.00 | $5,000.00 | | |

REMARKS:

RECEIVED
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
# United States Marshals Service

U.S. MARSHALS-GUAM

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

AUG 2003 13 07

| | | |
|---|---|---|
| PLAINTIFF | SHELL GUAM, INC. A GUAM CORPORATION | COURT CASE NUMBER: CIV03-00029 |
| DEFENDANT | F/V PALAU MARU NO. 1 | TYPE OF PROCESS: VESSEL ARREST |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: F/V PALAU MARU NO. 1
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): PORT AUTHORITY OF GUAM, PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CUSTODIAN: CAPTAIN JURGEN UNTERBERG
OCEANEE ENTERPRISES, INC.
MARINE SURVEYOR/MASTER MARINE
1026 CABRAS HIGHWAY, SUITE 113
PITI, GUAM USA 96915
TELEPHONE: (671) 477-9490

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
STEVEN A. ZAMSKY, ESQ.
TELEPHONE NUMBER: (671) 477-3637
DATE: JULY 31, 2003

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 93 | 93 | | 8/1/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/1/03  Time: 1800 pm

Signature of U.S. Marshal or Deputy: A/s Duson

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $75.00 | | | $75.00 | $5,000.00 | | |

REMARKS:

**RECEIVED**
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice  
United States Marshals Service

U.S. MARSHALS-GUAM **PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | SHELL GUAM, INC. A GUAM CORPORATION | COURT CASE NUMBER CIV03-00029 |
|---|---|---|
| DEFENDANT | F/V PALAU MARU NO. 1 | TYPE OF PROCESS VESSEL ARREST |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
F/V PALAU MARU NO. 1  

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
**AT** PORT AUTHORITY OF GUAM  
PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.  
ZAMSKY LAW FIRM  
Suite 805, GCIC Building  
414 West Soledad Avenue  
Hagatna, Guam USA 96910  
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OWNER AGENT: NIKKI GUAM CORPORATION  
PORT AUTHORITY OF GUAM  
PITI, GUAM USA 96915

Signature of Attorney or other Originator requesting service on behalf of:  
STEVEN A. ZAMSKY, ESQ.  
☒ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER (671) 477-3637  
DATE JULY 31, 2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 93 | District to Serve No. 93 | Signature of Authorized USMS Deputy or Clerk | Date 8/1/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
Robert Ho (Renolith) as directed by Atty Zamsky

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 8/1/03  Time 18 15 pm

Signature of U.S. Marshal or Deputy  
a/s DUSM

| Service Fee $75.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $75.06 | Advance Deposits $5,000.00 | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

RECEIVED  
AUG 19 2003  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)