Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 22 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, ) ) ) Plaintiff, ) ) vs. ) ) F/V PALAU MARU NO. 1, ) ) Defendant. ) ) | CIVIL CASE NO. CIV03-00029 AFFIDAVIT OF PUBLICATION |

GUAM USA )
) ss:
MUNICIPALITY OF HAGÅTÑA )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1. That I am a United States citizen, over the age of eighteen (18), and not interested in the outcome of this case.

2. That I am employed in the Classified Ads Division of the Pacific Daily News, a newspaper of general circulation in Guam USA.

ORIGINAL

Page 2
Affidavit of Publication
Shell Guam, Inc. v. F/V Palau Maru No. 1
District Court of Guam Civil Case No. CIV03-00029

3. That on **AUGUST 22, 2003**, I caused to print and publish in the Classified Ads of said newspaper, a true copy of the attached **AMENDED NOTICE OF ACTION AND ARREST**.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **22nd** day of **August 2003**.

_____
FAYE S. VASAPOLLI

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for **Guam USA**, this **22nd** day of **August 2003**, by **FAYE S. VASAPOLLI**.

_____
NOTARY PUBLIC

> MARIE T. CAMACHO
> NOTARY PUBLIC
> In and for Guam USA
> My Commission Expires: February 10, 2007
> My Commission Number: NP#03-0004
> Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#1945

# SCOREBOARD

▲ Continued from Page 62

Wednesday, Aug. 27
Game 29, 2:30 p.m.
Game 30, 5 p.m.
Game 31, 7:30 p.m.
Game 32, 10 p.m.
Thursday, Aug. 28
Game 33, 2:30 p.m.
Game 34, 5 p.m.
Game 35, 7:30 p.m.
Game 36, 10 p.m.
NOTE: The first four teams advance to the semifinals. The last four teams are eliminated.

Semifinals
Saturday, Aug. 30
No. 2 vs. No. 3, 7:30 p.m.
No. 1 vs. No. 4, 10 p.m.
Finals
Aug. 31
Bronze Medal Game
Semifinal losers, 7:30 p.m.
Gold Medal Game
Semifinal winners, 10 p.m.
NOTE: The first three teams qualify for the 2004 Olympic Games.

## U.S.-BRAZIL BOX
At San Juan, Puerto Rico
UNITED STATES (110)
McGrady 5-9 2-4 15, O'Neal 2-5 0-0 4, Duncan 8-10 1-2 17, Iverson 4-7 1-2 10, Kidd 1-1 3-3 5, Carter 5-7 2-2 14, Colison 0-1 0-0 0, Bibby 2-4 6-6 11, Martin 1-3 0-0 2, Allen 5-7 1-1 13, Brand 6-8 5-6 17, Jefferson 0-4 2-2 2. Totals 39-66 23-28 110.
BRAZIL (76)
Marcelo 3-12 1-2 9, Lamas 1-1 0-0 3, DaRosa 0-2 0-3 0, Silva 2-5 0-0 4, Barbosa 3-7 0-0 7, Conrado 0-1 0-0 0, Riveiro 2-6 0-0 5, Varejao 6-7 1-1 16, Giovannoni 2-8 2-3 7, Nene 6-12 5-8 17, DeSouza 0-2 2-2 2, Splitter 1-2 4-5 6. Totals 26-65 15-22 76.
United States  23  26  31  30 — 110
Brazil           29  18   8  21 —  76

3-Point goals—United States 9-14 (McGrady 3-4, Allen 2-3, Carter 2-3, Iverson 1-1, Bibby 1-2, Martin 0-1), Brazil 9-24 (Varejao 3-3, Marcelo 2-8, Lamas 1-1, Riveiro 1-2, Barbosa 1-3, Giovannoni 1-5, DaRosa 0-1, Silva 0-1). Fouled out—None. Rebounds—United States 32 (Duncan, Brand 6). Brazil 24 (Nene 9). Assists—United States 29 (Bibby 7), Brazil 13 (Silva 4). Total fouls—United States 18, Brazil 27. A—NA.

## THE WNBA
EASTERN CONFERENCE

|  | W | L | Pct | GB |
|---|---|---|---|---|
| y-Detroit | 22 | 9 | .710 | — |
| Charlotte | 17 | 14 | .548 | 5 |
| Cleveland | 16 | 15 | .516 | 6 |
| Connecticut | 15 | 16 | .484 | 7 |
| New York | 15 | 16 | .484 | 7 |
| Indiana | 14 | 17 | .452 | 8 |
| Washington | 9 | 22 | .290 | 13 |

WESTERN CONFERENCE

|  | W | L | Pct | GB |
|---|---|---|---|---|
| x-Los Angeles | 21 | 10 | .677 | — |
| x-Houston | 20 | 11 | .645 | 1 |
| Minnesota | 18 | 14 | .563 | 3½ |
| Sacramento | 17 | 14 | .548 | 4 |
| Seattle | 16 | 16 | .500 | 5½ |
| San Antonio | 12 | 20 | .375 | 9½ |
| Phoenix | 7 | 25 | .219 | 14½ |

x-clinched playoff spot
y-clinched conference

Thursday's Games
New York at Washington, 8 p.m.
Cleveland at Detroit, 8 p.m.
Houston at Sacramento, 10 p.m.
Minnesota at Los Angeles, 10:30 p.m.

## GYMNASTICS
WORLD GYMNASTIC CHAMPIONSHIPS
Anaheim, Calif.
Wednesday
Women
Team
Final
1. United States, 112.573.
2. Romania, 110.833.
3. Australia, 110.335.
4. China, 110.259.
5. Spain, 109.722.
6. Russia, 108.985.
7. Ukraine, 108.235.
8. Brazil, 107.297.

## FOOTBALL
NFL PRESEASON
AMERICAN CONFERENCE
East

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| New England | 2 | 0 | 0 | 1.000 | 48 | 19 |
| Buffalo | 1 | 1 | 0 | .500 | 44 | 56 |
| N.Y. Jets | 1 | 2 | 0 | .333 | 59 | 65 |
| Miami | 0 | 2 | 0 | .000 | 42 | 47 |

South

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Jacksonville | 2 | 0 | 0 | 1.000 | 43 | 37 |
| Tennessee | 2 | 0 | 0 | 1.000 | 47 | 30 |
| Indianapolis | 1 | 1 | 0 | .500 | 39 | 27 |
| Houston | 0 | 2 | 0 | .000 | 18 | 54 |

North

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Baltimore | 1 | 1 | 0 | .500 | 32 | 30 |
| Cincinnati | 1 | 1 | 0 | .500 | 36 | 38 |
| Cleveland | 0 | 2 | 0 | .000 | 37 | 48 |
| Pittsburgh | 0 | 2 | 0 | .000 | 29 | 47 |

West

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Denver | 2 | 0 | 0 | 1.000 | 35 | 22 |
| Kansas City | 2 | 1 | 0 | .667 | 41 | 40 |
| Oakland | 1 | 1 | 0 | .500 | 17 | 20 |
| San Diego | 0 | 2 | 0 | .000 | 17 | 36 |

NATIONAL CONFERENCE
East

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Philadelphia | 2 | 0 | 0 | 1.000 | 48 | 33 |
| Dallas | 1 | 1 | 0 | .500 | 34 | 19 |
| N.Y. Giants | 0 | 2 | 0 | .000 | 16 | 46 |
| Washington | 0 | 2 | 0 | .000 | 13 | 40 |

South

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Carolina | 2 | 0 | 0 | 1.000 | 40 | 10 |
| Tampa Bay | 2 | 1 | 0 | .667 | 66 | 59 |
| New Orleans | 1 | 1 | 0 | .500 | 39 | 44 |
| Atlanta | 0 | 2 | 0 | .000 | 31 | 40 |

North

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Green Bay | 2 | 1 | 0 | .667 | 65 | 61 |
| Chicago | 1 | 1 | 0 | .500 | 30 | 33 |
| Detroit | 1 | 1 | 0 | .500 | 36 | 36 |
| Minnesota | 0 | 2 | 0 | .000 | 30 | 42 |

West

|  | W | L | T | Pct | PF | PA |
|---|---|---|---|---|---|---|
| Arizona | 2 | 0 | 0 | 1.000 | 29 | 10 |
| San Francisco | 2 | 0 | 0 | 1.000 | 38 | 16 |
| St. Louis | 1 | 1 | 0 | .500 | 32 | 23 |
| Seattle | 1 | 1 | 0 | .500 | 27 | 28 |

Thursday's Game
Dallas at Pittsburgh, 8 p.m.
Friday's Games
New England at Philadelphia, 7:30 p.m.
Atlanta at Miami, 8 p.m.
Minnesota at Oakland, 9 p.m.
Chicago at Arizona, 10:30 p.m.
Saturday's Games
St. Louis at Buffalo, 7 p.m.
Cleveland at Detroit, 7:30 p.m.
Tennessee at Cincinnati, 7:30 p.m.
N.Y. Jets at N.Y. Giants, 8 p.m.
Carolina at Green Bay, 8 p.m.
Baltimore at Washington, 8 p.m.
Jacksonville at Tampa Bay, 8 p.m.
San Diego at Houston, 8:30 p.m.
New Orleans at San Francisco, 9 p.m.
Kansas City at Seattle, 10 p.m.

## TRANSACTIONS
BASEBALL
American League
ANAHEIM ANGELS—Placed SS David Eckstein on the 15-day disabled list. Called up C Trent Durrington from Salt Lake of the PCL.
DETROIT TIGERS—Claimed RHP John Ennis off waivers from Atlanta and optioned him to Toledo of the IL. Designated RHP Tyler Walker for assignment. Signed C Cody Collet.
TORONTO BLUE JAYS—Promoted Charlie Wilson to manager, minor league operations, and Andrew Tinnish to coordinator, scouting.
National League
CINCINNATI REDS—Recalled INF Ryan Freel from Louisville of the IL.
MONTREAL EXPOS—Signed INF Todd Zeile. Transferred RHP Dan Smith from the 15-day to the 60-day disabled list. Optioned LHP Scott Downs to Edmonton of the PCL.
SAN FRANCISCO GIANTS—Optioned OF Todd Linden to Fresno of the PCL. Designated LHP Jeff Urban for assignment.
BASKETBALL
National Basketball Association
CHICAGO BULLS—Signed G Kendall Gill.
DENVER NUGGETS—Signed G Jon Barry to a one-year contract.
INDIANA PACERS—Re-signed G Reggie Miller to a multiyear contract.
LOS ANGELES CLIPPERS—Named Rory White assistant coach. Signed G Quinton Ross.
NEW JERSEY NETS—Re-signed G Lucious Harris.
WASHINGTON WIZARDS—Signed G Jarvis Hayes to a three-year contract.
FOOTBALL
National Football League
BUFFALO BILLS—Waived DT Omari Jordan, WR Paris Jackson, WR Jerel Myers, OL Justin Sands, OL T.J. Watkins, QB Jason Johnson and PK Jason Witczak.
NEW ENGLAND PATRIOTS—Waived P Daniel Pope, TE Spencer Nead and LB Chad Lee.
NEW ORLEANS SAINTS—Traded DT Martin Chase to Washington for an undisclosed 2004 draft pick.
HOCKEY
National Hockey League
ATLANTA THRASHERS—Signed F Steve Baby.

# U.S. team tops Brazil 110-76

**OLYMPIC HOOPS**

SAN JUAN, Puerto Rico (AP) — Tim Duncan shot 8-for-9 from the field and Elton Brand scored 17 points Wednesday as the United States dominated the second half to beat Brazil 110-76 in their opening game at the FIBA-Americas Olympic qualifying tournament.

In earlier games, Mexico stunned Argentina — the silver medalist at last summer's World Championships — with a 91-89 victory behind 20 points from Eduardo Najera of the Dallas Mavericks. Also, the Dominican Republic edged Venezuela 78-76 and Puerto Rico defeated Uruguay 91-78.

There were some nervous moments for the Americans in the first half as they were sloppy with the ball, failed to defend the 3-point line and fell behind by as many as 10 points. But the U.S. team closed the half with an 11-5 run, then outscored Brazil 29-8 in the third quarter to turn it into a blowout.

Brazil, the gold medalist at the Pan American Games, was at its best when forward Nene was on the court. But his coach made a questionable move in the first half, reinserting him into the game with three fouls. He quickly picked up his fourth and did not return until late in the third quarter — which by then was too late.

Duncan finished with 17 points, Vince Carter had 14, Ray Allen 13, Tracy McGrady 12, Mike Bibby 11 and Allen Iverson 10.

Anderson Varejao led Brazil with 16 points.

Things immediately got off to the bad start for the Americans as McGrady threw away the team's first pass and Duncan drew his first foul just 16 seconds into the game.

Varejao threw down an impressive dunk over Jermaine O'Neal and completed the three-point play to give Brazil a lead it would hold for most of the remainder of the first half.

Renato Finto hit a 3-pointer early in the second quarter to give Brazil its largest lead, 34-24, before the Americans went to full court pressure to mount a comeback.

Nene, who plays for the Denver Nuggets, picked up his third foul with 5:19 left before halftime and came out of the game, but coach Aluizio Ferreira took a risk by reinserting him 2 minutes later. Sure enough, Nene picked up his fourth foul with 2:17 left, and the Americans then closed the quarter with an 11-5 run to take a 49-47 halftime lead.

The Americans started to pull away early in the third quarter by pushing the ball upcourt, and a dunk by Duncan — making him 6-for-6 from the field — off a behind-the-back pass from Iverson gave the U.S. team a 59-51 edge. After another dunk by Duncan, he blocked three consecutive shots on one Brazil possession.

## NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph (II) of the below described mortgage and the Notice of Default recorded on December 21, 2001 as Instrument No. 649069, that the mortgage ("Mortgage") executed on October 14, 1992 by REYNALD L. AQUINO and EMILY G. AQUINO, ("MORTGAGORS"), in favor of U.S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on February 4, 1993 as Instrument No. 4844024, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE, LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was recorded with the Department of Land Management, Government of Guam, on May 10, 2002 as Instrument No. 656727.

The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder at public auction, to be held at the court house for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagåtña, Guam 96910 at 2:00 p.m. on September 5, 2003, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the mortgage at the time of the sale; to reject any bid made at the sale and to withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:

Lot no. 10069-4-2, Dededo, Guam, Estate No. 25184, Suburban, as said lot is marked and designated on Map Drawing No. CV 74-33 dated January 9, 1975 and recorded on May 6, 1975 in the Department of Land Management, Government of Guam as Instrument No. 256647. Area: 3,878 square meters.

The amount due the Mortgagee is for the sum of $97,478.67, accrued interest as of November 19, 2001 to the date of full payment, attorney fees, and costs of this sale. The undersigned are the attorneys for the Mortgagee and hereby give that they notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.

Dated this 22nd day of July, 2002.
McCULLY & BEGGS, P.C.,
Attorneys for LPP Mortgage Ltd.
By /s/ MARK S. BEGGS
GUAM)

On this 22nd day of July, 2003, before me, the undersigned Notary, personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntary for its stated purpose, as attorney for LPP MORTGAGE LTD.

MAUREEN E. TAITANO
NOTARY PUBLIC In and for
Guam, U.S.A.
My Commission Expires:
Aug. 9, 2006
Ste. 200, 139 Murray Blvd., Hagåtña

## GENERAL ORDER
No. 00-00014

The "Pacific Daily News", a newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

## Wanted
**Accountant**, B.S. Degree Major Accounting, 3 yrs Experience
**Sales Clerk**, 2 yrs Experience in Building Materials Retail
Southern Pacific, Inc. Dba S.P.I. Do-It Center; Apply in Person, 450 Chorito Blvd. (West Marine Dr.) Adelup. GU. Tel. 477-7575

## IN THE DISTRICT COURT OF GUAM
SHELL GUAM, INC.,
a Guam corporation,
Plaintiff,
vs.
F/V PALAU MARU NO. 1,
Defendant.

CIVIL CASE NO. CV03-00029

AMENDED NOTICE OF ACTION AND ARREST

NOTICE OF ACTION AND ARREST IS HEREBY GIVEN TO ALL INTERESTED PERSON OR PERSONS, ENTITY OR ENTITIES BY PLAINTIFF SHELL GUAM, INC. AS FOLLOWS:
1. That Plaintiff Shell Guam, Inc. made an arrest on August 1, 2003 of the F/V PALAU MARU NO. 1.
2. That the description of the property arrested is the F/V PALAU MARU NO. 1, HER ENGINES, BOILERS, BOATS, MACHINERY, TACKLE, FITTINGS AND APPLIANCES, EQUIPMENT, AND FURNISHINGS, ETC.
3. That Plaintiff Shell Guam, Inc. is represented by Steven A. Zamsky, Esq. of the Zamsky Law Firm, whose address is Suite 805, GCIC Building, 414 West Soledad Avenue, Hagåtña, Guam USA 96910, and whose telephone number is (671) 477-3637.
4. That any person having a claim or interest with respect to the property above arrested and/or in the action, pursuant to Supplemental Rule C(6) of the Federal Rules of Civil Procedure, must file their claim or interest with the Clerk of Court, District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam USA 96910 and Plaintiff Shell Guam, Inc.'s attorney within ten (10) days after publication in the Pacific Daily News, a newspaper of general circulation, published in Hagåtña, Guam, and which is designated as the official newspaper of this Court.
5. That an Answer to the Verified Complaint must be filed and served within twenty (20) days after the date of this publication, should you fail to do so, default may be entered and condemnation ordered.
6. That an application for intervention, pursuant to Rule 24 of the Federal Rules of Civil Procedure, by person or persons claiming to have a maritime lien or other interests must be filed within the time fixed by this Court.
7. That inquiries may be directed to Mr. Joaquin L.G. Salas, United States Marshal, United States Marshal Service, 3rd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam USA 96910, whose telephone number is (671) 477-7827.

Dated this 20th day of August 2003.
ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam
By /s/ STEVEN A. ZAMSKY

## IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE
OF
JOSE DUENAS LEON GUERRERO,
Deceased.

PROBATE CASE NO.
PR0048-03

NOTICE TO CREDITORS

NOTICE is hereby given by the undersigned, MARIA DUENAS LEON GUERRERO, administratrix of the estate of Jose Duenas Leon Guerrero, deceased, to the creditors of, and all persons having claims against said estate or against said decedent, that within two (2) months after the first publication of this notice, they either file them with the necessary vouchers in the office of the Clerk of the Superior Court of Guam, Hagåtña, Guam, or exhibit them with the necessary vouchers to the said Maria Duenas Leon Guerrero, administratrix, or to Edward S. Terlaje, her attorney, at Hagåtña, Guam, the same being the place for the transaction of the said estate.

Dated: August 4, 2003

/s/ MARIA DUENAS LEON GUERRERO,
Administratrix

## DICK PACIFIC

Dick Pacific Construction Co., Ltd. (Guam) is seeking a qualified applicant to fill the following position:

### ENGINEER

Dick Pacific Construction Co., Ltd. (Guam) is seeking an engineer for its job site in Guam. Prospective candidate must have a college degree in Engineering with at least five (5) years' experience in the construction field.
It is desirable that applicant has experience in overall construction engineering; subcontract management; cost reporting and control of project budget; processing of subcontractor billings and owner billings; detailing of temporary and permanent designs in compliance with engineering principles; submittal procedures and approval process. CQM for Contractors certificate is considered beneficial.
Strong verbal, writing and editing skills are essential; as are strong analytical and numerical skills. Computer literate.
Applicants must submit a resume demonstrating a successful work history. Salary commensurate with experience. Successful candidates must submit to a pre-employment drug/alcohol test.

DICK PACIFIC CONSTRUCTION CO., LTD. (GUAM)
266D Finegayan Street, Harmon Industrial Park Road, P.O. Box 23068-GMF, Barrigada, Guam 96921
Attn: Administration Manager
Fax: 671-647-5600

Dick Pacific Construction is an EEO/AA Employer