Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 12 2003
MARY L. M. MORAN
CLERK OF COURT

12

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant. | CIVIL CASE NO. CIV03-00029 <br><br> REQUEST FOR ENTRY OF DEFAULT |

TO: MARY L.M. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM

You will please enter a default of **Defendant F/V Palau Maru No. 1** for failure to plead or otherwise defend as provided by FRCP Rule 55(a) and Local Admiralty Rule C.5, and as it appears in the Affidavit of Steven A. Zamsky filed herewith.

Dated this 9 day of **September 2003**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: /s/ Steven A. Zamsky
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2013