Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant. | CIVIL CASE NO. CIV03-00029 <br><br> AFFIDAVIT OF STEVEN A. ZAMSKY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |

GUAM U.S.A. ) 
                       ) ss:
MUNICIPALITY OF HAGÅTÑA )

**STEVEN A. ZAMSKY**, being first duly sworn, depose and say as follows:

1. I am the attorney of record for Plaintiff Shell Guam, Inc. herein which is asking that Judgment be entered in favor of Plaintiff Shell Guam, Inc..

2. I make this Affidavit pursuant to FRCP Rule 55(a) and in support of the Request for Entry of Default of **Defendant F/V Palau Maru No. 1** filed herewith and for entry of Judgment.

3. On **August 1, 2003** the **Verified Complaint *In Rem* and Warrant of Arrest** were personally served on the Master of **Defendant F/V Palau Maru No. 1**, at the **Port Authority of Guam, Piti, Guam USA**, which is the last known place of business and employment of **Defendant F/V Palau Maru No. 1** and on Roberto Ho, the owner's agent, as appears by the returns of service on file herein.

4. On **August 22, 2003** the Notice of Action and Arrest was published in the Pacific Daily News, a newspaper of general circulation in Guam USA. The Affidavit of publication is on file herein.

5. The only party which is known to claim to have an interest in said Vessel is Mr. Ho or his company. They were served and have not answered. I have heard from David Ledger, Esq., of Carlsmith Ball, LLP, on behalf of Mr. Ho, but nothing has yet been filed.

6. **Defendant F/V Palau Maru No. 1** has not answered or otherwise pled and the time for **Defendant F/V Palau No. 1** to answer or otherwise plead have not been extended.

7. **Defendant F/V Palau Maru No. 1** is neither an infant or incompetent person.

///

///

///

///

///

///

8. Entry of Default against **Defendant F/V Palau Maru No. 1** should be entered as provided in said Rule.

**FURTHER THE AFFIANT SAYETH NAUGHT.**

Dated this 9th day of **September 2003**.

_____
STEVEN A. ZAMSKY, AFFIANT

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this 9th day of **September 2003** by STEVEN A. ZAMSKY.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2014