

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Claimant and Plaintiff-in-Intervention
RRG International, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. 03-00029 |
| Plaintiff and Counter-defendant, | |
| vs. | **AGREEMENT OF HEARING DATE** |
| F/V PALAU MARU NO. 1, | |
| Defendant and Counter-claimants, | |
| and | |
| RRG INTERNATIONAL, INC. | |
| Claimant and Plaintiff-in-Intervention. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, David Ledger, am the attorney for Claimant and Plaintiff-in-Intervention RRG International, Inc. in this matter. My Secretary June Cruz contacted the attorney for Plaintiff Shell Guam, Inc. to agree upon a date for oral argument of Claimant and Plaintiff-in-Intervention's Motion to Intervene.

3156736.1.056433-00001

2. The attorney for the opposing party is Steven A. Zamsky.

3. We agreed upon the following date October 10, 2003 at /0.00 A.m.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

DATED this 17th day of September 2003.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Claimant and Plaintiff-in-Intervention
RRG International, Inc.