ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Claimant and Plaintiff-in-Intervention
RRG International, Inc.



FILED
DISTRICT COURT OF GUAM
SEP 17 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., <br><br> Plaintiff and Counter-defendant, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant and Counter-claimants, <br><br> and <br><br> RRG INTERNATIONAL, INC. <br><br> Claimant and Plaintiff-in-Intervention. | CIVIL CASE NO. 03-00029 <br><br> **DECLARATION IN SUPPORT OF MOTION TO INTERVENE** |

I, David Ledger, declare:

1. I am an attorney at law, a member of the law firm of Carlsmith Ball LLP, attorneys for RRG International, Inc., the applicant for intervention herein. I submit this declaration in support of the motion of RRG International, Inc. to intervene pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

3156677.1.056433-00001

2. RRG International, Inc. claims a maritime lien against the defendant vessel as is more particularly set forth in the proposed Complaint, a copy of which is provided to the Court as Exhibit A to the notice of motion and motion of RRG International, Inc. filed concurrently herewith. The claimed interest of RRG International, Inc. is such that the disposition of this action may impair or impede its ability to protect its claimed interest in the subject vessel; moreover, the claimed interest of RRG International, Inc. is not adequately represented by the existing parties to this action.

3. RRG International, Inc. has filed this motion in response to Notice published by Plaintiff Shell in the Pacific Daily News on August 22, 2003.

4. I am informed by RRG International, Inc. that it supplied fuel and bait to the vessel just before it was arrested, and since the arrest has paid to keep the generator and bait freezer operational.

5. I informed Shell's counsel that RRG International, Inc. would be filing this motion as a result of the Notice published in the Pacific Daily News on August 22, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2003 at Hagåtña, Guam.

_____
DAVID LEDGER