CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Claimant and Plaintiff-in-Intervention
RRG International, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. 03-00029 |
| Plaintiff and Counter-defendant, | |
| vs. | **DECLARATION OF SERVICE** |
| F/V PALAU MARU NO. 1, | |
| Defendant and Counter-claimants, | |
| and | |
| RRG INTERNATIONAL, INC. | |
| Claimant and Plaintiff-in-Intervention. | |

    I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 17th day of September 2003, I will cause to be served, via hand delivery, a true and correct copy of the following documents:

    1.  Notice of Motion and Motion to Intervene; Proposed Complaint In Intervention;

3156723.1.056433-00001

2. Memorandum of Points and Authorities in Support of Motion to Intervene;

3. Declaration in Support of Motion to Intervene;

4. Agreement of Hearing Date;

5. Declaration of Service

upon Plaintiff's Counsel of record as follows:

> Steven A. Zamsky, Esq.
> Zamsky Law Firm
> Suite 805, GCIC Building
> 414 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 17th day of September 2003 at Hagåtña, Guam.

_____
DAVID LEDGER