Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | |
| vs. | STIPULATED MOTION FOR AN ORDER RE BAIT AND ORDER GRANTING MOTION |
| F/V PALAU MARU NO. 1, | |
| Defendant. | [NO HEARING REQUESTED] |

**COMES NOW**, Plaintiff Shell Guam, Inc. by and through its counsel of record Steven A. Zamsky, Esq. of the Zamsky Law Firm and pending Plaintiff-In-Intervention RRG International, Inc. by and through its counsel of record David P. Ledger, Esq. of Carlsmith Ball LLP and moves this court for an order authorizing and directing Jurgen Unterberg of Oceaneer Enterprises, Inc., the Custodian of Defendant F/V Palau Maru No. 1 (hereinafter **"Vessel"**) and her attendant components, to remove the bait from the Vessel and place it in cold storage.

Pending Plaintiff-In-Intervention RRG International, Inc. claims an interest in the Vessel and its appurtenances and claims to have provided the fish bait. It is therefore joining in this motion, although not yet a party. There are no other known claimants or potential claimants to either of the parties.

ORIGINAL

The facts and circumstances attending this motion are set forth in the Declaration of Steven A. Zamsky filed herewith.

Dated this 29 day of September 2003.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

SO STIPULATED AND AGREED

CARLSMITH BALL LLP
Attorneys for RRG International, Inc.
(Pending Plaintiff-In-Intervention)

By: _____
DAVID P. LEDGER

Dated: September 29, 2003

ORDER

The Stipulated Motion by Plaintiff Shell Guam, Inc. and Pending Plaintiff-In-Intervention RRG International, Inc. is hereby GRANTED this 30th day of **September 2003**.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Z8(004.676)\PLD\P#2032

**RECEIVED**
SEP 29 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM