# ORIGINAL ●                                    ●

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Claimant and Plaintiff-in-Intervention
RRG International, Inc.

FILED
DISTRICT COURT OF GUAM

OCT 03 2003

MARY L. M. MORAN
CLERK OF COURT

21

## IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., )                CIVIL CASE NO. 03-00029
                  )
   Plaintiff and Counter-defendant, )
                  )                [PROPOSED]
   vs.            )                ORDER
                  )
F/V PALAU MARU NO. 1, )
                  )
   Defendant and Counter-claimants, )
                  )
   and            )
                  )
RRG INTERNATIONAL, INC. )
                  )
   Claimant and Plaintiff-in-Intervention.)
_____)

     Whereas, the above captioned action having been commenced by the filing of a

Complaint and Issuance of a Warrant of Arrest against the F/V PALAU MARU No.1 on July 31,

2003;

     Whereas, RRG International, Inc. claims maritime liens upon the F/V PALAU

MARU No.1 for necessary supplies furnished to said Vessel of a value of at least $28,000.00.

3156755.1.056433-00001

NOW, upon RRG's Motion to Intervene pursuant to the Federal Rules of Civil Procedure, Rule 24, it is

ORDERED, that RRG International, Inc. have leave to intervene as a Plaintiff in this action, and to be heard therein with respect to its claim against the F/V PALAU MARU No.1 and her Owner and that service of a copy of this Order with Notice of Entry thereof, together with a copy of the intervening complaint, upon the attorneys of record for the F/V PALAU MARU No.1 and her Owner, be deemed sufficient service upon the Vessel and her Owner.

SO ORDERED: _____**OCT 0 3 2003**_____.

_____

HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
SEP 1 8 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM