Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 03 2003
MARY L. M. MORAN
CLERK OF COURT
22

ORIGINAL

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff/ Counterdefendant,

vs.

M/V PALAU MARU NO. 1, Defendant/ Counterclaimant,

and

RRG INTERNATIONAL, INC., Claimant/ Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

NON-OPPOSITION/REQUEST

**COMES NOW**, Plaintiff Shell Guam, Inc. and does not oppose the intervention by RRG International, Inc..

However, as a condition to such intervention Plaintiff Shell Guam, Inc. requests that Plaintiff-in-Intervention RRG International, Inc. be required to pay its share, approximately one-third (1/3), of the custodial expenses incurred by Plaintiff Shell Guam, Inc.. As shown by the

attached letter from Oceaneer Enterprises, Inc. the amount incurred to the custodian through September 30, 2003 is the sum of $13,745.00. In addition, Plaintiff Shell Guam, Inc. has made a deposit with the U.S. Marshal's Service in the sum of $5,000.00. Thus, Plaintiff-In-Intervention RRG International, Inc. owes Plaintiff shell Guam, Inc. the sum of $6,248.33.

Dated this **3rd** day of **October 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By:____________________
**STEVEN A. ZAMSKY**

Z8(004.676)\PLD\P#2043

# OCEANEER ENTERPRISES Inc.

CAPT. JÜRGEN
UNTERBERG
MARINE SURVEYOR
MASTER MARINER

Guam Office: 1026 Cabras Highway, Suite 113, Piti, Guam 96925
Tel: Home: (671) 789-5339 Office: (671)477-9490 Fax: (671) 477-1645 Cell:(671) 687-6535

To
Steven A.Zamsky , Atty .

9-30-03

CC.Tania Stoicovy ,Shell ,Guam Inc.

Following are the costs relative to keeping the vessel secure and for maintenance and buoy rental :

6-18-03 through 9-30-03,14:00hrs :

| Vessel : | Labor: | Expenses (buoy rental consumables etc.) |
|---|---|---|
| Gyoku Maru No.18 | $ 16,755.00 | $ 4,493.82 |
| Hiro Maru No.11 | $ 16,755.00 | $ 4,493.82 |
| Tenryo Maru No.28 | $ 16,755.00 | $ 4,493.82 |

8-1-03 ,18:00hrs through 9-30-03,14:00hrs

| | | |
|---|---|---|
| Palau Maru No.1 | $ 11,325.00 | $ 2,420.00 |

Capt.J.Unterberg,Marine Surveyor
Keeper for USMS

Jurgen Unterberg Surveyor Guam M.I. USA

Consultant
Services: REPAIRS OF VESSELS, DRYDOCKING, SALVAGE MASTER AND SALVAGE OPERATIONS
Classification Surveyor for : LR, KR, CCRS, and other Societies