Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., <br><br>　　　　Plaintiff/<br>　　　　Counterdefendant,<br><br>　　vs.<br><br>F/V PALAU MARU NO. 1,<br><br>　　　　Defendant/<br>　　　　Counterclaimant,<br><br>　　and<br><br>RRG INTERNATIONAL, INC.,<br><br>　　　　Claimant/<br>　　　　Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br><br><br><br>REQUEST FOR EXTENSION<br>AND CONTINUANCE AND<br>ORDER GRANTING EXTENSION<br>AND CONTINUANCE |

**COMES NOW**, Plaintiff Shell Guam, Inc. by and through its attorney of record, Steven A. Zamsky, Esq., of the Zamsky Law Firm and request that the proposed Scheduling Order and proposed Discovery Plan presently due for filing on October 14, 2003 be extended and the Scheduling Conference presently set for October 29, 2003 at the hour of 3:00 p.m. be continued.

Plaintiff-in-Intervention RRG International, Inc. was granted leave to intervene on October 3, 2003, although has not filed its Complaint in Intervention. Plaintiff-in-Intervention RRG International, Inc. joins in this Request. There are no other known claimants or potential claimants to either of the parties.

Dated this 15th day of **October 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: *[signature]*
STEVEN A. ZAMSKY

**SO AGREED:**

**CARLSMITH BALL, LLP**
**Attorneys for Plaintiff-in-Intervention**
**RRG International, Inc.**

By: *[signature]*
DAVID P. LEDGER

Dated: 10/17/03

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Shell Guam, Inc.'s Request for Extension and Continuance is hereby GRANTED. The proposed Scheduling Order and proposed Discovery Plan shall be filed on or before November 25, 2003 and the Scheduling Conference is now set for December 9, 2003 at the hour of 3:00 p.m..

SO ORDERED this 23rd day of OCTOBER 2003.

STEVEN S. UNPINGCO, Designated District Judge

for HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Z8(004.695)\PLD\P#2047

RECEIVED
OCT 17 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM