AO 440 (Rev. 10/93) Summons in a Civil Action

# ORIGINAL United States District Court

**DISTRICT OF** Guam U.S.A.

FILED
DISTRICT COURT OF GUAM
NOV 04 2003
MARY L. M. MORAN
CLERK OF COURT

SHELL GUAM, INC.,
    Plaintiff and Counter-defendant,

V.

F/V PALAU MARU NO. 1,
    Defendant and Counter-claimants,
  and
RRG INTERNATIONAL, INC.,
    Claimant and Plaintiff-in-Intervention.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV03-00029

TO: (Name and address of defendant)

F/V Palau Maru No. 1

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
Elyze McDonald, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court
**CLERK**

OCT 30 2003
OCT 30 2003
**DATE**

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/31/03 |
| NAME OF SERVER (PRINT) Eunice Mendiola | TITLE Receptionist |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served on Cpt. Jurgen Unterberg as Custodian for F/V Parau Maru No. 1 @ Carlsmith Ball LLP, Suite 401, Bank of Hawaii Bldg, 134 West Soledad Ave., Hagatna, Guam 96910

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/31/03
Date

Signature of Server: *Eunice Mendiola*

Address of Server: Carlsmith Ball LLP
BOH Bldg- 4th Floor
134 West Soledad Avenue
Hagatna, Guam 96910.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.