Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 18 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>    Defendant and Counter-Claimants,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>    Claimant and Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>ANSWER OF PLAINTIFF and COUNTER-DEFENDANT SHELL GUAM, INC. TO VERIFIED COMPLAINT IN INTERVENTION BY CLAIMANT and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC.; DECLARATION OF SERVICE |

COMES NOW, Plaintiff and Counter-Defendant Shell Guam, Inc. (hereinafter "**Shell**") and files its Answer to Verified Complaint in Intervention by Claimant and Plaintiff-in-Intervention RRG International, Inc. (hereinafter "**RRG**") alleges as follows:

1.    Shell admits the allegations contained in paragraphs 1, 3, 7, and 8.

2.    Shell is without sufficient information to form a belief as to the allegations contained in paragraphs 2 and 5.

3.    Shell denies each of the other allegations contained in RRG's Verified Complaint.

ORIGINAL

Page 2
Answer of Plaintiff and Counter-Defendant Shell Guam, Inc. to Verified Complaint in Intervention
 by Claimant and Plaintiff-in-Intervention RRG International, Inc.; Declaration of Service
Shell Guam, Inc. v. F/V Palau Maru No. 1
District Court of Guam Civil Case No. CIV03-00029

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

4. RRG's Verified Complaint fails to state a cause of action.

### Second Affirmative Defense

5. Some or all of the necessaries which to have been provided to Defendant F/V Palau Maru No. 1 (hereinafter **"Vessel"**) by RRG were not reasonably necessary and therefore not subject to a claim of lien.

### Third Affirmative Defense

6. RRG does not rely on the value of the Vessel and was otherwise so situated that it is not entitled to claim a lien.

### Fourth Affirmative Defense

7. RRG engaged in inequitable conduct so that any lien it may have is subject to equitable subordination.

///

///

///

///

///

///

///

Page 3
Answer of Plaintiff and Counter-Defendant Shell Guam, Inc. to Verified Complaint in Intervention
 by Claimant and Plaintiff-in-Intervention RRG International, Inc.; Declaration of Service
Shell Guam, Inc. v. F/V Palau Maru No. 1
District Court of Guam Civil Case No. CIV03-00029

**WHEREFORE**, Shell prays that RRG take nothing by way of its Verified Complaint in Intervention.

Dated this _18_ day of **November 2003**.

        **ZAMSKY LAW FIRM**
        **Attorneys for Plaintiff and Counter-Defendant**
          Shell Guam, Inc.

By: _____
        STEVEN A. ZAMSKY

Page 4
Answer of Plaintiff and Counter-Defendant Shell Guam, Inc. to Verified Complaint in Intervention
 by Claimant and Plaintiff-in-Intervention RRG International, Inc.; Declaration of Service
Shell Guam, Inc. v. F/V Palau Maru No. 1
District Court of Guam Civil Case No. CIV03-00029

## DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the _18_ day of **November 2003**, I caused to be served by hand delivery a true and correct copy of the foregoing **ANSWER OF PLAINTIFF and COUNTER-DEFENDANT SHELL GUAM, INC. TO VERIFIED COMPLAINT IN INTERVENTION BY CLAIMANT and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC.; DECLARATION OF SERVICE** upon **David P. Ledger, Esq., CARLSMITH BALL, LLP**, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910, **Attorneys for Plaintiff Hansen Helicopters, Inc.**.

Dated this _18_ day of **November 2003**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2075