Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

FILED
DISTRICT COURT OF GUAM

DEC 10 2003

MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>    Defendant and Counter-Claimants,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>    Claimant and Plaintiff-in-Intervention.<br>_____ | CIVIL CASE NO. CIV03-00029<br><br><br>NOTICE TO TAKE<br>DEPOSITION OF<br>ROBERT HO |

TO:   DAVID P. LEDGER, ESQ., CARLSMITH BALL LLP
     Attorneys for Plaintiff-in-Intervention RRG International
     Suite 401, Bank of Hawaii Building
     134 West Soledad Avenue
     Hagåtña, Guam USA 96910

**PLEASE TAKE NOTICE**, that on **MONDAY** the **29TH** day of **DECEMBER, 2003**, at the hour of **10:00 O'CLOCK A.M.**, at the **ZAMSKY LAW FIRM**, Suite 805, GCIC Building, 414 West Soledad Avenue, Hagåtña, Guam USA 96910, **Plaintiff Shell Guam, Inc.** will take the deposition upon oral examination of **Robert Ho, President of RRG International, Inc., Plaintiff-in-Intervention**, whose address is known to you, pursuant to FRCP Rule 30, before a notary public or an officer authorized to administer oaths.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this __10__ day of **DECEMBER 2003**.

> **ZAMSKY LAW FIRM**
> **Attorneys for Plaintiff Shell Guam, Inc.**
>
> By: _____
>    STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2103