Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
MAR 17 2004
MARY L. M. MORAN
CLERK OF COURT
29

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| **SHELL GUAM, INC.,** a Guam corporation, **Plaintiff,** vs. **F/V PALAU MARU NO. 1, Defendant,** and **RRG INTERNATIONAL, INC., Plaintiff-in-Intervention.** | **CIVIL CASE NO. CIV03-00029** **REQUEST FOR ENTRY OF DEFAULT IN FAVOR OF PLAINTIFF SHELL GUAM, INC. and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC.** |

**TO: MARY L.M. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM**

Plaintiff Shell Guam, Inc. (hereinafter **"Shell"**), by and through its attorney of record, Steven A. Zamsky, Esq. of the Zamsky Law Firm, and Plaintiff-in-Intervention RRG International, Inc. (hereinafter **"RRG"**), by and through its attorney of record, David Ledger, Esq. of Carlsmith

ORIGINAL

Page 2
Request for Entry of Default in Favor of Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc.
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

Ball LLP and hereby request that you enter default in their favor and against Defendant F/V Palau Maru No. 1 for failure to plead or otherwise defend as provided by FRCP Rule 55(a) and Local Admiralty Rule C.5, and as it appears in the Affidavit of Steven A. Zamsky filed herewith.

Shell also has been assigned all claims of RRG, a copy of which is attached to the Affidavit of Steven A. Zamsky and request that default against Defendant F/V Palau Maru No. 1 for its failure to plead or otherwise defend as provided by FRCP 55(a) and Local Admiralty Rule C.5.

Dated this 15 day of **March 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

**By:** ______________________
**STEVEN A. ZAMSKY**

**APPROVED AND AGREED TO:**

**CARLSMITH BALL LLP**
**Attorneys for Plaintiff-in-Intervention RRG International, Inc.**

**By:** ______________________
**DAVID P. LEDGER**

**Dated:** 03/15/04

Z8(004.695)\PLD\P#2129