Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>APPLICATION FOR JUDGMENT BY DEFAULT IN FAVOR OF PLAINTIFF SHELL GUAM, INC. and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC. |

**COMES NOW**, Plaintiff Shell Guam, Inc. (hereinafter **"Shell"**) and Plaintiff-in-Intervention RRG International, Inc. (hereinafter **"RRG"**) and applies this Court for Judgment by Default against Defendant F/V Palau Maru No. 1 (hereinafter **"Defendant F/V Palau Maru No. 1"**), pursuant to FRCP 55(b) and Local Admiralty Rule 14 and based upon the Declaration of Steven A. Zamsky filed herewith.

1. Default against Defendant F/V Palau Maru No. 1 was entered on March ___, 2004.



Page 2
Application for Judgment by Default
in Favor of Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc.
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

2. RRG has assigned all of its claim to Shell. A copy of the Assignment is attached to the Affidavit of Steven A. Zamsky in Support of Request for Entry of Default dated March 3, 2004. The Judgment should, therefore, be entered in favor of Shell.

3. Said Judgment shall be in the principal amount of $66,827.14 together with interest accrued as of the date of February 25, 2004 in the amount of $7,612.80 with respect to Shell's Verified Complaint *In Rem*, together with attorneys fees and costs, and the sum of $107,665.33 with respect to RRG's Complaint in Intervention for a total amount of principal and interest as of February 25, 2004 of $182,105.27, plus further interest at the rate of $32.95 per day until Judgment is entered, and thereafter interest accruing as required by law, and custodial expenses and attorneys fees and costs to the date of sale.

Dated this /7 day of **March 2004**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

APPROVED AND AGREED TO:

CARLSMITH BALL LLP
Attorneys for Plaintiff-in-Intervention
RRG International, Inc.

By: _____
DAVID P. LEDGER
Dated: 03/15/04

Z8(004.695)\PLD\P#2132