Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>    Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>    Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>DECLARATION OF STEVEN A. ZAMSKY IN SUPPORT OF APPLICATION FOR JUDGMENT BY DEFAULT IN FAVOR OF PLAINTIFF SHELL GUAM, INC. and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC. |

I, Steven A. Zamsky, declare as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter "**Shell**").

3. I make this Declaration in Support of the Application for Judgment by Default in favor of Shell and Plaintiff-in-Intervention RRG International, Inc. (hereinafter **RRG**") against

ORIGINAL

Page 2
Declaration of Steven A. Zamsky in Support of Application for Judgment by Default
in Favor of Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc.
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

Defendant F/V Palau Maru No. 1 (hereinafter **"Defendant F/V Palau Maru No. 1"**) and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

4. Default against Defendant F/V Palau Maru No. 1 was entered on March ___, 2004.

5. RRG has assigned all of its claim to Shell.

6. Attached hereto marked **Exhibit "A"** is a printout prepared by Shell showing the outstanding invoices and total amounts due on account of the Defendant F/V Palau Maru No. 1.

7. Attached hereto marked **Exhibit "B"** is a summary prepared by RRG showing the outstanding amounts due it from Defendant F/V Palau Maru No. 1 to the extent that the amount therein exceeds the prayer of RRG's Complaint-in-Intervention, for purposes hereof, such excess is waived.

8. I have received no contact from any person, other than RRG and its counsel, with regard to any potential claim with respect to the Defendant F/V Palau Maru No. 1.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this _17_ day of **March 2004**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2133

NIKKI GUAM
CORPORATION

VESSEL NAME:    PALAU MARU #1

| Date | Number | Amount |
|---|---|---|
| 9/21/02 | 5308 | $ 9,698.70 |
| 9/22/02 | 5310 | $ 4,912.18 |
| 09/22/02 | 2723749 | $ 1,190.00 |
| 10/27/02 | 5382 | $ 8,898.80 |
| 10/28/02 | 5386 | $ 5,511.15 |
| 10/28/02 | 2724386 | $ 882.00 |
| 12/15/02 | 5457 | $ 16,285.21 |
| 12/16/02 | 76172 | $ 1,052.00 |
| 1/28/03 | 5552 | $ 2,491.63 |
| 2/5/03 | 5569 | $ 13,662.47 |
| 2/5/03 | 3726113 | $ 1,085.00 |
| 2/10/03 | 5583 | $ 1,158.00 |
| TOTAL | | $ 66,827.14  $ 66,827.14 |

**EXHIBIT "A"**

# RRG International Inc.

Mailing Address :
P.O.Box 2968 Hagatna
Guam 96932
Email : bobkkho@ite.net

1026 Cabras Highway
Guam Commercial Port
Unit 2 Warehouse # 1
Tel: 671-472 - 0888
Fax: 671-472 - 0999

## SUMMARY

Palau Maru # 01    -    Expenses

| | | | |
|---|---|---|---|
| 1. | REPAIR COST | - | $25,000.00 |
| 2. | SUPPLY OF FISHING BAIT | - | $48,845.00 |
| 3. | SUPPLY OF FUEL & LUB OIL | - | $40,004.00 |
| 4. | SUPPLY CREW | - | $56,750.00 |
| | TOTAL | - | $170,599.00 |

LESS :

    NET FISH SALES IN JAPAN    -    $60,000.00

    Net Total    -    $110,599.00

(Dollars One hundred ten thousand five hundred ninety nine only)

*[signature]*

# EXHIBIT "B"

# RRG International Inc.

Mailing Address :
P.O.Box 2968 Hagatna
Guam 96932
Email : bobkkho@ite.net

1026 Cabras Highway
Guam Commercial Port
Unit 2 Warehouse # 1
Tel: 671-472 - 0888
Fax: 671-472 - 0999

---

## SUMMARY

**PALAU MARU # 01 - FISH SALES :**

| | | |
|---|---|---|
| Voyage # 1 | - | $18,326.89 |
| Voyage # 2 | - | 20,212.11 |
| Voyage # 3 | - | 21,461.00 |
| Total | - | $60,000.00 |