Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ENTRY OF DEFAULT IN FAVOR OF PLAINTIFF SHELL GUAM, INC. and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC. |
| F/V PALAU MARU NO. 1, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| RRG INTERNATIONAL, INC., | ) ) | |
| Plaintiff-in-Intervention. | ) ) | |

It appearing from the records and files in this case and from the Affidavit of Steven A. Zamsky that **DEFENDANT F/V PALAU MARU NO. 1**, has failed to plead or otherwise defend as provided by FRCP 55(a) and Local Admiralty Rule C.5, as to neither Plaintiff Shell Guam, Inc.'s Verified Complaint *In Rem* nor Plaintiff-in-Intervention RRG International, Inc.'s Complaint-in-Intervention.

Notice is hereby given that this document was entered on the docket on 03/23/04.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

Case 1:03-cv-00029  Document 35  Filed 03/23/2004  Page 1 of 2

ORIGINAL

Page 2
Entry of Default in favor of Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc.
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

The **DEFAULT** against **DEFENDANT F/V PALAU MARU NO. 1** is hereby **ENTERED** and is in favor of **PLAINTIFF SHELL GUAM, INC. and PLAINTIFF-IN-INTERVENTION RRG INTERNATIONAL, INC.**.

Dated this 23rd day of **March 2004**.

                **MARY L.M. MORAN**
                **CLERK OF COURT**
                **DISTRICT COURT OF GUAM**

            By: _____
                  **DEPUTY CLERK**

**APPROVED AS TO FORM:**

**CARLSMITH BALL LLP**
Attorneys for Plaintiff-in-Intervention
RRG International, Inc.

By: _____
    **DAVID LEDGER**

Dated: 03/15/04

Z8(004.695)\PLD\P#2131

**RECEIVED MAR 17 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM**