Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
MAR 2 4 2004
MARY L. M. MORAN
CLERK OF COURT

(34)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant, <br><br> and <br><br> RRG INTERNATIONAL, INC., <br><br> Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029 <br><br> [~~PROPOSED~~] <br> JUDGMENT BY DEFAULT <br> IN FAVOR OF PLAINTIFF <br> SHELL GUAM, INC. |

This matter having come before this Court upon the Application for Judgment by Default by Plaintiff Shell Guam, Inc. and agreed by Plaintiff-in-Intervention RRG International, Inc. with respect to Defendant F/V Palau Maru No. 1, and the Default against Defendant F/V Palau Maru No. 1 having been entered on March 23, 2004, and upon review of the pleadings and papers on filed herein,

**ORIGINAL**

Page 2
Judgment by Default in Favor of Plaintiff Shell Guam, Inc.
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

**IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED as follows:**

1. That Judgment by Default is hereby ENTERED in favor of Plaintiff Shell Guam, Inc. and against Defendant F/V Palau Maru No. 1 in the principal amount of $174,492.47 together with interest accrued as of the date of February 25, 2004 in the amount of $7,612.80 for a total amount of principal and interest as of February 25, 2004 of $182,105.27, plus further interest at the rate of $32.95 per day until the entry hereof and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

SO ORDERED at Hagåtña, Guam USA this 24th day of **March 2004**.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

**APPROVED AS TO FORM:**

**CARLSMITH BALL LLP**
**Attorneys for Plaintiff-in-Intervention**
RRG International, Inc.

By: _____
DAVID LEDGER

Dated: March 16, 2004

Notice is hereby given that this document was entered on the docket on 3-25-04.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 3-25-04
Deputy Clerk       Date

Z8(004.695)\PLD\P#2134

**RECEIVED**
MAR 17 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM