Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | APPLICATION FOR ORDER OF SALE OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 BY PLAINTIFF SHELL, GUAM, INC. |
| F/V PALAU MARU NO. 1, | ) ) | |
| Defendant, | ) ) | [NO HEARING REQUESTED] |
| and | ) ) | |
| RRG INTERNATIONAL, INC., | ) ) | |
| Plaintiff-in-Intervention. | ) ) | |

**COMES NOW**, Plaintiff Shell Guam, Inc., by and through its attorney of record, Steven A. Zamsky, Esq. of the Zamsky Law Firm, and consented to by Plaintiff-in-Intervention RRG International, Inc., by and through its attorney for record, David Ledger, Esq. of Carlsmith Ball LLP, and applies this Court for an Order of Sale of Defendant Vessel F/V Palau Maru No. 1, pursuant to FRCP 55(b) and Local Admiralty Rule 14 and based upon the Declaration of Steven A. Zamsky filed herewith.

Page 2
Application for Order of Sale of Defendant Vessel F/V Palau Maru No. 1 by Plaintiff Shell Guam, Inc. [No Hearing Requested]
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

1. Default against Defendant Vessel F/V Palau Maru No. 1 was entered on March 23, 2004.

2. A Final Judgment by Default in favor of Plaintiff Shell Guam, Inc and against Defendant Vessel F/V Palau Maru No. 1 was entered on March 24, 2004 filed herewith for the principal amount of $174,492.47 together with interest accrued as of the date of February 25, 2004 in the amount of $7,612.80, for a total principal and interest as of February 25, 2004 in the amount of $182,105.27, plus further interest at the rate of $32.95 per day to the date Final Judgment by Default was entered, and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

3. Plaintiff Shell Guam, Inc. requests that the proposed Order of Sale be entered following the entry of Final Judgment by Default on the terms set forth in the proposed Order of Sale.

///
///
///
///
///
///
///

Page 3
Application for Order of Sale of Defendant Vessel F/V Palau Maru No. 1 by Plaintiff Shell Guam, Inc. [No Hearing Requested]
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

4. Plaintiff Shell Guam, Inc. requests that the date of Sale be on the 14th day following by the entry of said Order of Sale.

Dated this 29th day of March 2004.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

APPROVED AND AGREED TO:

CARLSMITH BALL LLP
Attorneys for Plaintiff-in-Intervention
RRG International, Inc.

By: _____
DAVID LEDGER

Dated: 03/15/04

Z8(004.695)\PLD\P#2141