Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>DECLARATION OF STEVEN A. ZAMSKY IN SUPPORT OF APPLICATION FOR ORDER OF SALE OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 BY PLAINTIFF SHELL GUAM, INC. |

I, Steven A. Zamsky, declare as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**).

3. I make this Declaration in Support of Plaintiff's Application for Order of Sale of Defendant Vessel F/V Palau Maru No. 1 and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

Page 2
Declaration of Steven A. Zamsky in Support of Application for Order of Sale
of Defendant Vessel F/V Palau Maru No. 1 by Plaintiff Shell Guam, Inc.
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

4. The Default against Defendant Vessel F/V Palau Maru No. 1 was entered on March 23, 2004.

5. Plaintiff-in-Intervention RRG International, Inc. has assigned all of its claims to Plaintiff Shell Guam, Inc.

6. I have received no contact from any person, other than Plaintiff-in-Intervention RRG International, Inc. and its counsel, with regard to any potential claim with respect to the Defendant Vessel F/V Palau Maru No. 1.

7. On March 29, 2004 at approximately 10:50 o'clock a.m. I telephoned the United States Marshal Service and spoke with David Punzalan who is a Deputy United States Marshal, with respect to a sale date of Defendant Vessel F/V Palau Maru No. 1. Mr. Punzalan informs me that April 21, 2004 sale is satisfactory with the United States Marshal Service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this **29th** day of **March 2004**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2142