Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
APR 28 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>AFFIDAVIT OF STEVEN A. ZAMSKY PURSUANT TO LOCAL ADMIRALTY RULE 14(b) |

GUAM USA                              )
                                      ) ss:
MUNICIPALITY OF HAGÅTÑA               )

STEVEN A. ZAMSKY, first being duly sworn, depose and say as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc..

ORIGINAL

Page 2
Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b)
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

3. I make this Affidavit pursuant to Local Admiralty Rule 14(b) and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

4. Plaintiff Shell Guam, Inc. has paid Oceaneer Enterprises, Inc. the sum of $62,081.00 through February 26, 2004.

5. The United States Marshal Service has paid insurance but has not provided an accounting although requested to do so. Those costs will be included in the Supplemental Affidavit.

6. Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc. has incurred attorneys fees and costs in the sum of $25,916.10 through March 31, 2004.

7. The total custodia legis costs through March 31, 2004 are $87,997.10.

///

///

///

///

///

///

///

///

///

///

Page 3
Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b)
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

8. Additional sums will be incurred before the date of sale and a Supplemental Affidavit will be filed stating the same and the total amount of the credit bid.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 28 day of **April 2004**.

_____
STEVEN A. ZAMSKY

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 28 day of **April 2004**, by **Steven A. Zamsky**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2146