Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT FO GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ) ) | |
| vs. | ) ) | SUPPLEMENTAL AFFIDAVIT OF STEVEN A. ZAMSKY |
| F/V PALAU MARU NO. 1, | ) ) | PURSUANT TO LOCAL ADMIRALTY RULE 14(b) AND COURT ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| RRG INTERNATIONAL, INC., | ) ) | |
| Plaintiff-in-Intervention. | ) ) | |

GUAM USA                           )
                                   ) ss:
MUNICIPALITY OF HAGÅTÑA            )

STEVEN A. ZAMSKY, first being duly sworn, depose and say as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc..



Page 2
Supplemental Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b) and Court Order
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

3. I make this Supplement Affidavit pursuant to Local Admiralty Rule 14(b) and Order of this Court dated April 15, 2004, and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

4. This Supplemental Affidavit sets forth the costs paid and incurred up to March 31, 2004 by Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc..

5. The total amount of the Judgment together with interest is the sum of $183,060.82 and set out as follows:

| | |
|---|---:|
| Principal | $ 174,492.47 |
| Interest to 02-25-04 | 7,612.80 |
| From 02-26-04 to 03-24-04 @ $32.95 per day x 29 days | 955.55 |
| | $ 183,060.82 |

6. The total amount of attorneys fees and costs paid or incurred as of March 31, 2004 is the sum of $25,916.10.

7. The cost of the Custodian, Oceaneer Enterprises, Inc. paid or incurred through February 29, 2004 is the sum of $62,081.00.

8. The cost paid or incurred for the United States Marshal's Service is unknown.

///

///

///

///

///

Page 3
Supplemental Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b) and Court Order
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

9. The total amount to which Plaintiff Shell Guam, Inc. is entitled to a credit bid is the sum of $271,057.92.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **28th** day of **April 2004**.

_____
STEVEN A. ZAMSKY

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this **28th** day of **April 2004**, by **Steven A. Zamsky**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2147