Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | |
| vs. | AFFIDAVIT OF PUBLICATION |
| F/V PALAU MARU NO. 1, | |
| Defendant, | |
| and | |
| RRG INTERNATIONAL, INC., | |
| Plaintiff-in-Intervention. | |

GUAM USA         )
                 ) ss:
MUNICIPALITY OF HAGÅTÑA  )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), a United States citizen, and not interested in the outcome of this case.

Page 2
Affidavit of Publication
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG international, Inc.
District Court of Guam Civil Case No. CIV03-00029

2. I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

3. That on **APRIL 22, 2004, APRIL 23, 2004, APRIL 24, 2004, APRIL 25, 2004, APRIL 26, 2004, and APRIL 27, 2004**, I caused to print and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF UNITED STATES MARSHAL'S SALE** with respect to Defendant Vessel F/V Palau Maru No. 1.

FURTHER AFFIANT SAYETH NOT.

Dated this **27th** day of **April 2004**.

_____
FAYE S. VASAPOLLI

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **27th** day of **April 2004**, by **FAYE S. VASAPOLLI**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2145

# SPORTS

## SCOREBOARD

▲ Continued from Page 50

5. Washington
6. Detroit
7. Cleveland
8. Atlanta
9. Jacksonville
10. Houston
11. Pittsburgh
12. New York Jets
13. Buffalo
14. Chicago
15. Tampa Bay
16. San Francisco
17. Denver (from Cincinnati)
18. New Orleans
19. Minnesota
20. Miami
21. New Eng and (from Baltimore)
22. Dallas
23. Seattle
24. Cincinnati (from Denver)
25. Green Bay
26. St. Louis
27. Tennessee
28. Philadelphia
29. Indianapolis
30. Kansas City
31. Carolina
32. New England

### TRANSACTIONS

**AUTO RACING**
NASCAR—Penalized Jamie McMurray and Larry Foyt 25 points apiece for bringing cars to Bristol Motor Speedway that did not meet specifications. Placed crew chiefs for the cars, Donnie Wingo and Keith Koppenal, on probation until Dec. 31.

**BASEBALL**
American League
CHICAGO WHITE SOX—Announced the resignation of Rob Gallas, senior vice president, marketing and broadcasting. Placed SS Jose Valentin on the 15-day DL, retroactive to April 19. Purchased the contract of INF Kelly Dransfeldt from Charlotte of the IL.
CLEVELAND INDIANS—Placed LHP Jason Stanford on the 15-day DL. Recalled LHP Jerome Robertson from Buffalo of the IL.
NEW YORK YANKEES—Promoted Rick Cerrone, director of media relations and publicity, to senior director of media relations and extended his contract through 2006.
TAMPA BAY DEVIL RAYS—Recalled RHP Travis Harper from Durham of the IL. Designated OF Jason Romano for assignment.
TEXAS RANGERS—Placed RHP Colby Lewis on the 15-day DL, retroactive to April 18. Recalled LHP Ryan Snare from Oklahoma of the PCL. Assigned OF Brian Jordan to Frisco of the Texas League.
National League
ARIZONA DIAMONDBACKS—Activated C Robby Hammock from the 15-day DL. Optioned RHP Andrew Good to Tucson of the PCL.
SAN DIEGO PADRES—Agreed to terms with C-1B-OF Ben Petrick on a minor league contract.
Atlantic League
LONG ISLAND DUCKS—Signed INF Patrick Lennon, P Bill Simas and P Kevin Sheredy.
Northern League
GARY SOUTHSHORE RAILCATS—Signed OF Anthony Iapoce and INF Tyler Mar-
tin to one-year contracts.
JOLIET JACKHAMMERS—Signed 1B-OF Glenn Davis.
ST. PAUL SAINTS—Acquired RHP Julio Perez from New Jersey of the Northeast League for the reversionary rights to OF Carlos Rodriguez and cash. Sold OF Aaron Fera and LHP Jordy Alexander to Brockton of the Northeast League.
SCHAUMBURG FLYERS—Re-signed C Kirk Pierce to a one-year contract.
WINNIPEG GOLDEYES—Signed RHP Courtney Hall, C Andy Larned and INF Billy Zoffinger.

**BASKETBALL**
National Basketball Association
PHILADELPHIA 76ERS—Named Jim O'Brien coach.
American Basketball Association
MINOT CITY FREEZE—Named Otis Hailey coach.
PORTLAND REIGN—Named Antonio Harvey coach-general manager.

**FOOTBALL**
National Football League
CINCINNATI BENGALS—Signed QB Jon Kitna to a one-year contract extension through 2005.
DALLAS COWBOYS—Signed WR Randal Williams to a two-year contract.
GREEN BAY PACKERS—Re-signed TE David Martin. Waived P Travis Hale.
HOUSTON TEXANS—Signed CB Derrick Vaughn.
INDIANAPOLIS COLTS—Re-signed OT Ryan Diem and G Rick DeMulling to one-year contracts.
MIAMI DOLPHINS—Re-signed QB Sage Rosenfels to a one-year contract.
SAN FRANCISCO 49ERS—Signed OL Greg Randall and RB Jamal Robertson to one-year contracts.
Canadian Football League
EDMONTON ESKIMOS—Re-signed WR Jason Tucker.
HAMILTON TIGER-CATS—Signed CB Errol Hood. Acquired the rights to LB Jason Lamar and a 2004 second-round draft pick from Edmonton for a 2004 second-round draft pick.
WINNIPEG BLUE BOMBERS—Re-signed WR Robert Gordon. Signed WR Billy Wingfield. Named Kevin Austin event staff coordinator.
NFL Europe
FRANKFURT GALAXY—Signed TE Chris Edmonds.

**COLLEGE**
NCAA—Named Erik Christianson director of public and media relations.
COLORADO—Announced junior C David Harrison will forgo his senior season and enter the NBA draft.
GEORGETOWN—Named John Thompson III men's basketball coach.
GRAND VALLEY STATE—Named Ric Wesley men's basketball coach.
LOUISIANA-LAFAYETTE—Named Tim Rebowe safeties coach.
SOUTH CAROLINA—Named Matt Jennings men's basketball strength and conditioning coach.
VIRGINIA—Granted sophomore G-F Derrick Byers his release from the men's basketball team.

---

**THIRD NOTICE OF SALE UNDER MORTGAGE**

NOTICE IS HEREBY GIVEN, pursuant to Section 2932 of the Civil Code of Guam, as codified by 18 G.C.A. §36113, that the Mortgage executed and delivered by DAVID L. JOHNSON and ELCYNTHIA J. JOHNSON, whose mailing address is #3841 Cha-an La Chanch, Yigo, Guam, 96929, Mortgagors, to ComUnity Lending Inc., which Mortgage was assigned to **COUNTRYWIDE HOME LOANS, INC.**, on July 2, 2002, whose mailing address is #2130 Ward Avenue, Simi Valley, California, 93065, which Mortgage was executed on February 10, 1998, and recorded with the Department of Land Management, Government of Guam, under Document No. 578477, on February 26, 1998, will be FORECLOSED pursuant to a POWER OF SALE contained in the above Mortgage. The property described below will be sold WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, as hereinafter described, to the highest bidder at public auction, at the Yigo Mayor's Office, Yigo, Guam at 4:00 p.m. on May 13, 2004, to satisfy the amount due on such mortgage on the day of sale. Terms of sale are strictly cash or as otherwise deemed acceptable by Seller.
The premises that are described in such Mortgage and that will be sold to satisfy the Mortgage are more particularly described as follows:
Lot No. 7067B-12-9, Yigo, Guam, Estate No. 60472, Suburban, as said lot is marked and designated on Map Drawing No. L-705 (LM#299Fy83), dated August 30, 1983 and recorded on August 31, 1983 in the Department of Land Management, Government of Guam.
The following is shown for information purposes only: Said map shows the area to be 1,724.57± square meters; Last Certificate of Title No. 102696 issued to Erlinda C. Andulan.
Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed herewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto.
The undersigned is the attorney for the lawful owner of such mortgage and the note secured thereby. The Mortgagors have defaulted in performance of the terms and conditions of the note and mortgage, and the principal sum due is One **Hundred Sixty-two Thousand One Hundred Seventy-two and 40/100 ($162,172.40) Dollars**, accrued interest of Thirty-two Thousand Nine Hundred Forty-one and 27/100 ($32,941.27) Dollars as of May 1, 2003, plus interest thereon at the rate of 8.125% per annum from May 1, 2003 to the date of payment or sale, together with costs of sale and attorney's fees are due and owing.
The undersigned reserves the right to withdraw this Notice, to reject any bid or to accept the highest bid, and to postpone the sale from time to time.
This Third Notice of Sale Under Mortgage is made for the purpose of collecting a debt and any information obtained by the undersigned will be used for that purpose.
Dated this 2nd day of April 2004.
BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Mortgagee
By: /s/ CATHERINE BEJERANA CAMACHO
Guam U.S.A.       ) ss:
City of Hagatña   )
On this 2nd day of April 2004, before me, the undersigned notary, personally appeared, Catherine Bejerana Camacho, the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose, as attorney for CountryWide Home Loans, Inc.
By: /s/ KUUIPO C. BORJA
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires:
[illegible], 2006

---

**IN THE SUPERIOR COURT OF GUAM**

JOAQUIN I. CALIP
Plaintiff,
vs.
AMELIA C. CALIP
Defendant.
Domestic Case No. DM0457-04

**SUMMONS**

TO: AMELIA C. CALIP, Defendant
You are hereby summoned and directed to file with this Court and to serve upon Joaquin I. Calip, Department of Corrections, P.O. Box 3236, Hagatna, Guam 96932 a written answer to the Complaint for Divorce which is herewith served upon you, within thirty (30) days (exclusive of the day of service). If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
Dated: 1 APR 2004

Richard B. Martinez
Clerk of the Court (Acting)
Superior Court of Guam

By /s/ James R. Borja
Deputy Clerk

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA**

SHELL GUAM, INC.,
a Guam Corporation,
Plaintiff,
vs.
F/V PALAU MARU NO. 1
Defendant,
and
RRG INTERNATIONAL, INC.,
Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE

By /s/ FRANK DALLAS
United States Marshal

---



**UNIVERSITY OF GUAM**
UNIBETSEDAT · GUAHAN

Administrative and Finance
*Consolidated Procurement Office*

Paid with government funds from the University of Guam

The University of Guam is soliciting sealed bids for a **Trailer Mounted Boom Work Platform for the University of Guam.**

The specifications, together with all the necessary forms, are set forth in the **UOG Bid No. P08-04.** Copies of the specifications may be obtained with a $20.00 non-refundable fee at the **Consolidated Procurement Office** located at the Administration Building, University of Guam, Mangilao. For any assistance you can call (671) 735-2925/734-3118 fax.

All sealed bids should be submitted and received by the **Consolidated Procurement Office, on or before 2:00 p.m., Friday, May 7, 2004** and will be opened and read at that time and place.

/s/ Dr. HAROLD L. ALLEN
President

The University of Guam is an Equal Opportunity Employer and Provider.

---

**NOTICE**

The U.S. Department of Agriculture's Animal and Plant Health Inspection Service, Plant Protection and Quarantine is making available to the public an environmental assessment for the environmental release of a non-indigenous weevil, *Acythopeus burkhartorum* (Coleoptera: Curculionidae), under permit from the USDA, Animal and Plant Health Inspection Service (APHIS), for the biological control of ivy gourd, *Coccinia grandis* (L.) (Cucurbitaceae) in Guam and the Northern Mariana Islands. Persons wishing to obtain a copy of the document should contact Dr. R. Muniappan, Agricultural Experiment Station, College of Natural and Applied Sciences, University of Guam, Mangilao, Guam 96923, Email: rmuni@uog9.uog.edu, tel. 735-2142, fax 734-4600 or Mr. D. Berringer, USDA-APHIS-PPQ, PO Box 8769, Tamuning, Guam 96931, email: dallas.d.berringer@aphis.usda.gov, tel. 647-6030, fax 647-6029. Persons wishing to comment on the document should send them to the same address by May 22, 2004

---



**GUAM WATERWORKS AUTHORITY**
Government of Guam
Post Office Box 3010, Hagatna, Guam 96932
Phone: (671) 646-7810/7811 • Fax: (671) 646-2335

(Paid with government funds by the Guam Waterworks Authority)

## REQUEST FOR PROPOSALS

The Guam Waterworks Authority is soliciting proposals from qualified and interested consulting engineering firms for the Construction Management Service of the project: **DESIGN/BUILD FOR REHABILITATION OF CHLORINATION SYSTEM (VARIOUS LOCATION) PHASE I, GWA PROJECT AND W02-101-EPA, USEPA GRANT NO. XP-97931501-0.**

The Scope of Services will include all professional construction management services in the administration of the construction contract, maintaining control of the quality of construction materials and related work. Interested consulting firms must submit U.S. Government Forms SF 254 and 255 in quinduplicate (5 copies), indicating specific emphasis on their experience with project similar in nature, no later than **4:00 p.m. April 30, 2004** to the General Manager, Guam Waterworks Authority located at 578 North Marine drive, Tamuning, Guam. A copy of the valid certificate of business by the Professional Engineer, Architect and Land Surveyor (PEALS) Board of the Board of Territory of Guam be also submitted.

An A/E Selection Committee will convene soon after the deadline for submission to evaluate the proposal of each firm. Based on the evaluation candidate firm may be called in for interview. Firm which have submitted Forms 254 and 255 to GWA within the past six (6) months are not required to submit those forms again if no changes have occurred. However, a letter stating that their previous 254 and 255 submittal on what date, remain unchanged shall be submitted.

Guam Waterworks Authority hereby notified all prospective A/E's that it will affirmatively insure that in any contract entered into pursuant to this advertisement, minority enterprise will be afforded full opportunity to submit proposals as required by the federal guidelines and will not be discriminated against on the grounds of race, color and national origin in consideration of award. For further information please call the General Manager at 647-2603.

/s/ DAVID R. CRADDICK
General Manager



# Pacific Daily News, Friday, April 23, 2004 — Page 59

## L·I·N'S WANTED SALES REP
Fashionable, assertive, energetic. With a fresh & pleasant personality. Customer service skills preferred.
**PLEASE APPLY IN PERSON** at the Main Branch in East Agana • 649-1688
**GOOD BENEFITS • GOOD PAY**

## NOTICE OF SALE UNDER MORTGAGE
NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph (f) of the below described mortgage and the Notice of Default recorded on January 25, 2002 as Instrument No. 650578, that the mortgage ("Mortgage") executed on February 19, 1991 by ENRIQUE M. CHARGUALAF and TEODORA R. CRUZ, ("Mortgagors"), in favor of U.S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on April 25, 2001 as Instrument No. 453600, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE, LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was executed on June 19, 2001 and recorded with the Department of Land Management, Government of Guam, on January 2, 2002 as Instrument No. 649589.

The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder at public auction, to be held at the courthouse for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910 at 2:00 p.m. on May 14, 2004, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the Mortgage at the time of the sale; to reject any bid made at the sale and to withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:
Lot No. 402-R10-2-R132-R5, Tract No. 176, Santa Rita (formerly Agat), Guam, Estate No. 17196, Suburban, as said lot is marked and designated on Map Drawing No. CSS-0093-83, dated June 14, 1983 and recorded on August 5, 1983 in the Department of Land Management, Government of Guam, as Instrument No. 340140. Area: 2,607.54± square meters. The amount due the Mortgagee is for the sum of $51,286.26, accrued interest as of April 13, 2004 of $3,936.99, interest at the rate of 4% from April 13, 2004 to the date of full payment, attorney fees, and costs of this sale.

The undersigned are the attorneys for the Mortgagee and hereby give notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.
Dated: April 14, 2004.
**McCULLY & BEGGS, P.C.,** Attorneys for LPP Mortgage Ltd.
By: /s/ **MARK S. BEGGS**
GUAM )
On this 14th day of April, 2004, before me, the undersigned Notary, personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose, as attorney for LPP MORTGAGE LTD.
/s/ **MAUREEN E. TAITANO** NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: August 9, 2007
Ste. 200, 139 Murray Blvd., Hagatna

## Brand New Rebuilt House
**OPEN HOUSE:** Saturday April 24 10am-5pm



**For $175,000.00**
Sinajana–Behind "PayLess" Quiet Area, Good Neighborhood, 3-bd, 2-ba, Living Area: 1600sf, Large Rooms, Deluxe Finishing, Driveway, Trees, R-2 Land 836sm, Sewer.
Also, we can build on your lot w/out down payment.
Turnkey Welcome.
**Tel: 649-1926 • 888-8898**

## GUAM WATERWORKS AUTHORITY
Government of Guam
P.O. Box 3010 Hagatna, GU 96932
Tel. 647-2603 * Fax: 646-2335

### INVITATION FOR BID
IFB NO.: 2004-07
For: Personal Computers
Submission Date: May 05, 2004   Time: 10:00 a.m.
Place: Procurement & Supply Warehouse, Guam Waterworks Authority, 578 N. Marine Drive, Upper Tumon.

Interested parties may pick up forms/specifications at said place. A "non-refundable" fee of $25.00 will be charged and payable to: Guam Waterworks Authority. Payment shall be made at the GWA cashier located in GWA's main office.

/s/ **DAVID R. CRADDICK**
General Manager

*THIS AD IS PAID FOR BY GWA (PUBLIC LAW 26-12)*

## UNIVERSITY OF GUAM
UNIBETSEDAT GUAHAN
COLLEGE OF LIBERAL ARTS & SOCIAL SCIENCES

Seeking to establish a list of eligible part-time faculty for instructional appointments in Fall 2004 in the following fields:

- Philosophy
- Geography
- Comparative Politics (Asia)
- Theater
- East Asian History
- English

Please send a letter of interest, a current curriculum vita, and a completed employment application to Dr. Mary L. Spencer, Acting Dean, College of Liberal Arts and Social Sciences. For more information, please contact Ms. Cathy Ogo at (Tel: 735-2850/Fax: 734-3410), email address: cogo@uog9.uog.edu. Employment application is available from the UOG Website: http://www.uog.edu/hro/forms.html.

The University of Guam is an Equal Opportunity Employer and Provider. For assistance, please contact Ms. Beatrice M.C. Taitano-Cruz, Equal Employment Opportunity Officer at 735-2244/735-2243 (TTY).

/s/ **JOHN V. ANGOCO**
Chief Human Resources Officer
Paid for by University of Guam Funds

## UNIVERSITY OF GUAM
UNIBETSEDAT • GUAHAN
Administrative and Finance
Consolidated Procurement Office

**Paid with government funds from the University of Guam**

The University of Guam is soliciting sealed bids for a **Trailer Mounted Boom Work Platform for the University of Guam**.

The specifications, together with all the necessary forms, are set forth in the **UOG Bid No. P08-04**. Copies of the specifications may be obtained with a $20.00 non-refundable fee at the **Consolidated Procurement Office** located at the Administration Building, University of Guam, Mangilao. For any assistance you can call (671) 735-2925/734-3118 fax.

All sealed bids should be submitted and received by the **Consolidated Procurement Office**, on or before 2:00 p.m., Friday, May 7, 2004 and will be opened and read at that time and place.

/s/ **Dr. HAROLD L. ALLEN**
President

The University of Guam is an Equal Opportunity Employer and Provider.

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC., a Guam Corporation, Plaintiff,
vs.
F/V PALAU MARU NO. 1 Defendant,
and
RRG INTERNATIONAL, INC., Plaintiff-in-Intervention.
CIVIL CASE NO. CIV03-00029

### NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE
By: /s/ **JOAQUIN L.G. SALAS**
United States Marshal

## Ellen's REALTY
PH: 647-0888/9
VOICE MAIL: 720-2755
Suite B4, Cen-Tam Bldg, Tamuning
Ellen Wilkinson, Principal Broker
Thomas Zhang, Realtor

**SANTA RITA** — Mom & Pop store building fronting Chalan Obispo Olano — **$145,000** SELLER FINANCING $10,000 DOWN $1290.13/M

**YIGO** 2BD 1BA CONCRETE HOUSE ON 1/4 ACRE LAND **$88,000** (down $513.54/m plus T&I)

**MANGILAO GREEN PARK** 2BD 1BA pool. Newly Renovated Unit **$70,000**

**SUMMER PALACE** Single Family Home 4bd 2 1/2 ba SUPER DEAL! **$275,000**

**TAMUNING 6 UNIT APT.** FULLY OCCUPIED plus adjacent lot M-1zoned land (847sm) **$250,000**

## GIA — GUAM INSURANCE ADJUSTERS, INC.
1st Floor, Bldg., A Ada Plaza Center
173 Aspinall Avenue, Hagatna

### JOB VACANCY - ACCOUNTS CLERK

Guam Insurance Adjusters, Inc. has a vacancy within its Accounting Department for an Accounts Clerk.

The position will suit an individual with basic bookkeeping knowledge and an understanding of Excel would be benefit.

Please apply in confidence with references including work experience and qualifications.

**NO PHONE CALLS PLEASE**

## OASIS — NOW HIRING!
OASIS CAFE and CLIPPERS LOUNGE at the Guam International Airport has immediate openings for experienced, reliable individuals for the following positions;

- **FOOD SERVICE ATTENDANTS**
- **BARTENDERS • BAKER/PASTRY CHEFS**
- **COOKS • RESTAURANT & BAR MANAGER**
- **ACCOUNTANT/OFFICE ADMINISTRATOR**

Qualified applicants:
• Must be dependable, responsible and have good communications skills
• Must have professional appearance and a positive attitude
• Food and beverage experience preferred, but not required
• Japanese and Korean language skills preferred

Full & Part-time, Day & Night Shifts Available
Competitive pay, bonuses, and excellent benefits available.
Interviews will be held at the Airport, 2nd floor near Shirley's on Friday & Saturday, April 23rd & 24th from 8:30am to 12:30pm. Resume can be faxed to 649-6878.

## Pacific Security Alarm, Inc.
IN BUSINESS SINCE 1969



### CONDUIT JOURNEYMEN / CONDUIT HELPERS

Pacific Security Alarm, Inc. is seeking individuals to fill the position of CONDUIT JOURNEYMAN. Must have knowledge and experience in reading blueprints, installing conduits, using power tools and hand tools. Applicant must be a self-starter, must be able to manage a team, must be able to work flexible hours, and must possess own transportation and some tools. Electrical experience a plus.
PSA is also seeking individuals to fill the position of CONDUIT HELPERS. Candidates must be motivated and able to follow instructions. Applicants must be a self-starter, must be able to work flexible hours, must possess own transportation and some tools. Experience preferred, but will train the right person.
PSA offers an attractive benefit program which includes medical/dental insurance, life insurance, 401K retirement, vacation leave, and expanded training in other areas of our company. Salary is commensurate with experience.
Applications can be picked-up at our Human Resources Department in our main office across Micronesia Mall, 2nd floor Sunleader Building, Monday thru Friday from 8 am to 5 pm. No phone calls please.

PSA is drug-free work place and an Equal Opportunity Employer
"We offer peace of mind"

## HOME DELIVERY — Subscribe Today and Save 34% OFF The News Stand Price
**Call Today! 472-1 PDN**
Pacific Daily News



Case 1:03-cv-00029   Document 42   Filed 04/28/2004   Page 34 of 38

# 34 YARD SALE

SALE-ALL BRAND NEW Dbl. Beds w/ frame $195 Bunk beds $125 Futons, blankets, storge cabins and lots more 10a-4p Sat-Sun University Castle Mall 988-6371

YARD SALE #154-A Judge Sablan St. Ordot 7am-12pm Sat & Sun LOT OF ITEMS!!!

Yard Sale 186 Quezon St. Dededo April 24 Sat Only From 7am-1pm LOTS OF GREAT ITEMS!!!

Yard Sale Fri,Sat & Sun #134D Aka:de St. 8-4pm 734-5013/9391 Flea Maket Vendors Welcomed

Yard Sale Sat. 4/24 6-8am 1367-b Ulitni. Anderson Air Base, 5.5k Gen. $400, Mower $50 653-4876

Yard Sale: Sat 4/24 7am-12pm Cheap Books & mag. acrs Barrigada Library,nr.chruch Look 4 signs

Yard Sale: Sat. Only 4/24 8a-3p Piti-159 Nimitz Hill Estates Variety of hsehid itms look4signs477-4081

## MACHINERY

COLEMAN 5K WATT GENERATOR. MIN USAGE, $499 CALL 653-3767

## PETS

ADBA Registered Pit Bulls Pups 1-Female 3 Months Old w/ Current Shots Now Only $600 632-4414

ADBA Registered Pitbull Pups $600 w/papers or $450 W/out pprs, DOB: 12/ 5/03 C) 727-8808

American Bulldog Pups 13wks Old $800ea 1 Females Papers Included Call. 632-7320

PITBULL PUPS 2 FEMALES Colby/Land of the Giants. $300ea Call 472-7688

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC., a Guam Corporation, Plaintiff, vs. F/V PALAU MARU NO. 1 Defendant, and RRG INTERNATIONAL, INC., Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru. No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (571) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.

Dated at Hagatna, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS United States Marshal

Pacific Daily News, Saturday, April 24, 2004 — guampdn.com

---



## Alupang Beach Tower
### ESMERALDA & EL ASADO RESTAURANT

Has immediate opening for the following positions:

**COOK** (w/experienced preferred)

**WAITSTAFF** (flexible hours)

**NIGHT CLEANERS**

Applications can be picked up at the Esmeralda Restaurant, located at main lobby of Alupang Beach Tower
**649-4005 / 649-4093**

An Equal Opportunity Employer

---

## Pacific Security Alarm, Inc.
### IN BUSINESS SINCE 1969

**CONDUIT JOURNEYMEN**
**CONDUIT HELPERS**

Pacific Security Alarm, Inc. is seeking individuals to fill the position of CONDUIT JOURNEYMAN. Must have knowledge and experience in reading blueprints, installing conduits, using power tools and hand tools. Applicant must be a self-starter, must be able to manage a team, must be able to work flexible hours, and must possess own transportation and some tools. Electrical experience a plus.
PSA is also seeking individuals to fill the position of CONDUIT HELPERS. Candidates must be motivated and able to follow instructions. Applicants must be a self-starter, must be able to work flexible hours, must possess own transportation and some tools. Experience preferred, but will train the right person.
PSA offers an attractive benefit program which includes medical/ dental insurance, life insurance, 401K retirement, vacation leave, and expanded training in other areas of our company. Salary is commensurate with experience.
Applications can be picked-up at our Human Resources Department in our main office across Micronesia Mall, 2nd Floor Sunleader Building, Monday thru Friday from 8 am to 5 pm. No phone calls please.

PSA is drug-free work place and an Equal Opportunity Employer
"We offer peace of mind"



---

## Vehicles for Bid

**Description**
**1996 Chevrolet Geo Prizm**
**1996 Hyundai Elantra**
**2001 Lexus GS 300**

Interested? Please call Community First Credit Counseling Dept. at 472-5717/8 or 632-3995-8. Vehicles can be seen at CFGFCU Hagatna Office located at the 1st floor PDN Bldg. Hagatna, GU during hours of operation (M-TH 9am-4pm/F 10am-5pm/S 9am-1pm).

Note: COMMUNITY FIRST GUAM FEDERAL CREDIT UNION reserves the right to reject a or all bids. All vehicles are sold on a "AS IS" basis. Bids do not include tax, license, or registration fees. COMMUNITY FIRST GUAM FEDERAL CREDIT UNION makes no representation or warranties of any kind.

Deadline for all bids to be submitted is on April 30, 2004 by 12:00 o'clock noon.

---

## GUAM WATERWORKS AUTHORITY
### Government of Guam
P.O. Box 3010 Hagatna, GU 96932
Tel. 647-2603 * Fax: 646-2335

### INVITATION FOR BID

| | |
|---|---|
| IFB NO. | 2004-07 |
| For: | Personal Computers |
| Submission Date: | May 05, 2004    Time: 10:00 a.m. |
| Place: | Procurement & Supply Warehouse, Guam Waterworks Authority, 578 N. Marine Drive, Upper Tumon. |

Interested parties may pick up forms/specifications at said place. A "non-refundable" fee of $25.00 will be charged and payable to: Guam Waterworks Authority. Payment shall be made at the GWA cashier located in GWA's main office.

/s/ DAVID R. CRADDICK
General Manager

*THIS AD IS PAID FOR BY GWA (PUBLIC LAW 26-12)*

---



### Guam Memorial Hospital Authority
### Aturidàt Espetàt Mimuriàt Guåhan
850 GOV. CARLOS CAMACHO ROAD
OKA, TAMUNING, GUAM 96913
TEL: 647-2444 or 647-2330
FAX: (671) 649-0145

This Public Notice is paid for by government funds, and is paid for by Guam Memorial Hospital Authority

### NOTICE OF PUBLIC HEARING

NOTICE IS HEREBY GIVEN, that the Guam Memorial Hospital Authority (GMHA) will be conducting a Public Hearing on hospital rates fees and charges. Documents relating to this proceeding are available for public inspection at the Chief Financial Officers at GMHA. Should you have any questions, please feel free to contact Mr. Frumen Patacsil. Quality Improvement Coordinator at 647-2381 or Mr. Austin Swett, Finance Office at 647-2934.

Date: Tuesday, May 4, 2004
Time: 2:30 p.m.
Place: GMHA Boardroom, 1st Floor, Administration Wing, 850 Gov Carlos Camacho Road, Oka Tamuning, Guam.

Individuals requiring special accommodations should contact Toni Villavicencio, ADA Coordinator, at 647-2211 to make appropriate arrangements. The Telecommunications Device for the Hearing and Speech Impaired number is 649-1801.

---

### PORT AUTHORITY OF GUAM
### ATURIDAT I PUETTON GUAHAN
Jose D. Leon Guerrero Commercial Port
GOVERNMENT OF GUAM

FELIX P. CAMACHO   1026 Cabras Highway, Suite 201   Telephone:(671) 477-5931/35
Governor of Guam                                     (671) 477-2683/85
KALEO S. MOYLAN    Piti, Guam 96915                  Facsimile:(671) 477-2685/4445
Lieutenant Governor                                  Webpage: www.netpci.com/~pag4

THIS ADVERTISEMENT WAS PAID WITH GOVERNMENT FUNDS
BY:
Port Authority of Guam

### BID INVITATION

Bid No.   PAG 04-015
For       MARITIME SECURITY TRAINING
Opening
Date:     May 04, 2004                 Time: 10:00 a.m.
PRE-BID CONFERENCE: April 27, 2004 at 10:00 a.m.
Place: Port Authority of Guam, Piti, Guam, Procurement Office

INTERESTED PARTIES MAY PICK UP BID FORMS/SPECIFICATIONS AT SAID PLACE
A NON-REFUNDABLE FEE OF $25.00 WILL BE CHARGED FOR EACH BID PACKET.

/s/ Joseph F. Mesa
General Manager

---



## Atkins Kroll

Long term reliability...since 1914
(An Inchcape Company)

Are you looking for a long established company that can offer

- Competitive Wages
- Production Bonus Program
- Medical/Dental Insurance Plan
- Long Term Disability Insurance
- Company Provided Uniforms
- Employee Discount
- Paid Time Off for Jury Duty
- 401 (K) Plan
- Paid Vacation

- Discretionary Bonus Plan
- Paid Bereavement Leave
- Service Award Program
- Advancement Opportunities
- Performance/Wage Review
- Life Insurance
- Well Equipped Work Facility
- Paid Holidays
- Paid Sick Leave

If so, and you are interested in joining our team of professionals, Atkins Kroll has the following opening for

### Marketing and Business Development Coordinator

The person selected for this position must be highly motivated with strong organizational and communication skills. Candidate must have at least two years experience in advertising, marketing or related field.

If you meet these requirements and know that you would like to work with other professionals, apply in person, by mail, email, or fax to

AK Human Resources • 443 South Marine Corp. Drive • Tamuning, GU 96911
Telephone: 648-8403 • Fax: 649-8336
• Email: karen.cruz@akguam.com

AK IS AN EQUAL OPPORTUNITY EMPLOYER • www.akguam.com

## Airport Hotel Mai'ana



**Rent or Lease**
Furnished Studios,
2 & 3 Bedrooms
Suites available.
Pool, Jacuzzi, Sauna,
Fitness Room,
Central A/C, Generator,
Elevator, Laundry,
24 Hr. Staff
Renovations Completed in 2002 & 2003
Please call or stop by for showing anytime! ("Section 8" not available)
**646-6961**

---

## PORT AUTHORITY OF GUAM
### ATURIDAT I PUETTON GUAHAN
Jose D. Leon Guerrero Commercial Port
GOVERNMENT OF GUAM

FELIX P. CAMACHO — Governor of Guam
KALEO S. MOYLAN — Lieutenant Governor

1026 Cabras Highway, Suite 201
Piti, Guam 96915
Telephone: (671) 477-5931/35
         (671) 477-2683/85
Facsimile: (671) 477-2689/4145
Webpage: www.oecpci.com/~pag4

THIS ADVERTISEMENT WAS PAID WITH GOVERNMENT FUNDS BY:
Port Authority of Guam

### BID INVITATION

| | |
|---|---|
| Bid No. | PAG 04-015 |
| For Opening | MARITIME SECURITY TRAINING |
| Date: | May 04, 2004   Time: 10:00 a.m. |

PRE-BID CONFERENCE: April 27, 2004 at 10:00 a.m.
Place: Port Authority of Guam, Piti, Guam, Procurement Office

INTERESTED PARTIES MAY PICK UP BID FORMS/SPECIFICATIONS AT SAID PLACE
A NON-REFUNDABLE FEE OF $25.00 WILL BE CHARGED FOR EACH BID PACKET.

/s/ Joseph F. Mesa
General Manager

---

## NOTICE OF JOB OPPORTUNITY

James H. Underwood, Director
Department of Labor

By authority from the U.S. Citizenship and Immigration Services, the Guam Department of Labor is making a determination on Temporary Labor Certification. Applications for the positions listed in this advertisement. This ad is part of the determination process that will determine that (1) there are not sufficient U.S. workers that are qualified and available to perform work, and (2) that the employment of the alien(s) will not adversely affect the wages and working conditions of similarly employed U.S. workers on Guam. The wages listed must be at least equal to the Prevailing Wage Rate for the occupation. U.S. workers shall be offered the same benefits, terms, and conditions offered by the employer to alien workers.

**2 - INDIAN SPECIALTY COOKS** (4 yrs. exp.) - $10.47/Hr.
Assists Executive Chef in planning menus for Indian Restaurant. Seasons, prepares, and cooks Indian Cuisine in accordance with prescribed methods for Indian cuisine. Portions and garnishes food. Serves food to waiters on order. Assists Executive Chef in estimating food consumption and in requisitioning supplies. (Must possess a health certificate after hiring.)

BENEFITS: Round-trip airfare for off-island hire; worker's compensation; and food and lodging @ $320/mo.

Interested applicants should apply at Guam Employment Service at the One Stop Career Center located at the Sunny Plaza Bldg. at 125 Tun Jesus Crisostomo St., Suite. 101, Tamuning. The job offer is open to all qualified U. S. workers without regard to race, color, national origin, age, sex, citizenship and to U.S. workers with disabilities who are qualified, willing, able and available to perform the job. (Ref. No. 2004-0015).

---



### BISNES MAMI INC.
An Equal Opportunity and Drug Free Employer, is looking for individuals to fill the immediate vacancies:

**PACIFIC TYRE**
**ASE CERTIFIED TECHNICIANS**
Must have a minimum two (2) years experience and able to work flexible hours.

**Competitive Salary**
Benefits including 401K, Health Insurance, Paid Vacation and Company Wide Discounts

**Apply In Person**
180 Chalan San Antonio Tamuning, Guam
(Across from GPO)

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC.,
a Guam Corporation,
Plaintiff,
vs.
F/V PALAU MARU NO. 1
Defendant,
and
RRG INTERNATIONAL, INC.,
Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.

Dated at Hagatna, Guam USA this 20th day of April 2004.

**UNITED STATES MARSHAL SERVICE**

By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---



## GOVERNMENT OF GUAM
## HUMAN RESOURCES DIVISION
## DEPARTMENT OF ADMINISTRATION

Felix P. Camacho — Governor
Kaleo S. Moylan — Lieutenant Governor

### REQUEST FOR PROPOSAL
### FY2005 GROUP HEALTH INSURANCE PROGRAM
### PROPOSAL NO.: DOA/HRD-RFP-BH-04-01

The Department of Administration is accepting proposals from interested health insurance companies (including Health Maintenance Organizations), agents or brokers of health insurance companies; licensed to do business on Guam under the laws of Guam to provide the following services for Fiscal Year 2005:

> Health insurance coverage to eligible Government of Guam active employees, retired employees, survivors of retired employees and covered dependents, thereof. The prospective offeror may submit a dental insurance plan proposal along with a medical insurance plan proposal. A dental proposal is desired but not required. No dental-only proposal will be accepted.

The Request for Proposal (RFP) specifications and other pertinent information concerning this RFP are available at the Human Resources Division, Department of Administration, located at the Governor Manuel F.L. Guerrero Building, Hagåtña, Guam from Monday thru Friday between 9:00 a.m. to 4:00 p.m., except holidays.

Deadline for submission of proposals is 10:00 a.m., April 28, 2004.

Should you have any questions regarding the RFP, please call the Human Resources Division, Department of Administration at 475-1296/1132.

/s/ LOURDES M. PEREZ, Director
Department of Administration

---



### Atkins Kroll
Long term reliability...since 1914
(An Inchcape Company)

Are you looking for a long established company that can offer

- Competitive Wages
- Production Bonus Program
- Medical/Dental Insurance Plan
- Long Term Disability Insurance
- Company Provided Uniforms
- Employee Discount
- Paid Time Off for Jury Duty
- 401 (K) Plan
- Paid Vacation

- Discretionary Bonus Plan
- Paid Bereavement Leave
- Service Award Program
- Advancement Opportunities
- Performance/Wage Review
- Life Insurance
- Well Equipped Work Facility
- Paid Holidays
- Paid Sick Leave

If so, and you are interested in joining our team of professionals, Atkins Kroll has the following opening for

## Marketing and Business Development Coordinator

The person selected for this position must be highly motivated with strong organizational and communication skills. Candidate must have at least two years experience in advertising, marketing or related field.

If you meet these requirements and know that you would like to work with other professionals, apply in person, by mail, email, or fax to

AK Human Resources • 443 South Marine Corp. Drive • Tamuning, GU 96911
Telephone: 648-8403 • Fax: 649-8336
• Email: karen.cruz@akguam.com

AK IS AN EQUAL OPPORTUNITY EMPLOYER   www.akguam.com





## INVITATION FOR BID

**A.B. Won Pat Guam International Airport Authority**
(ATURIDATE PUETTON BATKON AIREN ENTENASIONAT GUAHAN)
P.O. Box 8770, Tamuning, GU 96931 Tel: (671) 646-0300

### Replace/Upgrade Airport Landside Areas
### Miscellaneous Repairs Industrial Park and Airport Access Road
**PROJECT NO. GIAA-FY03-16-2B2 / DR 1446-QU/FW No. 1430**

The A.B. Won Pat Guam International Airport Authority (GIAA), a public corporation and autonomous agency of the Government of Guam, will receive sealed bids to Replace/Upgrade Airport Landside Areas and make Miscellaneous Repairs, Industrial Park and Airport Access Road at the Won Pat International Airport, Guam.

Bids will be received as described in the contract documents until 2:00 P.M., May 19, 2004 (Guam Standard Time), at the office of the GIAA Executive Manager, at which time and place all bids will be publicly opened and read aloud at the GIAA Terminal Conference Room. Bids received after 2:00 P.M. will not be considered.

All bids must be accompanied by a bid security in the amount of 15% of the total bid price. Bid security may be a bid bond, certified check or cashier's check made payable to the Guam International Airport Authority. A non-refundable amount of One Hundred Fifty Dollars ($150.00) in cash or cashier's check is required as payment for bid documents, which can be obtained from the GIAA Administration office. The sureties of all bonds shall be such surety company or companies as are approved by GIAA and as authorized to transact business in the Territory of Guam. The penal amount of the bond shall not exceed the surety's underwriting limit. A notarised true copy of Certificate of Authority is also required.

GIAA hereby notifies all bidders that it will affirmatively insure that Small Business Concerns and Small Disadvantaged Business Concerns will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated on the grounds of race, color and national origin in its consideration for an award of contract.

A pre-bid meeting will be held in the GIAA Board Conference Room, Tamuning, Guam at 10:00 A.M., May 6, 2004 (Guam Standard Time).

The GIAA reserves the right to reject any and all bids and to waive any and all informalities, and to disregard all nonconforming or conditional bids or counter proposals when in GIAA's opinion, such rejection or waiver will be in the Authority's best interest.

For further information, contact Mr. Victor J. Cruz, Engineer Supervisor, at tel. (671) 642-4457 / fax no. (671) 642-4457.

**EDITH C. PANGELINAN**
Acting Executive Manager

PAID FOR BY GUAM INTERNATIONAL AIRPORT AUTHORITY

---



## Mina 'Bente Siete Na Liheslaturan Guåhån

**vicente (ben) c. pangelinan** — Office of the People
Speaker — Chairman, Committee on Utilities and Land

### Public Hearing
**Tuesday, May 4, 2004**
**9:00 a.m.**

**Confirmation Hearing**
- Ms. **Annie R. Perez** as a member of the Chamorro Land Trust Commission
- Mr. **Joseph M. Borja** as the Director of the Department of Land Management

**Bills**
- **Bill 251**, "AN ACT TO TRANSFER PROPERTIES UNDER THE JURISDICTION OF THE DEPARTMENT OF PUBLIC WORKS THAT ARE LOCATED IN TIYAN, ALTERNATIVELY KNOWN AS THE FORMER NAVAL AIR STATION, AGANA (BREWER FIELD), TO THE JURISDICTION OF THE GUAM ANCESTRAL LANDS COMMISSION."
- **Bill 288**, "AN ACT TO AUTHORIZE THE GOVERNOR TO LEASE TO THE MANENGGON MEMORIAL FOUNDATION LOT NO. 208 ESTATE NO. 278, MUNICIPALITY OF YONA, DEEDED TO THE GOVERNMENT OF GUAM BY MR. DWIGHT LOOK WITH THE SPECIFIC CONDITION THAT THE PROPERTY BE UTILIZED TO ESTABLISH A MEMORIAL OF THE MANENGGON RETENTION CAMPS OF WORLD WAR II, BY ADDING A NEW ARTICLE 13 TO CHAPTER 68 OF TITLE 21, GUAM CODE ANNOTATED."

*Joint Hearing by the Committee on Utilities and Land, and the Committee on Appropriations & Budgeting, General Government Operations, Reorganization & Reform:*

- **Bill 281**, "AN ACT TO APPROPRIATE ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000) FROM THE GENERAL FUND TO THE GUAM WATERWORKS AUTHORITY FOR THE PURPOSE OF REHABILITATING THE SANTA RITA SPRINGS BOOSTER PUMP AND THE CONSTRUCTION OF NEW WATER TRANSMISSION LINES, ALL INTENDED TO IMPROVE WATER PRESSURE AND WATER SERVICE TO RESIDENTS OF SANTA RITA AND TO PERMIT I MAGA'LAHEN GUAHAN TO DEFRAY SUCH EXPENSE TO THE GENERAL FUND VIA REVERSION OF ANY UNOBLIGATED INTEREST OR LEFTOVER FUNDS IN VARIOUS CAPITAL IMPROVEMENT BONDS."

The hearing will take place at the Guam Legislature Public Hearing Room located in Hagatna. Individuals requiring special accommodations, auxiliary aid or services are asked to contact the Office of Speaker vicente (ben) c. pangelinan @ 472-3555/46. Written testimony may be submitted in advance of the Public Hearing date. Testimonies may be e-mailed to senbenp@kuentos.guam.net or faxed to 472-3556 or mailed to: Office of Speaker vicente (ben) c. pangelinan, 155 Hesler Street, Hagatna, Guam 96910. For further information, please log on to www.guam.net/com/senben.

*Ad paid for by government funds.*

---

## SCOREBOARD

### ▲ Continued from Page 34

36. Collins 2-7 0-0 4, Kidd 5-10 10-11 20, Kittles 4-10 1-2 10, Rogers 2-7 3-4 7, A.Williams 2-3 0-1 4, Armstrong 1-3 0-0 2, Harris 0-3 4-4 4, Scalabrine 0-0 0-0 0. Totals 34-79 31-41 100.
**NEW YORK (94)**
Hardaway 5-15 5-6 17, K.Thomas 5-10 4-6 14, Mohammed 1-4 1-2 3, Anderson 2-5 0-0 4, Marbury 11-28 7-11 31, Baker 5-8 2-2 12, F.Williams 4-9 1-1 11, Sweetney 0-1 2-2 2, Johnson 0-1 0-0 0. Totals 33-79 22-30 94.
New Jersey 21 23 25 31 — 100
New York 21 25 22 26 — 94
3-Point Goals—New Jersey 1-9 (Kittles 1-3, Kidd 0-1, Jefferson 0-2, Rogers 0-3), New York 6-21 (F.Williams 2-6, Marbury 2-7, Hardaway 1-4, Johnson 0-1). Fouled out—Mohammed.

Baker. Rebounds—New Jersey 55 (Martin 13), New York 48 (K.Thomas 15). Assists—New Jersey 16 (Kidd 7), New York 22 (Marbury 7). Total fouls—New Jersey 21, New York 33. Technicals—New Jersey Defensive Three Second, Jefferson, New Jersey coach Frank, K.Thomas, F.Williams, Marbury. A—19,763 (19,763).

At Memphis, Tenn.
**SAN ANTONIO (110)**
Bowen 4-6 0-2 10, Duncan 10-18 5-6 26, Nesterovic 4-6 0-0 8, Parker 9-15 7-10 29, Turkoglu 1-3 3-6 6, Horry 4-7 2-2 14, Ginobili 2-3 6-6 10, Hart 3-3 0-0 6, D.Brown 0-1 1-2 1, Rose 0-1 0-0 0, Ward 0-0 0-0 0, Willis 0-0 0-0 0. Totals 37-63 25-34 110.

**MEMPHIS (97)**
Posey 6-13 8-8 20, Gasol 10-15 2-2 22, Wright 2-5 0-2 4, Williams 4-10 2-2 13, Miller 3-9 0-0 6, Battier 2-5 2-2 6, Swift 3-6 0-0 6, Wells 1-3 2-2 4, Watson 5-9 3-3 13, Outlaw 0-0 1-2 1, Humphrey 0-0 0-0 0. Totals 36-75 20-23 97.
San Antonio 32 25 30 23 — 110
Memphis 21 24 27 25 — 97
3-Point Goals—San Antonio 11-17 (Parker 4-5, Horry 4-5, Bowen 2-2, Turkoglu 1-3, Ginobili 0-1, D.Brown 0-1), Memphis 5-16 (Williams 3-7, Miller 2-6, Battier 0-1, Watson 0-2). Fouled out—None. Rebounds—San Antonio 40 (Duncan, Horry 6), Memphis 37 (Posey 11). Assists—San Antonio 25 (Parker 13), Memphis 19 (Williams 8). Total fouls—San Antonio 21, Memphis 30. Technicals—San Antonio coach Popovich, Ginobili, Walls. A—19,351 (19,000).

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA**

SHELL GUAM, INC.,
a Guam Corporation,
Plaintiff,
vs.
F/V PALAU MARU NO. 1
Defendant,
and
RRG INTERNATIONAL, INC.,
Plaintiff-in-Intervention.

**CIVIL CASE NO. CIV03-00029**

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 20th day of April 2004.

**UNITED STATES MARSHAL SERVICE**
By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

**IN THE SUPERIOR COURT OF GUAM**

IN THE MATTER OF THE ESTATE
OF
ERIC JOHN BELL,
Deceased.

**PROBATE CASE NO. PR0130-03**

**NOTICE OF RENDERING ACCOUNT FOR FINAL SETTLEMENT AND PETITION FOR DISTRIBUTION**

Notice is hereby given that GEORGE R. BELL, executor of the estate of ERIC JOHN BELL, deceased, has rendered and presented for final settlement, and filed in said court, his account of such administration, together with a petition for the final distribution of said estate, and that May 12, 2004, at 10:00 a.m. of said day, in the courtroom, Superior Court of Guam, Hagåtña, Guam, has been set for the settlement of said account and the hearing of said petition for distribution, and all persons interested in said estate are notified then and there to appear and show cause, if any they have, why the said account should not be settled and allowed, and why distribution of said estate should not thereupon be immediately made to the persons entitled thereto without further notice of proceedings. Reference is hereby made to the said account and petition for further particulars.

Dated: April 22, 2004

Pauline U. Camacho
CLERK, SUPERIOR COURT OF GUAM

---

**IN THE SUPERIOR COURT OF GUAM**

IN THE MATTER OF THE ESTATE
OF
CECILIA MUNA GUZMAN,
Deceased.

**PROBATE CASE NO. PR0038-04**

**NOTICE OF HEARING ON PETITION FOR LETTERS OF ADMINISTRATION**

THIS NOTICE IS REQUIRED BY LAW, YOU ARE NOT REQUIRED TO APPEAR IN COURT UNLESS YOU DESIRE.

NOTICE IS HEREBY GIVEN that ANTHONY J.M. GUZMAN has filed herein a Petition for Letters of Administration upon the Estate of Cecilia Muna Guzman, Deceased, and the time and place of said hearing is in the Superior Court of Guam on May 06, 2004, at the hour of 10 a.m., and all persons interested are hereby notified to appear and show cause, if any they have, why the Petition should not be granted. Reference is made to said petition for further particulars.

DATED: MAR 26 2004

RICHARD B. MARTINEZ
Clerk of Court, Superior Court of Guam

By: Pauline U. Camacho
(Deputy Clerk)

---



## Superior Court of Guam
### BID SC-04-02

The Superior Court of Guam is accepting Bid Proposals for vehicles set forth in Bid Invitation No. **SC-04-02**.

Interested and qualified vendors may pick up copies of the specifications at the Procurement Office located at the Basement level, Room No. B-200 of the Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam beginning Tuesday, April 27, 2004 from 8:00 a.m. to 5:00 p.m.

All bids should be submitted to the Procurement Office no later than 2:00 p.m., Friday, May 7, 2004. All bids will be opened and read at the Administrative Director's Conference Room, first floor, Guam Judicial Center at that time and date.

For more information, please contact Jesse M. Lefever, Court Procurement Officer III at 475-3290.

/s/ Perry C. Taitano
Administrator of the Courts

Case 1:03-cv-00028   Document 42   Filed 04/28/2004   Page 8 of 8