1  Steven A. Zamsky, Esq.
2  **ZAMSKY LAW FIRM**
   Suite 805, GCIC Building
3  414 West Soledad Avenue
   Hagåtña, Guam USA 96910
4  Telephone:   (671) 477-3637
   Facsimile :   (671) 472-1584
5

FILED
DISTRICT COURT OF GUAM

MAY 13 2004

MARY L. M. MORAN
CLERK OF COURT

6  Attorneys for Plaintiff Shell Guam, Inc.
7

8
       **IN THE UNITED STATES DISTRICT COURT**
9         **FOR THE DISTRICT OF GUAM USA**
10

11  SHELL GUAM, INC.,                )    **CIVIL CASE NO. CIV03-00029**
12  a Guam corporation,              )
                                     )
13          Plaintiff,               )
                                     )
14      vs.                          )    **NOTICE OF UNITED STATES**
                                     )    **MARSHAL'S SALE**
15  F/V PALAU MARU NO. 1,            )
                                     )
16          Defendant,               )
                                     )
17                                   )
        and                          )
18                                   )
19  RRG INTERNATIONAL, INC.,         )
                                     )
20          Plaintiff-in-Intervention. )
                                     )
21  ─────────────────────────────────

22      **BY THE VIRTUE OF AN ORDER OF SALE** issued out of the above entitled Court

23  dated **April 15, 2004**, and commanding me to make sale of the Defendant Vessel F/V Palau Maru

24
    No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries
25
    thereto appertaining and belonging, **NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY,**
26
27  **APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V**
28

ORIGINAL

Page 2
Notice of United States Marshal's Sale
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

**PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS** to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490.

**TERMS:** A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.

Dated at Hagåtña, Guam USA this _20_ day of **April 2004**.

**UNITED STATES MARSHAL SERVICE**

By: _____

**JOAQUIN L.G. SALAS**
**United States Marshal**

Z8(004.695)\PLD\P#2144

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHELL GUAM, INC. | CIV03-00029 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V PALAU MARU NO. 1 | SALE OF VESSEL |

**SERVE** ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V PALAU MARU NO. 1

**AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port Authority of Guam
Piti, Guam USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold      Fold

By Order of the District Court of Guam dated April 15, 2004, Defendant Vessel
F/V Palau Maru No. 1 shall be sold on April 28, 2004 at the hour of 2:00 o'clock p.m.,
at the steps of the District Court of Guam, Hagatna, Guam.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| STEVEN A. ZAMSKY | [X] PLAINTIFF [ ] DEFENDANT | (671) 477-3637 | April 20, 2004 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | ONE(1) | No. 093 | No. 093 | | 04/20/04 |

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | **RECEIVED** **MAY 13 2004** **DISTRICT COURT OF GUAM** **HAGATNA, GUAM** | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service   4/28/04    Time   14:00 pm |
| | | Signature of U.S. Marshal or Deputy |

(2hrs) Publication Fee

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | 1029.00 | 20.00 | 1139.00 | | | |

REMARKS:

I hereby cetify that I DUSM Victor M. Roman, offered F/V Vessel Palau Maru
No. 1 for Public Action on the 28th day of April. 2004 at 14:00

No bids were offered. The Action Declared Vacant.

# INSTRUCTIONS FOR SERVICE OF PROCESS BY THE U.S. MARSHAL

**Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.**

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

RECEIVED

MAY 1 3 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

# United States Marshal's Service
## Judicial District of Guam/CNMI
## Return

Case No:_ *CIV03-00029*___

I,___*VICTOR M. ROMAN*____ , a duly sworn and authorized Deputy U.S. Marshal, does hereby certify and state, that I offered for sale in Public Auction, the item described in the Order/Notice of Sale or Writ of Execution attached hereto and made part of this return as ordered by the United States District Court.

Also, that said Notice of Sale was published as required and as supported by the accompanying Affidavit of Publication. Further, that the sale began at the hour of ___*14:00 PM*____ on the __*28TH*__day of__*APRIL*____, 2004, when said property was offered in Public Auction and that I received no bids to cover the minimum amount ascribed by the court. That this being the final scheduled sale, the sale of the property is hereby DECLARED VACANT. Auction records are attached hereto and made part of this return.

Marshal's fees, indicated below, will be deducted from the case deposit on hand or the proceeds of the sale, whichever is deemed appropriate, after confirmed by the court.

### MARSHAL'S FEES

| | |
|---|---|
| Highest Bid | $ -0- |
| 3% OF 1st $1,000.00 | $ -0- |
| 1 ½% of remaining balance | $ -0- |
| Execution of sale fee (2 hours x $45.00) | $ 90.00 |
| Total Mileage (including endeavors) @ $_____ | $ -0- |
| Tolls (including endeavors) | $ -0- |
| Publication Fee | $ 1,029.00 |
| Administrative Fees | $ 20.00 |
| **TOTAL:** | $ 1,139.00 |

This at ___*HAGATNA, GUAM*____on_*APRIL 28, 2004*_

**Joaquin L.G. Salas**
**United States Marshal**

By:__VICTOR M. ROMAN__
Deputy U.S. Marshal

1 Steven A. Zamsky, Esq.
2 ZAMSKY LAW FIRM
Suite 805, GCIC Building
3 414 West Soledad Avenue
Hagåtña, Guam USA 96910
4 Telephone: (671) 477-3637
Facsimile : (671) 472-1584
5

6 Attorneys for Plaintiff Shell Guam, Inc.
7

FILED
DISTRICT COURT OF GUAM

APR 2 8 2004

MARY L. M. MORAN
CLERK OF COURT

8 IN THE UNITED STATES DISTRICT COURT
9 FOR THE DISTRICT FO GUAM

10
SHELL GUAM, INC.,                    )    CIVIL CASE NO. CIV03-00029
11 a Guam corporation,                 )
12              Plaintiff,              )
13     vs.                             )    SUPPLEMENTAL
                                       )    AFFIDAVIT OF STEVEN A. ZAMSKY
14 F/V PALAU MARU NO. 1,               )    PURSUANT TO LOCAL ADMIRALTY
                                       )    RULE 14(b) AND COURT ORDER
15                                     )
             Defendant,                )
16                                     )
17     and                            )
                                       )
18 RRG INTERNATIONAL, INC.,            )
19                                     )
       Plaintiff-in-Intervention.     )
20 _____    )

21
GUAM USA                     )
22                            ) ss:
MUNICIPALITY OF HAGÅTÑA       )
23

24
STEVEN A. ZAMSKY, first being duly sworn, depose and say as follows:
25

26     1.    I am an attorney admitted to practice law in Guam USA.

27     2.    I am the attorney of record for Plaintiff Shell Guam, Inc..

28

COPY

Page 2
Supplemental Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b) and Court Order
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

3.      I make this Supplement Affidavit pursuant to Local Admiralty Rule 14(b) and Order of this Court dated April 15, 2004, and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

4.      This Supplemental Affidavit sets forth the costs paid and incurred up to March 31, 2004 by Plaintiff Shell Guam, Inc. and Plaintiff-in-Intervention RRG International, Inc..

5.      The total amount of the Judgment together with interest is the sum of $183,060.82 and set out as follows:

| | |
|---|---|
| Principal | $ 174,492.47 |
| Interest to 02-25-04 | 7,612.80 |
| From 02-26-04 to 03-24-04 | |
| @ $32.95 per day x 29 days | <u>955.55</u> |
| | $ 183,060.82 |

6.      The total amount of attorneys fees and costs paid or incurred as of March 31, 2004 is the sum of $25,916.10.

7.      The cost of the Custodian, Oceaneer Enterprises, Inc. paid or incurred through February 29, 2004 is the sum of $62,081.00.

8.      The cost paid or incurred for the United States Marshal's Service is unknown.

///

///

///

///

///

Page 3
**Supplemental Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b) and Court Order**
**Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.**
**District Court of Guam Civil Case No. CIV03-00029**

9.   The total amount to which Plaintiff Shell Guam, Inc. is entitled to a credit bid is the sum of $271,057.92. *max Credit Bid*

FURTHER THE AFFIANT SAYETH NOT.

Dated this **28th** day of **April 2004**.

_____
**STEVEN A. ZAMSKY**

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this **28th** day of **April 2004**, by **Steven A. Zamsky**.

_____
**NOTARY PUBLIC**

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2147

FILED
DISTRICT COURT OF GUAM

APR 2 8 2004

MARY L. M. MORAN
CLERK OF COURT

1

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

2

3

4

5

6

Attorneys for Plaintiff Shell Guam, Inc.

7

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

9

10

| | | |
|---|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation, | )<br>)<br>) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | AFFIDAVIT OF PUBLICATION |
| F/V PALAU MARU NO. 1, | )<br>)<br>) | |
| Defendant, | )<br>)<br>) | |
| and | )<br>)<br>) | |
| RRG INTERNATIONAL, INC., | )<br>) | |
| Plaintiff-in-Intervention. | )<br>) | |
| _____ | ) | |

11

12

13

14

15

16

17

18

19

20

21

GUAM USA ) .
) ss:
MUNICIPALITY OF HAGÅTÑA )

22

23

24

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

25

26

1.      I am over the age of eighteen (18), a United States citizen, and not interested in the

27

outcome of this case.

28

COPY

2.    I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

3.    That on **APRIL 22, 2004, APRIL 23, 2004, APRIL 24, 2004, APRIL 25, 2004, APRIL 26, 2004, and APRIL 27, 2004,** I caused to print and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF UNITED STATES MARSHAL'S SALE** with respect to Defendant Vessel F/V Palau Maru No. 1.

FURTHER AFFIANT SAYETH NOT.

Dated this **27th** day of **April 2004**.

_____
**FAYE S. VASAPOLLI**

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this 27th day of **April 2004**, by **FAYE S. VASAPOLLI**.

_____
**NOTARY PUBLIC**

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2145

# SCOREBOARD

▲ Continued from Page 50

9. Washington
6. Detroit
7a.Cleveland
8. Atlanta
3. Jacksonville
16. Houston
11. Pittsburgh
12. New York Jets
13. Buffalo
14. Chicago
15. Tampa Bay
16. San Francisco
17. Denver (from Cincinnati)
18. New Orleans
19. Minnesota
20. Miami
21. New England (from Baltimore)
22. Dallas
23. Seattle
24. Cincinnati (from Denver)
25. Green Bay
26. St. Louis
27. Tennessee
28. Philadelphia
29. Indianapolis
30. Kansas City
31. Carolina
32. New England

## TRANSACTIONS

### AUTO RACING

NASCAR—Penalized Jaime McMurray and Larry Foyt 25 points against for bringing cars to Bristol Motor Speedway that did not meet specifications. Placed crew chiefs for the cars, Donnie Wingo and Keith Kopperud, on probation until Dec. 31.

### BASEBALL

**American League**

CHICAGO WHITE SOX—Announced the resignation of Rob Gallas, senior vice president, marketing and broadcasting. Placed SS Jose Valentin on the 15-day DL, retroactive to April 19. Purchased the contract of INF Kelly Dransfeldt from Charlotte of the IL.

CLEVELAND INDIANS—Placed LHP Jason Stanford on the 15-day DL. Recalled LHP Jeriome Robertson from Buffalo of the IL.

NEW YORK YANKEES—Promoted Rick Cerone, director of media relations and publicity, to senior director of media relations and extended his contract through 2008.

TAMPA BAY DEVIL RAYS—Recalled RHP Travis Harper from Durham of the IL. Designated OF Jason Romano for assignment.

TEXAS RANGERS—Placed RHP Colby Lewis on the 15-day DL, retroactive to April 18. Recalled LHP Ryan Snare from Oklahoma of the PCL. Assigned OF Brian Jordan to Frisco of the Texas League.

**National League**

ARIZONA DIAMONDBACKS—Activated C Roddy Hammock from the 15-day DL. Optioned RHP Andrew Good to Tucson of the PCL.

SAN DIEGO PADRES: Agreed to terms with C-1B-OF Ben Petrick on a minor league contract.

**Atlantic League**

LONG ISLAND DUCKS—Signed INF Patrick Lennon, P Bill Simas and P Kevin Shively.

**Northern League**

GARY SOUTHSHORE RAILCATS—Signed OF Anthony Iacoca and INF Tyler Manning.

(in to one-year contracts.
JOLIET JACKHAMMERS—Signed 1B-OF Glenn Davis.
ST. PAUL SAINTS—Acquired RHP John Perez from New Jersey of the Northeast League for the rights to C Cory Barton and LHP Jody Alexander to Brockton of the Northeast League.
SCHAUMBURG FLYERS—Re-signed C Kirk Pierce to a one-year contract.
WINNIPEG GOLDEYES—Signed RHP Courtney Hall, C Andy Leonard and INF Billy Zottniger.

### BASKETBALL

**National Basketball Association**
PHILADELPHIA 76ERS—Named Jim O'Brien coach.

**American Basketball Association**
UNION CITY FREEZE—Named Otis Hinley coach.
PORTLAND REIGN—Named Antonio Harvey coach-general manager.

### FOOTBALL

**National Football League**
CINCINNATI BENGALS—Signed QB Jon Kitna to a one-year contract extension through 2005.
DALLAS COWBOYS—Signed WR Randal Williams to a two-year contract.
GREEN BAY PACKERS—Re-signed TE David Martin. Waived P Travis Hale.
HOUSTON TEXANS—Signed OB Jared Vissagio.
INDIANAPOLIS COLTS—Re-signed OT Ryan Diem and G Rick DeMulling to one-year contracts.
MIAMI DOLPHINS—Re-signed QB Sage Rosenfels to a one-year contract.
SAN FRANCISCO 49ERS—Signed RB Reshard Lee.
CAROLINA PANTHERS—Re-signed G James Cooper.
EDMONTON ESKIMOS—Re-signed WR Jason Tucker.
HAMILTON TIGER-CATS—Signed QB Ernie Hood. Acquired the rights to LB Jason Lamar and a 2004 second-round draft pick from Edmonton for a 2004 second-round draft pick.
WINNIPEG BLUE BOMBERS—Re-signed WR Robert Gordon. Signed WR Billy Wingfield. Named Kevin Austin event staff coordinator.

**NFL Europe**
FRANKFURT GALAXY—Signed TE Chris

Edmonds.

### COLLEGE

NCAA—Named Erik Christianson director of public and media relations.
COLORADO—Announced junior C David Harrison will forgo his senior season and enter the NBA draft.
GEORGETOWN—Named John Thompson III men's basketball coach.
GRAND VALLEY STATE—Named Ric Wesley men's basketball coach.
LOUISIANA-LAFAYETTE—Named Tim Rebowe as an assistant coach.
SOUTH CAROLINA—Named Matt Jennings men's basketball strength and conditioning coach.
VIRGINIA—Granted sophomore G-F Derrick Byars his release from the men's basketball team.



## UNIVERSITY OF GUAM

UNIBETSEDAT · GUAHAN

Administrative and Finance
Consolidated Procurement Office

Paid with government funds from the University of Guam

The University of Guam is soliciting sealed bids for a Trailer Mounted Boom Work Platform for the University of Guam.

The specifications, together with all the necessary forms, are set forth in the UOG Bid No. P08-04. Copies of the specifications may be obtained with a $20.00 non-refundable fee at the Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao. For any assistance you can call (671) 735-2925/734-3118 fax.

All sealed bids should be submitted and received by the Consolidated Procurement Office, on or before 2:00 p.m., Friday, May 7, 2004 and will be opened and read at that time and place.

/s/ Dr. HAROLD L. ALLEN
President

The University of Guam is an Equal Opportunity Employer and Provider.

## THIRD NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to Section 2932 of the Civil Code of Guam, as codified by 18 G.C.A. §38113, that the Mortgage executed and delivered by DAVID J. JOHNSON and ELCYNTHIA J. JOHNSON, whose mailing address is #2843 Chalan La Crianch, Yigo, Guam, 96929, Mortgagors, to CountryWide Lending Inc., which Mortgage was assigned to COUNTRYWIDE HOME LOANS, INC., on July 2, 2003, Mortgagee, whose mailing address is #2130 Ward Avenue, Simi Valley, California, 93065, which Mortgage was executed on February 16, 1998, and recorded with the Department of Land Management, Government of Guam, under Document No. 578477, on February 25, 1998, will be FORECLOSED pursuant to a POWER OF SALE contained in the above Mortgage. The property described below will be sold WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, as hereinafter described, to the highest bidder at public auction, at the Yigo Mayor's Office, Yigo, Guam at 4:00 p.m. on May 13, 2004, to satisfy the amount due on such mortgage on the day of sale. Terms of sale are strictly cash or as otherwise deemed acceptable by Seller. The premises that are described in such Mortgage and that will be sold to satisfy the Mortgage are more particularly described as follows:
Lot No. 10619-12-9, Yigo Guam, Estate No. 69472, Suburban, as said lot is marked and designated on Map Drawing No. L-709 (LM299Fy83), dated August 30, 1993 and recorded on August 31, 1993 in the Department of Land Management, Government of Guam.
The following is shown for information purposes only: Said map shows the area to be 1,724.5±square meters. Lot Certificate of Title No. 102650, issued to Erlinda C. Andulan. Together with the buildings, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed therewith, including the reversions, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto. The undersigned is the attorney for the lawful owner of such mortgage and the note secured thereby. The Mortgagors have defaulted in performance of the terms and conditions of the note and mortgage, and the principal sum due is One Hundred Sixty-two Thousand One Hundred Seventy-two and 49/100 ($162,172.49) Dollars, plus interest of Thirty-two Thousand Nine Hundred Forty-one and 27/100 ($32,941.27) Dollars as of May 1, 2003, plus interest thereon at the rate of 8.125% per annum from May 1, 2003 to the date of payment or sale, together with costs of sale and attorney's fees due and owing. The undersigned reserves the right to withdraw this Notice, to reject any bid or to accept the highest bid, and to postpone the sale from time to time. This Third Notice of Sale Under Mortgage is made for the purpose of collecting a debt and any information obtained by the undersigned will be used for that purpose.
Dated this 2nd day of April 2004.
BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Mortgagee
By: /s/ CATHERINE BEJERANA CAMACHO

Guam U.S.A.
City of Hagåtña ) ss:
On this 2nd day of April 2004, before me, the undersigned notary, personally appeared, Catherine Bejerana Camacho, the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose, as attorney for CountryWide Home Loans, Inc.
By: /s/ KILIRO C. BORJA
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires:
March 16, 2008
P.O. Box 2931, Hagåtña, Guam 96932

## IN THE SUPERIOR COURT OF GUAM

JOAQUIN I. CALIP
Plaintiff,
vs.
AMELIA C. CALIP
Defendant.
Domestic Case No.
DM0457-04

### SUMMONS

TO: AMELIA C. CALIP,
Defendant
You are hereby summoned and directed to file with this Court and to serve upon Joaquin I. Calip Department of Corrections P.O. Box 3236 Hagåtña, Guam 96932

a written answer to the Complaint for Divorce which is herewith served upon you, within thirty (30) days (exclusive of the day of service). If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
Dated: 1 APR 2004

Richard B. Martinez
Clerk of the Court (Acting)
Superior Court of Guam

By: /s/ James R. Borja
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM

SHELL GUAM, INC.,
a Guam Corporation,
Plaintiff,
vs.
F/V PALAU MARU NO. 1
Defendant,
and
RRG INTERNATIONAL, INC.,
Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

### NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL, F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9495. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.
Dated at Hagåtña, Guam USA this 16th day of April 2004.
UNITED STATES MARSHAL SERVICE
By: /s/ JOAQUIN L.G. SALAS
U.S. Marshal
By: /s/ JOAQUIN L.G. SALAS

## NOTICE

The U.S. Department of Agriculture's Animal and Plant Health Inspection Service, Plant Protection and Quarantine is making available to the public an environmental assessment for the environmental release of a non-indigenous weevil, *Acythopeus burkhartorum* (Coleoptera: Curculionidae), under permit from the USDA, Animal and Plant Health Inspection Service (APHIS), for the biological control of ivy gourd, *Coccinia grandis* (L.) (Cucurbitaceae) in Guam and the Northern Mariana Islands. Persons wishing to obtain a copy of the document should contact Dr. R. Muniappan, Agricultural Experiment Station, College of Natural and Applied Sciences, University of Guam, Mangilao, Guam 96923, Email: rmuni@uog9.uog.edu, tel. 735-2142, fax 734-4600 or Mr. D. Berringer, USDA-APHIS-PPQ, PO Box 8769, Tamuning, Guam 96931, email: dallas.d.berringer@aphis.usda.gov, tel. 647-6030, fax 647-6029. Persons wishing to comment on the document should send them to the same address by May 22, 2004



## GUAM WATERWORKS AUTHORITY

Government of Guam
Post Office Box 3010, Hagåtña, Guam 96932
Phone: (671) 646-7810/7811 • Fax: (671) 646-2335

(Paid with government funds by the Guam Waterworks Authority)

### REQUEST FOR PROPOSALS

The Guam Waterworks Authority is soliciting proposals from qualified and interested consulting engineering firms for the Construction Management Service of the project: DESIGN/BUILD FOR REHABILITATION OF CHLORINATION SYSTEM (VARIOUS LOCATION) PHASE I, GWA PROJECT AND W02-101-EPA, USEPA GRANT NO. XP-97931501-0.

The Scope of Services will include all professional construction management services in the administration of the construction contract, maintaining control of the quality of construction materials and related work. Interested consulting firms must submit Standard Forms SF 254 and 255 in quintuplicate (5 copies), indicating specific emphasis on their experience with project similar in nature, no later than 4:00 p.m. April 30, 2004 to the General Manager, Guam Waterworks Authority located at 578 North Marine drive, Tamuning, Guam. A copy of the valid certificate of business by the Professional Engineer, Architect and Land Surveyor (PEALS) Board of the Board of Territory of Guam be also submitted.

An A/E Selection Committee will convene soon after the deadline for submission to evaluate the proposal of each firm. Based on the evaluation candidate firm may be called in for interview. Firm which have submitted Forms 254 and 255 to GWA within the past six (6) months are not required to submit those forms again if no changes have occurred. However, a letter stating that their previous 254 and 255 submittal on what date, remain unchanged shall be submitted.

Guam Waterworks Authority hereby notified all prospective A/E's that it will affirmatively insure that in any contract entered into pursuant to this advertisement, minority enterprise will be afforded full opportunity to submit proposals as required by the federal guidelines and will be discriminated against on the grounds of race, color and national origin in consideration of award. For further information please call the General Manager at 647-2603.

/s/ DAVID R. CRADDICK
General Manager



## HOME DELIVERY
Subscribe Today and Save
34% OFF The News Stand Price
Call Today! 472-1PDN
Pacific Daily News

**·L·I·N·S·**
**WANTED**
**SALES REP**

Fashionable, assertive, energetic. With a fresh & pleasant personality. *Customer service skills preferred.*

PLEASE APPLY IN PERSON at the Main Branch in East Agana • 649-1688
**GOOD BENEFITS • GOOD PAY**



**Brand New Rebuilt House**
**OPEN HOUSE:**
**Saturday April 24 10am-5pm**

**For $175,000.00**

Sinajana–Behind "PayLess" Quiet Area, Good Neighborhood, 3-bd, 2-ba, Living Area: 1600sf, Large Rooms, Deluxe Finishing, Driveway, Trees,R-2 Land 836sm, Sewer. Also, we can build on your lot w/out down payment. Turnkey Welcome.

**Tel: 649-1926 • 888-8898**

---

NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph (II) of the below described mortgage and the Notice of Default recorded on January 25, 2002 as Instrument No. 650578, that the mortgage ("Mortgage") executed on February 10, 1991 by ENRIQUE M. CHARGUALAF and TEODORA R. CRUZ, ("Mortgagors"), in favor of U.S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on April 25, 2001 as Instrument No. 453800, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE, LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was executed on June 19, 2001 and recorded with the Department of Land Management, Government of Guam, on January 2, 2002 as Instrument No. 646589.

The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder at public auction, to be held at the courthouse for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910 at 2:00 p.m. on May 14, 2004, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other items deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the Mortgage at the time of the sale; to reject any bid made at the sale and to withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:
Lot No. 402-R10-2-R132-R5, Tract No. 176, Santa Rita (formerly Agat), Guam, Estate No. 17196, Suburban, as said lot is marked and designated on Map Drawing No. CSS-0093-83, dated June 14, 1983 and recorded on August 5, 1983 in the Department of Land Management, Government of Guam, as Instrument No. 340140. Area: 2,607.54± square meters.

The amount due the Mortgagee is for the sum of $51,286.26, accrued interest as of April 13, 2004 of $3,936.99, interest at the rate of 4% from April 13, 2004 to the date of full payment, attorney fees, and costs of this sale.

The undersigned are the attorneys for the Mortgagee and hereby give notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.
Dated: April 14, 2004.

McCULLY & BEGGS, P.C., Attorneys for LPP Mortgage Ltd.

By: /s/ MARK S. BEGGS

GUAM )
 )
On this 14th day of April, 2004, before me, the undersigned Notary, personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that his signed it voluntarily for its stated purpose, as attorney for LPP MORTGAGE LTD.

/s/ MAUREEN E. TAITANO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: August 9, 2006
Ste. 200, 139 Murray Blvd.

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC., a Guam Corporation, Plaintiff,
vs.
F/V PALAU MARU NO. 1 Defendant, and RRG INTERNATIONAL, INC., Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this auction if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN LG. SALAS
United States Marshal

---

**GUAM WATERWORKS AUTHORITY**
Government of Guam
P.O. Box 3010 Hagatna, GU 96932
Tel: 647-2603 * Fax: 646-2335

**INVITATION FOR BID**

IFB NO. 2004-07

For: Personal Computers

Submission Date: May 05, 2004  Time: 10:00 a.m.

Place: Procurement & Supply Warehouse, Guam Waterworks Authority, 578 N. Marine Drive, Upper Tumon.

Interested parties may pick up forms/specifications at said place. A "non-refundable" fee of $25.00 will be charged and payable to: Guam Waterworks Authority. Payment shall be made at the GWA cashier located in GWA's main office.

/s/ DAVID R. CRADDICK
General Manager

*THIS AD IS PAID FOR BY GWA (PUBLIC LAW 26-12)*

---



**UNIVERSITY OF GUAM**
**COLLEGE OF LIBERAL ARTS & SOCIAL SCIENCES**

Seeking to establish a list of eligible part-time faculty for instructional appointments in Fall 2004 in the following fields:

Philosophy
Geography
Comparative Politics (Asia)
Theater
East Asian History
English

Please send a letter of interest, a current curriculum vita, and a completed employment application to: Dr. Mary L. Spencer, Acting Dean, College of Liberal Arts and Social Sciences. For more information, please contact Ms. Cathy Oge at (Tel: 735-2850/Fax: 734-3410), email address: coge@uog9.uog.edu. Employment application is available from the UOG Website: http//www.uog.edu/hro/forms.html.

The University of Guam is an Equal Opportunity Employer and Provider. For assistance, please contact Ms. Beatrice M.C. Taitano-Cruz, Equal Employment Opportunity Officer at 735-2244/735-2243 (TTY).

/s/ JOHN V. ANGOCO
Chief Human Resources Officer
Paid for by University of Guam Funds

---



**UNIVERSITY OF GUAM**
UNIBETSEDAT · GUAHAN

Administrative and Finance
Consolidated Procurement Office

**Paid with government funds from the University of Guam**

The University of Guam is soliciting sealed bids for a Trailer Mounted Boom Work Platform for the University of Guam.

The specifications, together with all the necessary forms, are set forth in the UOG Bid No. P08-04. Copies of the specifications may be obtained with a $20.00 non-refundable fee at the **Consolidated Procurement Office** located at the Administration Building, University of Guam, Mangilao. For any assistance you can call (671) 735-2925/734-3118 fax.

All sealed bids should be submitted and received by the **Consolidated Procurement Office**, on or before **2:00 p.m., Friday, May 7, 2004** and will be opened and read at that time and place.

/s/ Dr. HAROLD L. ALLEN
President

---



**Ellen's REALTY**
PH: 647-0898/9
VOICE MAIL: 77042755
Suite B4, Gen-Ison Bldg., Tamuning

Ellen Wilkinson, Principal Broker
Thomas Zhang, Realtor

**SANTA RITA**
Mom & Pop store building fronting Chalan Obispo Obeno
**$145,000**
SELLER FINANCING
$50,000 DOWN
$1290/13/04

**YIGO**
2BD 1BA
CONCRETE HOUSE ON 1/4 ACRE LAND
**$70,000**

**MANGILAO GREEN PARK**
2BD 1BA pool.
Newly Renovated Unit
**$88,000**
(Down $512,54/yr plus Tax)

**SUMMER PALACE**
Single Family Home
4bd 2 1/2 ba
SUPER DEAL!
**$275,000**

**TAMUNING 6 UNIT APT.**
FULLY OCCUPIED
plus adjacent lot
M-Zoned land (847sm)
**$250,000**

---

**GIA**  GUAM INSURANCE ADJUSTERS, INC.
1st Floor, Bldg., A Ada Plaza Center
173 Aspinall Avenue, Hagatna

**JOB VACANCY · ACCOUNTS CLERK**

Guam Insurance Adjusters, Inc. has a vacancy within its Accounting Department for an Accounts Clerk.

The position will suit an individual with basic bookkeeping knowledge and an understanding of Excel would be benefit.

Please apply in confidence with references including work experience and qualifications.

NO PHONE CALLS PLEASE

---



**OASIS   NOW HIRING!**

OASIS CAFE and CLIPPERS LOUNGE at the Guam International Airport has immediate openings for experienced, reliable individuals for the following positions;
• **FOOD SERVICE ATTENDANTS**
• **BARTENDERS • BAKER/PASTRY CHEFS**
• **COOKS • RESTAURANT & BAR MANAGER**
• **ACCOUNTANT/OFFICE ADMINISTRATOR**

Qualified applicants:
• Must be dependable, responsible and have good communications skills
• Must have professional appearance and a positive attitude
• Food and beverage experience preferred, but not required
• Japanese and Korean language skills preferred

Full & Part-time, Day & Night Shifts Available
Competitive pay, bonuses, and excellent benefits available. Interviews will be held at the Airport, 2nd floor near Shirley's on Friday & Saturday, April 23rd & 24th from 8:30am to 12:30pm. Resume can be faxed to 649-6878.

---

**Pacific Security Alarm, Inc.**
IN BUSINESS SINCE 1969

**CONDUIT JOURNEYMEN**
**CONDUIT HELPERS**

Pacific Security Alarm, Inc. is seeking individuals to fill the position of CONDUIT JOURNEYMAN. Must have knowledge and experience in reading blueprints, installing conduits, using power tools and hand tools. Applicant must be a self-starter, must be able to manage a team, must be able to work flexible hours, and must possess own transportation and some tools. Electrical experience a plus.

PSA is also seeking individuals to fill the position of CONDUIT HELPERS. Candidates must be motivated and able to follow instructions. Applicants must be a self-starter, must be able to work flexible hours, must possess own transportation and some tools. Experience preferred, but will train the right person.

PSA offers an attractive benefit program which includes medical/dental insurance, life insurance, 401K retirement, vacation leave, and expanded training in other areas of our company. Salary is commensurate with experience.

Applications can be picked-up at our Human Resources Department in our main office across Micronesia Mall, 2nd Floor Sunleader Building, Monday thru Friday from 8 am to 5 pm. No phone calls please.

PSA is drug-free work place and an Equal Opportunity Employer
"We offer peace of mind"

---

**HOME DELIVERY**
Subscribe Today and Save 34% OFF The News Stand Price

**Call Today!**
**472-1PDN**

Pacific Daily News

**34** **YARD SALE**

SALE-ALL BRAND NEW Dbl. Beds w/ frame $195 Bunk beds $125 Futons, blankets, storage cabins and lots more 10a-4p Sat-Sun University Castle Mall 988-6371

YARD SALE #154-A Jaogao Sablan St. Ordot 7am-12pm Sat & Sun LOT OF ITEMS!!!

Yard Sale 186 Quezon St. Dededo April 24 Sat Only From 7am-1pm LOTS OF GREAT ITEMS!

Yard Sale Fri.Sat & Sun #134D Akaide St. 8-4pm 734-5013/6391 Flea Maket Vendors Welcomed

Yard Sale Sat. 4/24 8-8am 1367-B Undn. Anderson Air Base. 5.5k Gen. $400, Mower $50 653-4879

Yard Sale Sat 4/24 7am-12pm Cheap Books & mag. acrs Barrigada Library,nr.chruch Look 4 signs

Yard Sale: Sat. Only 4/24 8a-3p P6-159 Nimitz Hill Estates Variety of hsehld itms look4signs477-4681

**MACHINERY**

COLEMAN 5K WATT GENERATOR. MIN USAGE. $499 CALL 653-3767

**PETS**

ADBA Registered Pit Bulls Pups 1-Female 3 Months Old w/ Current Shots Now Only $600 632-4414

ADBA Registered Pitbull Pups $600 w/papers or $450 w/out pprs. DOB: 12/ 5/03 C) 727-8808

American Bulldog Pups 13wks Old $800ea 1 Females Papers Included Call 632-7320

PITBULL PUPS 2 FEMALES Colby/Jand of the Giants. $300ea Call 472-7668

guampdn.com Pacific Daily News, Saturday, April 24, 2004

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC., a Guam Corporation, Plaintiff, vs. F/V PALAU MARU NO. 1 Defendant, and RRG INTERNATIONAL, INC., Plaintiff-in-intervention.

CIVIL CASE NO. CIV03-00029

NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 1480 and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.

Dated at Hagatna, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS United States Marshal



**Alupang Beach Tower**

ESMERALDA & EL ASADO RESTAURANT

Has immediate opening for the following positions:

**COOK** (w/experienced preferred)

**WAITSTAFF** (flexible hours)

**NIGHT CLEANERS**

Applications can be picked up at the Esmeralda Restaurant, located in main lobby of Alupang Beach Tower 649-4001 / 649-4093

An Equal Opportunity Employer

**Vehicles for Bid**

Description
1996 Chevrolet Geo Prizm
1996 Hyundai Elantra
2001 Lexus GS 300

Interested? Please call Community First Credit Counseling Dept. at: 472-5717/8 or 632-3995-8. Vehicles can be seen at CFGFCU Hagatna Office located at the 1st floor PDN Bldg. Hagatna, GU during hours of operation (M-TH 9am-4pm/F 10am-6pm/S 9am-1pm).

Note: COMMUNITY FIRST GUAM FEDERAL CREDIT UNION reserves the right to reject a or all bids. All vehicles are sold on a "AS IS" basis. Bids do not include tax, license, or registration fees. COMMUNITY FIRST GUAM FEDERAL CREDIT UNION makes no representation or warranties of any kind.

Deadline for all bids to be submitted is on April 30, 2004 by 12:00 o'clock noon.

**Pacific Security Alarm, Inc.**

IN BUSINESS SINCE 1969

**CONDUIT JOURNEYMEN CONDUIT HELPERS**

Pacific Security Alarm, Inc. is seeking individuals to fill the position of CONDUIT JOURNEYMAN. Must have knowledge and experience in reading blueprints, installing conduits, using power tools and hand tools. Applicant must be a self-starter, must be able to manage a team, must be able to work flexible hours, and must possess own transportation and some tools. Electrical experience a plus.

PSA is also seeking individuals to fill the position of CONDUIT HELPERS. Candidates must be motivated and able to follow instructions. Applicants must be a self-starter, must be able to work flexible hours, must possess own transportation and some tools. Experience preferred, but will train the right person.

PSA offers an attractive benefit program which includes medical/dental insurance, life insurance, 401K retirement, vacation leave, and expanded training in other areas of our company. Salary is commensurate with experience.

Applications can be picked-up at our Human Resources Department in our main office across Micronesia Mall, 2nd Floor Sunleader Building, Monday thru Friday from 8 am to 5 pm. No phone calls please.

PSA is drug-free work place and an Equal Opportunity Employer "We offer peace of mind"



**GUAM WATERWORKS AUTHORITY**
Government of Guam
P.O. Box 3010 Hagatna, GU 96932
Tel. 647-2603 * Fax: 646-2335

**INVITATION FOR BID**

IFB NO.: 2004-07

For: Personal Computers

Submission Date: May 05, 2004   Time: 10:00 a.m.

Place: Procurement & Supply Warehouse, Guam Waterworks Authority, 578 N. Marine Drive, Upper Tumon.

Interested parties may pick up forms/specifications at said place. A "non-refundable" fee of $25.00 will be charged and payable to: Guam Waterworks Authority. Payment shall be made at the GWA cashier located in GWA's main office.

/s/ DAVID R. CRADDICK
General Manager

*THIS AD IS PAID FOR BY GWA (PUBLIC LAW 26-12)*

 **Guam Memorial Hospital Authority**
Aturidåt Espetåt Mimuriåt Guåhan
850 GOV. CARLOS CAMACHO ROAD
OKA, TAMUNING, GUAM 96913
TEL. 647-2444 or 647-2330
FAX (671) 646-0145

This Public Notice is paid for by government funds, and is paid for by Guam Memorial Hospital Authority.

NOTICE OF PUBLIC HEARING

NOTICE IS HEREBY GIVEN, that the Guam Memorial Hospital Authority (GMHA) will be conducting a Public Hearing on hospital rates fees and charges. Documents relating to this proceeding are available for public inspection at the Chief Financial Officers at GMHA. Should you have any questions, please feel free to contact Mr. Frances Pancail, Quality Improvement Coordinator at 647-2381 or Ms. Austin Swett, Finance Office at 647-2934.

Date:   Tuesday, May 4, 2004
Time:   2:30 p.m.
Place:  GMHA Boardroom, 1st Floor, Administration Wing, 850 Gov. Carlos Camacho Road, Oka Tamuning, Guam.

Individuals requiring special accommodations should contact Toni Villavicencio, ADA Coordinator, at 647-2211 to make appropriate arrangements. The Telecommunications Device for the Hearing and Speech Impaired number is 649-1821.

 **PORT AUTHORITY OF GUAM**
ATURIDÅT I PUETTON GUÅHAN
Jose D. Leon Guerrero Commercial Port
GOVERNMENT OF GUAM
1026 Cabras Highway, Suite 201
Telephone (671) 477-5931/32
(671) 477-2583/95
Facsimile (671) 477-2689/4445
www.portguam.org

FELIX P. CAMACHO
Governor of Guam
KALEO S. MOYLAN
Lieutenant Governor

THIS ADVERTISEMENT WAS PAID WITH GOVERNMENT FUNDS BY:
Port Authority of Guam

**BID INVITATION**

Bid No.   PAG 04-015
For       MARITIME SECURITY TRAINING
Opening
Date:     May 04, 2004    Time: 10:00 a.m.
PRE-BID CONFERENCE: April 27, 2004 at 10:00 a.m.
Place: Port Authority of Guam, Piti, Guam, Procurement Office

INTERESTED PARTIES MAY PICK UP BID FORMS/SPECIFICATIONS AT SAID PLACE

A NON-REFUNDABLE FEE OF $25.00 WILL BE CHARGED FOR EACH BID PACKET.

/s/ Joseph F. Mesa
General Manager



**Atkins Kroll**

Long term reliability...since 1914
(An Inchcape Company)

Are you looking for a long established company that can offer

- Competitive Wages
- Production Bonus Program
- Medical/Dental Insurance Plan
- Long Term Disability Insurance
- Company Provided Uniforms
- Employee Discount
- Paid Time Off for Jury Duty
- 401 (K) Plan
- Paid Vacation
- Discretionary Bonus Plan
- Paid Bereavement Leave
- Service Award Program
- Advancement Opportunities
- Performance/Wage Review
- Life Insurance
- Well Equipped Work Facility
- Paid Holidays
- Paid Sick Leave

If so, and you are interested in joining our team of professionals, Atkins Kroll has the following opening for

## Marketing and Business Development Coordinator

The person selected for this position must be highly motivated with strong organizational and communication skills. Candidate must have at least two years experience in advertising, marketing or related field.

If you meet these requirements and know that you would like to work with other professionals, apply in person, by mail, email, or fax to

AK Human Resources • 443 South Marine Corp. Drive • Tamuning, GU 96911
Telephone: 648-8403 • Fax: 649-8336
• Email: karen.cruz@akguam.com

AK IS AN EQUAL OPPORTUNITY EMPLOYER • www.akguam.com

## ROOMMATES

Dedodo 2 Rooms Available $300 Includes Water/Power/Cable Call Lon @ 637-5298

## AUTOMOTIVE

Acura Integra 2000 GSR V Tec Rare 1 Must See Serious Buyers $14700 obo Call 988-1608

Ford Crown Victoria '92 A/C, Auto, Good Condition $3700 obo Call 653-3086

Acura Integra '94 2dr, 5spd, Black, A/C, Pwr, 107100miles $7000 Call after 5pm 653-0671 ask for Luis

Acura Integra '94,2DR,MT,AC, Super Sounds, Full Body Kit 18" Rims $6000 OBO 787-6399

Acura Integra '96 AT,AC,F-Loaded Good Running Cond. $4,000 obo Call 789-9700/483-1240



BMW 328xi '00 WHITE,30KMLS 1ST PLACE HOT IMPORT NIGHTS $24,500. CALL 632-4414

BMW 325 IS 1995 AUTO. ALL OPTIONS, 67K MILES,XLNT COND., $12,000 OBO 653-2970

BMW 525iA '91 AT Trans,Low Mls Wht Color Ultr.Pwr Pkg. $3950 Call 687-3288

BMW 635 CSi '85,Silver Metallic F-Loaded ,AT 2dr,Exd Cond. $6500 . Call 687-2222/ 647-1430

BMW 23 '97 SOFT TOP 5SPD, A/C, CD, 43K MI. RUNS GOOD, SILVER $11K CALL. 734-1670

BMW Z3 Convertible Hard & Soft Top Auto A/C,F-Loaded,Lthr, 6 Disc CD Plyr,Sky Blue,8,500 Mls, $19K .too 777-1062 / 688-5874

Buick Roadmaster '95 AT,AC, Am /Fm,79Kmls,Good Cond, Great For Taxi $4700 obo 727-1130

Cadillac '93 Good Cond. A/C, AT $7000 or Trade Pick Up Call 480-4321 / 646-8313

CHEVY ASTRO VAN '95, AT Looks & Runs Great, Seats-8, A/C $6500 Call. 472-3070

Chevy Camaro '95 Automatic, AC, Good Condition $5000 obo Call Chris @ 482-7761/637-7761

Chevy Tracker '03, 4Dr.,5speed, Excellent Condition, w/ Warranty $15,000 Sell by May 15, 633-0433

Chevy Venture Mini Van 99 AT Fully loaded AC Beige $8,800. 477-3707/482-3903

Chrysler Grand Voyager SE '00 Minivan 70k mi,good running cond minor dents $10K Firm 564-0023

CIVIC HATCHBACK '96 WIDE BODY. SOUNDS,LOTS OF EXTRAS $5000 CALL 653-7086

DODGE CARAVAN SPORT 2001 AUTO, A/C, $11,900 CALL 482-3903

Dodge Dakota Sport '99 V8,AT,8lk CD/AC,60k mi, Good Cond ,Dark Tint,Runs Well $11Kobo 564-2225

Ford F-150 EXT '99 cab,4x4,Off-Rd Pkg,Ext Cond,71K mi,P/W,P/L $17K obo 366-4149 / 653-0133

Ford F-150,'84 STD, 8cyl, Runs Great, Shipped From States Kaki-ng $4400 obo. Call 789-1247

Ford F-350 '02 P/Up Truck, 2x2 4dr,VR,Auto,45kmls, $3,800 obo Call 653-1066/687-1066

FORD T-BIRD '92 SHARP 2DR AT AC PWR WIN RADIO MUST SEE $44000 OBO CALL. 727-3325

Honda Accord LX '95 Gold,4dr, AT,A/C,Very Clean,$6500 OBO Great Condition 688-1640

HONDA ACCORD LX 97 4DR, A/T, A/C, RADIO 99K MILES $5500 CALL 632-3319

Honda Civic '97 Hachback, AT,AC, 17" Rims,CD,MP3 $7000 Call 632-3319/789-0718

HYUNDAI ACCENT '98 AUTO COLD AC, GOOD COND, $2700 CALL 633-2215

HYUNDAI ACCENT '98, 4DR, NEW AC,AUTO, AM/FM/CASS $2000 CALL 734-6077

HYUNDAI SANTA FE 2001 4DR, 5SPD, AC PWR WIN/LOCK $5500 OBO Call 653-1688

## AUTOMOTIVE

Infiniti '35 '02 Excel Cond, 6CD Chngr,Bose Sys,,rear spoiler Fully Loaded. $20,500 Call.789-5975

ISUZU PICK UP '94 STD, 5SPD, AC, RUNS GOOD $2500 OBO SOLD SOLD SOLD

ISUZU TROOPER '93 4X4, A/T, AC, RADIO $4300 OBO SOLD SOLD SOLD SOLD

JEEP CJ7 6CYL., 5SPD., SOME RUST $2500 OBO CALL 653-8500

JEEP GRAND CHEROKEE '94 $5000 obo AC,AT,4x4 **SOLD SOLD SOLD SOLD**

Jeep Isuzu Amigo '93, Good cond. 5spd,AC, Soft Top, Am/Fm stereo $2,500 obo Lvg. Island 649-6608

JEEP WRANGLER '97, 5SPD, 4 CYL, AC, HRD TOP, NEW 4" LIFT $8,500 LVNG ISLE Cl 987-5333

Jeep Wrangler '99, 4.0L,5spd, Soft / Hard Top 4in. Lift, Many Extras, 21Kmi. $12,500 obo. 646-4482

Lexus ES300 '99 Fully Loaded, Sunroof, Lthr, CD chngr, Low Ml, $21k Call Rose @ 734-7030 x105

LEXUS SC400 '92, AT,AC,Sports Coupe, pwr Win/Lock Runs Good $4900. CALL 482-5455/483-1090

M-Benz 300SEL '89 Auto Trans, Nw Paint, F-Led, Lw Mls, Lthr, Pwr Pkg $6300 647-8856/587-5298

M-Benz E320 '96 AT Trans,Low Mls,Lthr, Sunrf, $16,500 Call 647-3225/687-3226

MAZDA '98 MPV VAN AT,AC,CD, PWR PKG., NICE, VERY CLEAN 52K MI. $7500 OBO 632-6111

Mazda Protoge 99 AT,AC, CD All Power, Sunroof, 4dr, Alarm, Alloy Rims $6100 646-0906

Mitsubishi 3000GT '95 2dr, hncnbk Sport,New Tires,1 yr clutch,Alarm 126K mi,$8,500 Call 653-3108

Mitsubishi Mirage 1996 4dr AT, P/S & P/W, 5nony,A/C, Very Good Cond. .$4100 777-2617 / 687-4472

Nissan 200SX '95 Standard,Power Paxage,Excellent Condition $5300 Call James 564-1164 Leave Msg

Nissan Altima 2003 AT,A/C,CD, 4 cyl.,Low Milage,Excellent Condition Call 456-0053

NISSAN FRONTIER '01 KING CAB,STD, A/C,4CYL,LOW MI, B8twr Xlnt Cond $9,200 734-4070

Nissan Frontier Crew Cab '04,V6, Pwr Pkg/Sport Pkg,4x4,Only 2k mi Brand New $24K OBO 687-1108

NISSAN HAP Z TRUCK '90, 5SPD, ice Cold AC, New Paint, $3900 obo Call 988-1758

NISSAN PATHFINDER '99,4X4, AT,AC, CD,RIMS,$9,500 CALL 632-3319

Nissan Sentra 2004 AT A/C CD Sapphire Blue,NEW! $11,000 Full Warranty 585-5289/475-4951(Pgr)

NISSAN SENTRA 95 AT AC CD Player 4dr Very Good Cond. $3,800 obo. 637-9769 5:30-10pm

Nissan Sentra '98 GXE STD/AC 4Dr, New Paint $4,800 OBO Call 640-4750/789-4380

NISSAN SENTRA GXE '98,AT, AC, 4DR,PWR WIN/LOKS, MAGS, RMS GD $4000 482-5455

NISSAN SKYLINE GT-R '92 R32 5 SPEED, FULL, MUST SELL! $10K CALL.646-0405/986-3728

NISSAN SKYLINE GTS-T '95 R33 SMT,FULL,TURBO,CD, MUST SELL $10K 988-3728/646-0405

PT Cruiser '02 12K mi, Standard, A/C, Full Tint,17" Rims, Sounds, $15,500 obo 653-8669 / 727-8663

Subaru Legacy '91 Good Cond., Great Cond .Engine, New Tires + Breaks, $1970 obo 456-8188

Suzuki Grand Vitara 2003 8903k miles $5500 plus take over Call 653-0463/456-6102

TOYOTA 4RUNNER 94 A/T, AC, SR5, 4DR, 4X4, $6600 OBO CALL: 789-1390

## AUTOMOTIVE

Toyota 4Runner For Sale '91 5 In Good Condition. Call.355-5002 ext. 202 Caleb Warner

TOYOTA '91 COROLLA 4DR, 5SPD, AC $1,975 CALL 649-2422 Tamuning

Toyota Camry 2004 XLE Fully Loaded,Leather, w/ Warranty $25Kobo Call 565-7825/688-5783

TOYOTA CAMRY '94 AT,AC,4DR,GOOD ENGINE, $3900 CALL 482-5455

Toyota Camry '98 LE AC, A/T, Good Condition, $9,800 OBO Call: 477-3707/482-3903

TOYOTA COROLLA 2002 CLEAN 4DR AT GOLD A/C CD ALARM $9,800 obo 878-6238

Toyota Land Cruiser '92 AT,AC, Custom Stereo Fully loaded,+new parts $9500obo 649-1785 lv. msg.

TOYOTA PREVIA LE VAN '87 AT,A/C,PWR,CLEAN INT., $6900 CALL 632-6111 / 479-8885

Toyota Rav4 2002 Fully Loaded, $2500 + Take Over Payment 475-3438 (w) 472-6467 (h) Mark

TOYOTA RAV4 2003 AT A/C, RED,$15K OBO Excellent Condition 653-2867 Ask For Nell

Toyota Sienna 1998 Great Cond., AT,A/C,$10,900 obo Call 646-3525 / 727-3881

Toyota Sienna 2000, Auto, AC, CD, Pwr Win/Locks, Low Miles Call 646-7945/649-6566

Toyota Tercel 92 Blue 4dr, Cold A/C, New Tires,Good Cond $3000 obo 649-6162(D) 646-8324(N)

TOYOTA TERCEL 98 AC, 5 SPD, CLEAN,VERY GOOD RUN COND $3,995 CALL 482-9972

## AUTO PARTS

15x18 Custom wheels M/T Tires $4k+ Centerline 15x12 15x3.5 $500 472-9467/475-3438 Mark

20" Rims with Tires, Triple Chrome Plated, Fits Xterra & Most 6 Lugs $3,000 obo Call. 632-0192

20" Wheels Centerline Edge 8.5(w)-5x4.5 B/P w/ 245/35r20 Xnt Cond., $2100 688-5981

2001 & Up Civic 4dr.,Morph Carbon Fiber Mirrors $175 Call 988-1545 for More Info.

22" RIMS w/tires, fits Toy or similar 8 hole. $3300 Firm Call. 632-5580/472-5824

Brand New 17" 4x100 5 Star White Rims 205/40 Tires $1200 Call 727-6960

Great Fleer Upper Chrysler New Yorker '31Must Sell ASAP "AS IS" $500 BJ 888-3766 8ske Pbm

ROTA RIMS 17" $700 NO TIRES CALL: 472-1140

WANTED TO BUY Ford 5 Spd., Trans 350-Super Duty 88-957 (Pager) 635-6520

## MOTORCYCLES

2000 Yamaha V-Star 560cc, Low Miles,Good Condition, w/ Extras $4700 Call 687-8979

2003 Yamaha Zuma Scooter 1:300mi, Great Condition. Fun Island ride $2,250obo 647-1565

2004 Kawasaki KLR250 DUAL-SPORT NEW! 400 MILES, $4,900 SOLD SOLD SOLD

HARLEY DAVIDSON 1200 Sportster 1998, Black,Excellent Condition,$9000 Call 787-5646

## BOATS

24' McKee Twin 140s Incl. 20' Outriggers 4Penn/20 Lures, etc. Must Sell $15K Call: 688-7070

## BOATS

Fishing Reels For Sale 140(3) ,16/0(1),Penn Senator w/ Lines $275-$375 Reel Man 476-1446

## MUSICAL INSTRUMENTS

FREE Piano & Organ Needs tuning & new Finish Good for learning Call 565-2614/565-1517

MesaBoogie Amp Combo/3 String Ibanez Bass Guitar/Very New $1000 OBO 472-1206/9

MISCELLANEOUS

$179/set CAR SEAT COVERS, Tailored Custom Fit: Leather,Velo ur & Presto. Also Tailor Car Cov-ers. 22RT FREESTYLE 646-2278

11 GLASS DISPLAY CASES USED PHONE 632-7467/477-6511

14FT. Trampoline Barely Used $175 & Brand New Double Jogging Stroller $150 653-7071

20' OR 42' CONTAINERS FOR SALE FINANCING AVAILABLE CALL 479-1111 OR 687-8584

20',A/C TV $50, Hoover Duty Vac-cum$50,Samsung VCR $30, comp. title $40.Authrizd AAFB 653-6741

40' STEEL CONTAINER W/ DELIVERY CALL.734-7789

9 Gumball Machines, 2 Sizes $1200 All Together w/Start Up Kit. Call. 632-1213 Lve Msg

BBQ Hotdog Stand w/refrigerator, Power, Accessories & Treadmill Call 637-3368

Canopies10x10$90;10x20 $125 20x20$170; 20x30 $250; 20x40 $310. 1" pipe $5.00. 734-7789

Clam Rug 10:22;Rus Draguerov w/Scp,S&W96 357M,Colt XSE 1911; Wilson 1911. 687-1770

For Sale Barbor Clippers, Trim-mers & Accessories for Profession-nal. Good Cond. Call 788-5554

JBL Wedge Monitors $228, Blk/Wht Metal Office Desks $150/ea. 472-0831/687-6336

Silver 2003 Gas Scooter Electric Start $700 Great Cond., Perfect for Island.Leaving Island 646-0460

$SNACK MOBILE$ 2 Units Avail-good run cond w/Gen.1rzr,griddle,10bar gas stv 649-9442/483-4205

Sprfld G3 Mirspec; Sprfld 1911 Loaded;Sig P210 & Sigarm 40; Galil Arm223,Moss 590. 687-1757

WATER TANK 1200 GALLON $799 CALL 482-2230

## COMPUTERS

"15" Computer Monitor $20, 17" Computer Monitor $40, Call 637-6917

1 CDRW 32X24X52 X AND 1 CD ROM 52X INTERNAL $55, CALL 787-3460

15" & 17" Computer Monitors Warranty Included $20 - $40 Call 686-0846

Compaq Desk Pro P3-550 Mhz Complete System,128MRAM,40P 56K Modem,Network 100100, WinXP,w/17"Mon,$250 637-9617

LIAN LI Server Case, P4 MB, WiRaid, Wrts Keyboard, + Extras. Call Mike @ 678-0031 $300 obo

MONITORS 17" $55, CALL 477-3000

USED LAPTOPS FOR SALE PENTIUM II GREAT COND. $400-$600 CALL: 477-1140 LV. MSG

## HOUSEHOLD

18K BTU Air Con $165, Wooden Crib $42, Call 686-1391

2 pcs Craft man tools cabinet $150 Coleman 5k Gen $500,Whirl-pool 22cubio ft Ref $300, Whirl-pool Electric Range $650, Maytag Neptune Washer $1000, Maytag Super Capacity Dryer $600 All Most Brand New. Leaving Island Call. 565-7310

Artwork Asstd Orig.,prints w/Sig.& nmbrd$600-$35ea,Sofas&Lvests $250-$450.Dali-chi Hotel888-8234

Designers Direct Sofa+Loveseat 1 yr. old excellent cond. $300 Call 456-8188

Dine Tble & chairs $10-55, 4Dr Dresser w/mirror $55, Night Stands $15-$55, Mirrors $35 Curtains $30 per set, Bedspreads - 888-8234

Japanese Boys Day Armor Set Many Pieces $300 Call 477-7339

Lazyboy$40,19TV$40,Baby equip $10-Up,toy,videos,bxs cloth.g.nick ncks $1-Up,647-4225/Daily 1-5pm

Multi Family Sat Only 7-11am #30 Dasco Court Perez Acres Yigo Household,Toys,Furniture,Misc.

Nice blck sofa & love seat w/ glass coffee & end tble & lrg lick ont. cntr $700,Red iron dining & bar set $300,sell by May 1st 633-0433

Rest.Equip. Inclds Stainless Steel sinks,work tops,ice makers. All Sze Stove,Oven$100-$850. 888-8234

ROUND BED in Good Condition + Cover Sheets, $250.00 OBO Call 472-9646 / 678-9138

Solid wood T.V Ent. Cntr $350 Pa-tio tbls & Floral Chairs $5-$55, Twin bds $55,F/Mat $5.00, Lamps $1 at Dai-chi Hotel 888-8234

Wedge wood Noritake Bone Chi-naleg Dinner plates 53ea,Salad-plates $2ea,bowls Lrg $1.5-$5ea, Chrystal Glasses 888-8234

ELECTRONICS

COMPLETE DJ EQUIPMENT FOR SALE $5500 OBO CALL. 565-1058

NEW Motorola i730, i736,i90 Rxy USB Data,Car Chrg+Works for iConnect Unlocking 888-5890

## YARD SALE

Furniture & Electric Furniture 214 Goloroutia St. Barrigada Hts. 4/24-25 837-2838 for more info.

Garage Sale @ 151 Benbing Lane Ypaopao $at.4/24 Only 7a-12p Lots of good items. No Early Birds

Leaving Island Span Cruz Heights Rd, Follow Arrow Sat 4/24 & Sue 4/25 7am-??? No Early Birds

Lvg Isl Everything Must Go!! Sat & Sun 1st Left Before Werbrugat Bhn Schl Ded Lane Ssgns 833-5730

May 1st Sat 9-6 Multi Family Sale 771 Aguitar Rd., nr Tropical Fruit World items like New! 789-0050

Muti Family Sale Sun Only Yigo next to Mc-Ds Dining Set, Sofa & Love Seat,Asst. Clths, & More.

Multi Family Yard Sale 8am-4pm Sat & Sun Rosita Ln. Dededo Call 632-5623 for directions Ind Plums

Multi_Family Yard Sale April 24 SAT ONLY 7am-?? 407 West San Antonio St. Keaser,Ded 888-8728

Parking Lot Sale,Crafts, Hsehld, Kitchn,Remodel Lfovrs, Toys, AH SDA Church Sat.4/25 7am

Relocation Yard Sale 565-1353 Everything Goes! Apri 24-25 105 105 Sgt. Quenga Santa Rita

## YARD SALE

SALE-ALL BRAND NEW Dbl. Beds w/ frame $195 Bunk beds $125 Futons, blankets, storage cabi-nes and lots more 10a-4p Sat-Sun University Castle Mall 988-6371

Sat 4/24 & Sun 4/25 7a-1p. 366-A Tai St.Mangilao. king set, Dresser & Misc items 678-0471/724-4231

YARD SALE #154-A Judge Sablan St. Ordot 7am-12pm Sat & Sun LOT OF ITEMS!!!

Yard Sale 198 Quezon St. Dededo April 24 Sat Only From 7am-1pm LOTS OF GREAT ITEMS!!!

Yard Sale Fri,Sat & Sun #134D Akalde St. 8-4pm 734-5013/9391 Flea Makat Vendors Welcome!!

Yard Sale: Sat 4/24 7am-12pm Cheap Books & mag. acrs Barrig-ada Library,nr.chruch Look 4 signs

Yard Sale: Sat. Only 4/24 8a-3p Pls-158 Nimitz Hill Estates Variety, of hsehld itms looks signs477-4061

## MACHINERY

COLEMAN 5K WATT GENERATOR, MIN USAGE, $499 CALL 853-3767

## PETS

ADBA Registered Pit Bulls Pups 1-Female 3 Months Old w/ Current Shots Now Only $600 632-4414

ADBA Registered Pitbull Pups $600 w/papers or $450 W/out pay. DOB: 12/10/03 Cy! 727-5621

PITBULL PUPS 3 FEMALES Coby/Leval of the Giants $300ea Call 472-7688

Let the Pacific Daily News Classifieds Work for YOU! Call 472-1PDN for more information

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC., a Guam Corporation, Plaintiff, vs. F/V PALAU MARU NO. 1 Defendant, and RRG INTERNATIONAL, INC., Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Crossner Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915. Telephone (671) 477-5490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.

Dated at Hagåtña, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE

By /s/ JOAQUIN L.G. SALAS United States Marshal

SAGUA MAÑAGU Guam's First Birthing Center

REGISTERED NURSES

interested in providing services at first class medical facility WANTED at SAGUA MAÑAGU, Guam's first birthing center. Full-time/part-time openings, flexible hours. Applications available at SAGUA MAÑAGU 472 (Dai-chan San Antonio in Tamuning (up the street from Guam Premium Outlets). For More information, please contact us at (671)_____



Limo · Cars · Vans   Prices Start at
Guam's Original
$20 A Day

$9 99 a Day

IONKIN   649-7236



## Airport Hotel Mai'ana

**Rent or Lease**

Furnished Studios,
2 & 3 Bedrooms
Suites available.
Pool, Jacuzzi, Sauna,
Fitness Room,
Central A/C, Generator,
Elevator, Laundry,
24 Hr. Staff

*Renovations Completed in 2002 & 2003*
Please call or stop by for showing anytime! ("Section 8" units available)

**646-6961**

---



### PORT AUTHORITY OF GUAM
ATURIDAT I PUETTON GUAHAN
Jose D. Leon Guerrero Commercial Port
GOVERNMENT OF GUAM
1026 Cabras Highway, Suite 201       Telephone:(671) 477-5931/35
Piti, Guam 96915                              (671) 472-2683/85
                                         Fax simile:(671) 477-2689/aac2
                                         Webpage:www.portguam.com/~png1

FELIX P. CAMACHO
Governor of Guam
KALEO S. MOYLAN
Lieutenant Governor

THIS ADVERTISEMENT WAS PAID WITH GOVERNMENT FUNDS
BY:
Port Authority of Guam

## BID INVITATION

Bid No.         PAG 04-015
For             MARITIME SECURITY TRAINING
Opening
Date:           May 04, 2004                    Time: 10:00 a.m.
PRE-BID CONFERENCE: April 27, 2004 at 10:00 a.m.
Place: Port Authority of Guam, Piti, Guam, Procurement Office

INTERESTED PARTIES MAY PICK UP BID
FORMS/SPECIFICATIONS AT SAID PLACE
A NON-REFUNDABLE FEE OF $25.00 WILL BE CHARGED
FOR EACH BID PACKET.

/s/ Joseph F. Mesa
General Manager

---

### NOTICE OF JOB OPPORTUNITY

James H. Underwood, Director
Department of Labor

By authority from the U.S. Citizenship and Immigration Services, the Guam Department of Labor is making a determination on Temporary Labor Certification Applications for the positions listed in this advertisement. This ad is part of the determination process that will determine that (1) there are not sufficient U.S. workers that are qualified and available to perform work, and (2) that the employment of the alien(s) will not adversely affect the wages and working conditions of similarly employed U.S. workers on Guam. The wages listed must be at least equal to the Prevailing Wage Rate for the occupation. U.S. workers shall be offered the same benefits, terms, and conditions offered by the employer to alien workers.

**2 - INDIAN SPECIALTY COOKS (4 yrs. exp.) - $10.47/Hr.**
Assists Executive Chef in planning menus for Indian Restaurant. Seasons, prepares, and cooks Indian Cuisine in accordance with prescribed methods for Indian cuisine. Portions and garnishes food. Serves food to waiters or order. Assists Executive Chef in estimating food consumption and in requisitioning supplies. (Must possess a health certificate after hiring.)

BENEFITS: Round-trip airfare for off-island hire; worker's compensation; and food and lodging @ $320/mo.

Interested applicants should apply at Guam Employment Service at the One Stop Career Center located at the Sunny Plaza Bldg. at 125 Tun Jesus Crisostomo St. Suite. 101, Tamuning. The job offer is open to all qualified U.S. workers without regard to race, color, national origin, age, sex, citizenship and to U.S. workers with disabilities who are qualified, willing, able and available to perform the job. (Ref. No. 2004-0015).

---



### BISNES MAMI INC.
An Equal Opportunity and Drug Free
Employer, is looking for individuals
to fill the immediate vacancies:

**PACIFIC TYRE**

**ASE CERTIFIED TECHNICIANS**
Must have a minimum two (2) years
experience and able to work
flexible hours.

**Competitive Salary**
Benefits including 401K, Health
Insurance, Paid Vacation and
Company Wide Discounts

**Apply In Person**
180 Chalan San Antonio Tamuning, Guam
(Across from GPO)

---

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF GUAM USA

SHELL GUAM, INC.,
a Guam Corporation,
Plaintiff,
vs.
F/V PALAU MARU NO. 1
Defendant,
and
RRG INTERNATIONAL, INC.,
Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

NOTICE OF UNITED STATES
MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9400. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL
SERVICE
By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

### GOVERNMENT OF GUAM
### HUMAN RESOURCES DIVISION
### DEPARTMENT OF ADMINISTRATION

Felix P. Camacho
Governor

Kaleo S. Moylan
Lieutenant Governor

#### REQUEST FOR PROPOSAL
#### FY2005 GROUP HEALTH INSURANCE PROGRAM
PROPOSAL NO.: DOA/HRD-RFP-BH-04-01

The Department of Administration is accepting proposals from interested health insurance companies (including Health Maintenance Organizations), agents or brokers of health insurance companies; licensed to do business on Guam under the laws of Guam to provide the following services for Fiscal Year 2005:

Health insurance coverage to eligible Government of Guam active employees, retired employees, survivors of retired employees and covered dependents, thereof. The prospective offeror may submit a dental insurance plan proposal along with a medical insurance plan proposal. A dental proposal is desired but not required. No dental-only proposal will be accepted.

The Request for Proposal (RFP) specifications and other pertinent information concerning this RFP are available at the Human Resources Division, Department of Administration, located at the Governor Manuel F.L. Guerrero Building, Hagåtña, Guam from Monday thru Friday between 9:00 a.m. to 4:00 p.m., except holidays.

Deadline for submission of proposals is 10:00 a.m., April 28, 2004.

Should you have any questions regarding the RFP, please call the Human Resources Division, Department of Administration at 475-1296/1132.

/s/ LOURDES M. PEREZ, Director
Department of Administration

---



## AK
## Atkins Kroll
Long term reliability...since 1914
(An Inchcape Company)

Are you looking for a long established company that can offer

- Competitive Wages
- Production Bonus Program
- Medical/Dental Insurance Plan
- Long Term Disability Insurance
- Company Provided Uniforms
- Employee Discount
- Paid Time Off for Jury Duty
- 401 (K) Plan
- Paid Vacation

- Discretionary Bonus Plan
- Paid Bereavement Leave
- Service Award Program
- Advancement Opportunities
- Performance/Wage Review
- Life Insurance
- Well Equipped Work Facility
- Paid Holidays
- Paid Sick Leave

If so, and you are interested in joining our team of professionals,
Atkins Kroll has the following opening for

# Marketing and Business Development Coordinator

The person selected for this position must be highly motivated with strong organizational and communication skills. Candidate must have at least two years experience in advertising, marketing or related field.

If you meet these requirements and know that you would like to work with other professionals, apply in person, by mail, email, or fax to

AK Human Resources • 443 South Marine Corp. Drive • Tamuning, GU 96911
Telephone: 648-8403 • Fax: 649-8336
• Email: karen.cruz@akguam.com

AK IS AN EQUAL OPPORTUNITY EMPLOYER • www.akguam.com



## INVITATION FOR BID

**A.B. Won Pat Guam International Airport Authority**
*(AUTURIDÅT PUETTON BATKON AIREN ENTENÅSIONÅT GUAHAN)*
P.O. Box 8770, Tamuning, GU 96931 Tel. (671) 646-0300

**Replace/Upgrade Airport Landside Areas**
**Miscellaneous Repairs Industrial Park and Airport Access Road**
PROJECT NO. GIAA-FY03-18-2B2 / DR-1446 GUPW No. 1430

The A. B. Won Pat Guam International Airport Authority (GIAA), a public corporation and autonomous agency of the Government of Guam, will receive sealed bids for Replace/Upgrade Airport Landside Areas, and maintenance repairs, Industrial Park and Airport Access Road at the Won Pat International Airport, Guam.

Bids will be received as described in the contract documents until 2:00 P.M., May 18, 2004 (Guam Standard Time), at the office of the GIAA Executive Manager, at which time and place all bids will be publicly opened and read aloud at the GIAA Terminal Conference Room. Bids received after 2:00 P.M. will not be considered.

All bids must be accompanied by a bid security in the amount of 15% of the total bid price. Bid security may be a bid bond, certified check or cashier's check made payable to the Guam International Airport Authority. A non-refundable amount of One Hundred Fifty Dollars ($150.00) in cash or cashier's check is required as payment for bid documents, which can be obtained from the GIAA Administration office. The sureties of all bonds shall be such surety company or companies as are approved by GIAA and as authorized to transact business in the Territory of Guam. The penal amount of the bond shall not exceed the surety's underwriting limit. A notarized true copy of Certificate of Authority is also required.

GIAA hereby notifies all bidders that it will affirmatively insure that Small Business Concerns and Small Disadvantaged Business Concerns will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated on the grounds of race, color and national origin in its consideration for an award of contract.

A pre-bid meeting will be held in the GIAA Board Conference Room, Tamuning, Guam at 9:00 A.M., May 4, 2004 (Guam Standard Time).

The GIAA reserves the right to reject any and all bids and to waive any and all informalities, and to delay or to award a bid and to negotiate with the successful bidder.

For inquiries, contact Mr. Victor J. Cruz, Engineer Supervisor, at tel. (671) 642-4517/18/25/34, fax (671) 649-6225.

EDITH C. PANGELINAN
Acting Executive Manager

---

## Mina 'Bente Siete Na Liheslaturan Guåhan

**vicente (ben) c. pangelinan** — Office of the People
Speaker — Chairman, Committee on Utilities and Land

**Public Hearing**
Tuesday, May 4, 2004
9:00 a.m.

**Confirmation Hearing**
- Ms. **Annie R. Perez** as a member of the Chamorro Land Trust Commission
- Mr. **Joseph M. Borja** as the Director of the Department of Land Management

**Bills**
- Bill 251, "AN ACT TO TRANSFER PROPERTIES UNDER THE JURISDICTION OF THE DEPARTMENT OF PUBLIC WORKS THAT ARE LOCATED IN TIYAN, ALTERNATIVELY KNOWN AS THE FORMER NAVAL AIR STATION, AGANA (BREWER FIELD), TO THE JURISDICTION OF THE GUAM ANCESTRAL LANDS COMMISSION."
- Bill 288, "AN ACT TO AUTHORIZE THE GOVERNOR TO LEASE TO THE MANENGGON MEMORIAL FOUNDATION LOT NO. 208 ESTATE NO. 278, MUNICIPALITY OF YONA, DEEDED TO THE GOVERNMENT OF GUAM BY MR. DWIGHT LOOK WITH THE SPECIFIC CONDITION THAT THE PROPERTY BE UTILIZED TO ESTABLISH A MEMORIAL OF THE MANENGGON RETENTION CAMPS OF WORLD WAR II, BY ADDING A NEW ARTICLE 13 TO CHAPTER 68 OF TITLE 21, GUAM CODE ANNOTATED."

**Joint Hearing by the Committee on Utilities and Land, and the Committee on Appropriations & Budgeting, General Government Operations, Reorganization & Reform:**
- Bill 281, "AN ACT TO APPROPRIATE ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000) FROM THE GENERAL FUND TO THE GUAM WATERWORKS AUTHORITY FOR THE PURPOSE OF REHABILITATING THE SANTA RITA SPRINGS BOOSTER PUMP AND THE CONSTRUCTION OF NEW WATER TRANSMISSION LINES, ALL INTENDED TO IMPROVE WATER PRESSURE AND WATER SERVICE TO RESIDENTS OF SANTA RITA AND TO PERMIT I MAGA'LAHEN GUAHAN TO DEFRAY SUCH EXPENSE TO THE GENERAL FUND VIA REVERSION OF ANY UNOBLIGATED INTEREST OR LEFTOVER FUNDS IN VARIOUS CAPITAL IMPROVEMENT BONDS."

The hearing will take place at the Guam Legislature Public Hearing Room located in Hagåtña. Individuals requiring special accommodations, auxiliary aid or services are asked to contact the Office of Speaker vicente (ben) c. pangelinan @ 472-3555/41. Written testimonies may be submitted in advance of the Public Hearing date. Testimonies may be faxed at 472-3556 or electronically sent to senbenp@kuentos.guam.net or a form may be filled out at ...

*Ad paid for by government funds*

---

# SCOREBOARD

▲ Continued from Page 34

*(NBA/basketball box scores in multiple columns, including NEW YORK, SAN ANTONIO, MEMPHIS, NEW JERSEY statistics)*

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM

SHELL GUAM, INC., a Guam Corporation, Plaintiff,
vs.
F/V PALAU MARU NO. 1 Defendant,
and
RRG INTERNATIONAL, INC., Plaintiff-in-Intervention.

CIVIL CASE NO. CIV03-00029

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated April 15, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging. NOTICE IS HEREBY GIVEN THAT ON WEDNESDAY, APRIL 28, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No.1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone (671) 477-9490.
Payment of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure its bid.
Dated at Hagåtña, Guam USA this 20th day of April 2004.

UNITED STATES MARSHAL SERVICE
By: /s/ JOAQUIN L.G. SALAS
United States Marshal

## IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE OF
ERIC JOHN BELL, Deceased.

PROBATE CASE NO. PR013003

**NOTICE OF RENDERING ACCOUNT FOR FINAL SETTLEMENT AND PETITION FOR DISTRIBUTION**

Notice is hereby given that GEORGE R. BELL, executor of the estate of ERIC JOHN BELL, deceased, has rendered and presented for final settlement, and filed in said court, his account of such administration, together with a petition for the final distribution of said estate, and that May 12, 2004, at 10:00 a.m. of said day, in the courtroom, Superior Court of Guam, Hagåtña, Guam, has been set for the settlement of said account and the hearing of said petition for distribution, and all persons interested in said estate are notified then and there to appear and show cause, if any they have, why the said account should not be settled and allowed, and why distribution of said estate should not thereupon be immediately made to the persons entitled thereto without further notice of proceedings. Reference is hereby made to the said account and petition for further particulars.

Dated: April 22, 2004
Pauline U. Camacho
CLERK, SUPERIOR COURT OF GUAM

## IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE OF
CECILIA MUNA GUZMAN, Deceased.

PROBATE CASE NO. PR0038-04

**NOTICE OF HEARING ON PETITION FOR LETTERS OF ADMINISTRATION**

THIS NOTICE IS REQUIRED BY LAW, YOU ARE NOT REQUIRED TO APPEAR IN COURT UNLESS YOU DESIRE.

NOTICE IS HEREBY GIVEN that ANTHONY J.M. GUZMAN has filed herein a Petition for Letters of Administration upon the Estate of Cecilia Muna Guzman, Deceased, and the time and place of said hearing is in the Superior Court of Guam on May 06, 2004, at the hour of 10 a.m., and all persons interested are hereby notified to appear and show cause, if any they have, why the Petition should not be granted. Reference is made to said petition for further particulars.

DATED: MAR 26 2004

RICHARD B. MARTINEZ
Clerk of Court, Superior Court of Guam
By: Pauline U. Camacho
(Deputy Clerk)

---



## Superior Court of Guam
### BID SC-04-02

The Superior Court of Guam is accepting Bid Proposals for vehicles set forth in Bid Invitation No. SC-04-02.

Interested and qualified vendors may pick up copies of the specifications at the Procurement Office located at the Basement level, Room No. B-200 of the Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam beginning Tuesday, April 27, 2004 from 8:00 a.m. to 5:00 p.m.

All bids should be submitted to the Procurement Office no later than 2:00 p.m., Friday, May 7, 2004. All bids will be opened and read at the Administrative Director's Conference Room, first floor, Guam Judicial Center at that time and date.

For more information, please contact Jesse M. Lefever, Court Procurement Officer III at 475-3290.

Pauline U. Camacho
Administrator of the Courts

# Pacific Daily News
### GUAM'S *complete* SOURCE

## Certificate of Publication

Wednesday, May 12, 2004

**To Whom It May Concern:**

The Undersigned hereby certifies that the below described Employment Notice, Proof of Publication of which is herewith enclosed and attached thereto, was published in the **PACIFIC DAILY NEWS/THE SUNDAY NEWS** on the following days:

**Tuesday, April 22, 2004**
**Wednesday, April 23, 2004**
**Thursday, April 24, 2004**
**Friday, April 25, 2004**
**Saturday, April 26, 2004**
**Sunday, April 27, 2004**

Name of Applicant:          **United States Marshal Service**

Subject Matter Published:          **CIV03-00029 F/V Palau Maru No. 1**

*Faye S. Vasapolli*

**Faye Sablan-Vasapolli**
**Classified Supervisor**

Guam Publications Incorporated
P.O. Box DN Hagatna, Guam 96932
Tel: (671) 477-9711 ext 219 – Fax: (671) 472-4641
Email: fvasapolli@guampdn.com

# UNITED STATES MARSHALS SERVICE
Vessel Auction
April 28, 2004 (2:00 P.M.)

| # | Name | Address | Telephone # |
|---|------|---------|-------------|
| 1. | Steve Zamsky for Shell & namya Qu. | Ste 805 GCIC Bldg Hagagno | 477-3637 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |

# UNITED STATES MARSHALS SERVICE
## Vessel Auction
### April 28, 2004 (2:00 P.M.)

| # | Name | Address | Telephone # |
|---|------|---------|-------------|
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

# USMS VESSEL AUCTION FOR:
## " F/V PALAU MARU #1"
### APRIL 28, 2004 - 2:00 P.M.
### AT U.S. DISTRICT COURT

STARTING BID
#183,060.82

| BIDDER NO: | AMOUNT OF BID: |
|---|---|
| ☐1) | No Bid |
| ☐2) | |
| ☐3) | |
| ☐4) | |
| ☐5) | |
| ☐6) | |
| ☐7) | |
| ☐8) | |
| ☐9) | |
| 1☐) | |
| 11) | |
| 12) | |