1  Steven A. Zamsky, Esq.
2  ZAMSKY LAW FIRM
   Suite 805, GCIC Building
3  414 West Soledad Avenue
   Hagåtña, Guam USA 96910
4  Telephone:   (671) 477-3637
   Facsimile :   (671) 472-1584
5



FILED
DISTRICT COURT OF GUAM
MAY 14 2004
MARY L. M. MORAN
CLERK OF COURT

6  Attorneys for Plaintiff Shell Guam, Inc.

7
8
9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

10  SHELL GUAM, INC.,                    )    CIVIL CASE NO. CIV03-00029
    a Guam corporation,                  )
11                                       )
                                         )
12          Plaintiff,                   )
                                         )    MOTION FOR CONFIRMATION
13     vs.                               )    OF SALE OF DEFENDANT VESSEL
                                         )    F/V PALAU MARU NO. 1
14  F/V PALAU MARU NO. 1,                )
                                         )    [NO HEARING REQUESTED]
15          Defendant,                   )
                                         )
16                                       )
       and                              )
17                                       )
    RRG INTERNATIONAL, INC.,             )
18                                       )
          Plaintiff-in-Intervention.    )
19  _____)
20
21      COMES NOW, Plaintiff Shell Guam, Inc., by and through its attorney of record, Steven

22  A. Zamsky, Esq. of the Zamsky Law Firm, and agreed to by Plaintiff-in-Intervention RRG

23  International, Inc., by and through its attorney of record, David Ledger, Esq. of Carlsmith Ball LLP

24  and moves this Court for an Order Confirming the Sale held on April 28, 2004 of the Defendant

25
26  Vessel F/V Palau Maru No. 1 to Shell Guam, Inc., a Guam corporation, by the United States

27  Marshal's Service for the sum of $120,000.00 as a credit bid.

28

**ORIGINAL**

Page 2
Motion for Confirmation of Sale of Defendant Vessel F/V Palau Maru No. 1 [No Hearing Requested]
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

More than three (3) days have passed since the date of the sale and no opposition to it has been filed.

This Motion is based upon the files and records in this case particularly upon the Entry of Default, Final Judgment by Default as to Defendant Vessel F/V Palau Maru No. 1, Order of Sale of Defendant Vessel F/V Palau Maru No. 1, Affidavit of Publication of Sale, and the United States Marshal's Return of Sale.

Dated this **14th** day of **May 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2148