Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br><br>CERTIFICATE OF SERVICE |

I, Steven A. Zamsky, hereby certify that on the **14th** day of **May 2004**, I will caused to served by hand delivery a true and correct copies of the following:

1. **Motion for Confirmation of Sale of Defendant Vessel F/V Palau Maru No. 1 [No Hearing Requested]**

2. **Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1 (received by District Court on May 14, 2004)**

Page 2
Certificate of Service
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

upon **David P. Ledger, Esq., CARLSMITH BALL, LLP**, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910, **Attorneys for Plaintiff-in-Intervention RRG International, Inc.**.

Dated this **14th** day of **May 2004**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2188