Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:    (671) 477-3637
Facsimile :    (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>          Plaintiff,<br><br>    vs.<br><br>F/V PALAU MARU NO. 1,<br><br>          Defendant,<br><br>    and<br><br>RRG INTERNATIONAL, INC.,<br><br>          Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br><br>ORDER CONFIRMING SALE<br>OF DEFENDANT VESSEL<br>F/V PALAU MARU NO. 1 |

This cause having come before this Court without hearing, upon the United States Marshal

Service's return, and upon Plaintiff Shell Guam, Inc.'s Motion for Confirmation of Sale of

Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other

appurtenances thereto belonging, made on May 14, 2004 and, it appearing from the United States

**ORIGINAL**

Marshal Service's return that said Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, were sold at the time and place advertised for the sum of $120,000.00 which was the highest and best bid offered at said sale, and the highest bidder was Plaintiff Shell Guam, Inc., and this Court being satisfied in all respects that the aforesaid sale was regularly and fairly conducted; NOW THEREFORE it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the sale of Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, by the United States Marshal Service on the April 28, 2004 to Plaintiff Shell Guam, Inc., be and the same hereby is approved and confirmed in all respects; and it is further

**ORDERED, ADJUDGED, AND DECREED** that any unspent deposits made by Plaintiff Shell Guam, Inc. to the United States Marshal's Service be paid to Plaintiff Shell Guam, Inc.; and it is further

///

///

///

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDERED, ADJUDGED, AND DECREED** that the United States Marshal by Bill of

Sale, a proper legal conveyance of the Defendant Vessel F/V Palau Maru No. 1, her engines,

machinery, fittings, tackle, and all other appurtenances thereto belonging, so sold be made,

executed and delivered by the United States Marshal's Service for the District of Guam USA to

Shell Guam, Inc., a Guam corporation, and the aforesaid Defendant Vessel F/V Palau Maru No.

1 be turned over to Shell Guam, Inc.

**SO ORDERED** this _18th_ day of **MAY 2004**.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Designated Judge, District Court of Guam

Z8(004.695)\PLD\P#2149

RECEIVED

MAY 1 4 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM