```
1  Steven A. Zamsky, Esq.
2  ZAMSKY LAW FIRM
   Suite 805, GCIC Building
3  414 West Soledad Avenue
   Hagåtña, Guam USA 96910
4  Telephone:  (671) 477-3637
   Facsimile :  (671) 472-1584
5
```





Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ) | |
| vs. | ) | APPLICATION FOR AN ORDER VACATING ORDER CONFIRMING |
| F/V PALAU MARU NO. 1, | ) | SALE OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 |
| Defendant, | ) | |
| and | ) | |
| RRG INTERNATIONAL, INC., | ) | |
| Plaintiff-in-Intervention. | ) | |

**COMES NOW**, Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**) by and through its attorney of record, Steven A. Zamsky, Esq., Zamsky Law Firm and applies to this Court for an Order Vacating the Order Confirming Sale of Defendant Vessel F/V Palau Maru No.1.



Page 2
Application for an Order Vacating Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1
Shell Guam, Inc. v. F/V Palau Maru No. 1, et al.
District Court of Guam Civil Case No. CIV03-00029

Plaintiff and its counsel believed that they had bid the sum of $120,000.00, on credit, at the sale of Defendant Vessel F/V Palau Maru No. 1 on April 28, 2004. The United States Marshal's Service believed that there was no bid.

The undersigned did not learn of the United States Marshal's Service's position until about 10:30 a.m. this morning, May 26, 2004, when he reviewed the Court file and first saw the Return of Sale. Plaintiff's counsel had not been served nor received from the Court the Return of Sale by the United States Marshal's Service.

Because of that misunderstanding, the Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1 should be vacated.

Dated this **26th** day of **May 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2191