Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ) | |
| vs. | ) | APPLICATION FOR AN ORDER |
| | ) | OF EXPEDITED PUBLIC SALE |
| F/V PALAU MARU NO. 1, | ) | OF DEFENDANT VESSEL |
| | ) | F/V PALAU MARU NO. 1 |
| Defendant, | ) | |
| and | ) | |
| RRG INTERNATIONAL, INC., | ) | |
| Plaintiff-in-Intervention. | ) | |

**COMES NOW**, Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**) by and through its attorney of record, Steven A. Zamsky, Esq., Zamsky Law Firm and applies to this Court for an Order of Expedited Public Sale of Defendant Vessel F/V Palau Maru No.1.

A duly noticed sale was held on April 28, 2004, the sole party appearing at the sale with the intent to bid was the Plaintiff. Other people appeared as observers.



Page 2
Application for an Order of Expedited Public Sale of Defendant Vessel F/V Palau Maru No. 1
Shell Guam, Inc. v. F/V Palau Maru No. 1, et al.
District Court of Guam Civil Case No. CIV03-00029

The costs of holding the Defendant Vessel F/V Palau Maru No. 1 continues to accrue and the condition of the vessel if deteriorating.

There are no other parties in this case. There are no parties whose rights would be prejudiced by an expedited sale.

Because of the confusion and the costs of continuing to hold Defendant Vessel F/V Palau Maru No. 1 pursuant to Local Rule LAR14(a) there is an urgency for expediting the sale and due to the circumstances, it is impracticable to publish for at least six (6) consecutive days. Plaintiff requests that there be one (1) such publication previous to the sale and that sale be held at the earliest possible time convenient to the United States Marshal's Service.

Dated this **26th** day of **May 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
    STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2193