Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

(47)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ~~[PROPOSED]~~ |
| vs. | ORDER VACATING ORDER OF SALE OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 |
| F/V PALAU MARU NO. 1, | |
| Defendant, | |
| and | |
| RRG INTERNATIONAL, INC., | |
| Plaintiff-in-Intervention. | |

This cause having come before this Court without hearing, upon Plaintiff Shell Guam, Inc.'s Application for an Order Vacating Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1 on May 26, 2004 and it appearing from said Application of the misunderstanding, NOW THEREFORE,

ORIGINAL

**IT IS HEREBY ORDERED** that the Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1 dated May 18, 2004 is hereby VACATED.

**SO ORDERED** this 27th day of **May 2004**.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Designated Judge, District Court of Guam

RECEIVED
MAY 26 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.695)\PLD\P#2192