Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | |
| vs. | APPLICATION FOR AN ORDER ALLOWING REPAIRS OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 |
| F/V PALAU MARU NO. 1, | |
| Defendant, | |
| and | |
| RRG INTERNATIONAL, INC., | |
| Plaintiff-in-Intervention. | |

COMES NOW, Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**") by and through its attorney of record, Steven A. Zamsky, Esq., Zamsky Law Firm and applies to this Court for an Order Allowing Repairs to be accomplished on the Defendant Vessel F/V Palau Maru No.1 (hereinafter "**Defendant Vessel**").

ORIGINAL

Case 1:03-cv-00029   Document 52   Filed 05/27/2004   Page 1 of 2

Page 2
Application for an Order Allowing Repairs of Defendant Vessel F/V Palau Maru No. 1
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

As Defendant Vessel has been under arrest for an extended period of time, certain repairs to Defendant Vessel are necessary. Such repairs are to be accomplished by two employees of RRG International, Inc., former Plaintiff-in-Intervention. The custodian of Defendant Vessel agrees that such repairs can and should be made.

Defendant Vessel is currently, and will continue to be, insured through the United States Marshal Service.

I am informed that the United States Marshal Service is amenable to such repairs being made and notice of this application is being served with the United States Marshal Service contemporaneously with its filing.

Dated this **27th** day of **May 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2200