Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| F/V PALAU MARU NO. 1, | |
| Defendant, | |
| and | |
| RRG INTERNATIONAL, INC., | |
| Plaintiff-in-Intervention. | |

I, Steven A. Zamsky, hereby certify that on the **26th** day of **May 2004**, I caused to served by hand delivery a true and correct copies of the following:

1. Application for an Order Vacating Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1

2. [Proposed] Order Vacating Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1



3. Application for an Order of Expedited Public Sale of Defendant Vessel F/V Palau Maru No. 1

4. [Proposed] Order of Sale of Defendant Vessel F/V Palau Maru No. 1 by Plaintiff Shell Guam, Inc.

upon **David P. Ledger, Esq., CARLSMITH BALL, LLP**, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910, **Attorneys for Plaintiff-in-Intervention RRG International, Inc.**.

Dated this **26th** day of **May 2004**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2195