1  Steven A. Zamsky, Esq.
   ZAMSKY LAW FIRM
2  Suite 805, GCIC Building
   414 West Soledad Avenue
3  Hagåtña, Guam USA 96910
   Telephone:    (671) 477-3637
4  Facsimile :   (671) 472-1584

FILED
DISTRICT COURT OF GUAM

JUN - 4 2004

MARY L. M. MORAN
CLERK OF COURT



6  Attorneys for Plaintiff Shell Guam, Inc.

10              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF GUAM

12  SHELL GUAM, INC.,                )       CIVIL CASE NO. CIV03-00029
    a Guam corporation,              )
13                                   )
                                     )
14          Plaintiff,               )       [PROPOSED]
                                     )       ORDER ALLOWING REPAIRS
15      vs.                          )       OF DEFENDANT VESSEL
                                     )       F/V PALAU MARU NO. 1
16  F/V PALAU MARU NO. 1,            )
                                     )
17                                   )
            Defendant,               )
18                                   )
                                     )
19      and                          )
                                     )
20  RRG INTERNATIONAL, INC.,         )
                                     )
21      Plaintiff-in-Intervention.   )
                                     )
22  _____   )

        This cause having come before this Court without hearing, upon Plaintiff Shell Guam,

Inc.'s Application for an Order Allowing Repairs of Defendant Vessel F/V Palau Maru No. 1 on

May 27, 2004 and there being no other parties, and no objection having been lodged, NOW

THEREFORE,

ORIGINAL

**IT IS HEREBY ORDERED** that repairs to Defendant Vessel F/V Palau Maru No. 1 may be accomplished by two employees of RRG International, Inc.. The custodian need not be present.

**SO ORDERED** this 2nd day of May 2004.

_(signature)_

HONORABLE FRANCES M. TYDINGCO-GATEWOOD\*
**Designated Judge, District Court of Guam**

\*Associate Justice, Supreme Court of Guam
Sitting by Designation

Z8(004.695)\PLD\P#2201

RECEIVED
MAY 2 7 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM