Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 07 2004
MARY L. M. MORAN
CLERK OF COURT

52

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant, <br><br> and <br><br> RRG INTERNATIONAL, INC., <br><br> Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029 <br><br><br> CERTIFICATE OF SERVICE |

I, Steven A. Zamsky, hereby certify that on the **7th** day of **June 2004**, I caused to served by hand delivery a true and correct copy of the **Order Allowing Repairs of Defendant Vessel F/V Palau Maru No. 1 (filed June 04, 2004)** upon the following:

1. **David P. Ledger, Esq., CARLSMITH BALL, LLP**
   Suite 401, Bank of Hawaii Building
   134 West Soledad Avenue
   Hagåtña, Guam USA 96910
   **Attorneys for Plaintiff-in-Intervention RRG International, Inc.**

2. **United States Marshal Service**
   3rd Floor, U.S. District Courthouse
   520 West Soledad Avenue
   Hagåtña, Guam USA 96910

and by facsimile upon **Captain Jurgen Unterberg, OCEANEER ENTERPRISES, INC., Custodian of Record for Defendant Vessel F/V Palau Maru No. 1** at (671) 477-1645.

Dated this **7th** day of **June 2004**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2208