Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT FO GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation, | ) | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | ) | |
| vs. | ) | SUPPLEMENTAL<br>AFFIDAVIT OF STEVEN A. ZAMSKY |
| F/V PALAU MARU NO. 1, | ) | |
| Defendant, | ) | |
| and | ) | |
| RRG INTERNATIONAL, INC., | ) | |
| Plaintiff-in-Intervention. | ) | |

GUAM USA )
) ss:
MUNICIPALITY OF HAGÅTÑA )

STEVEN A. ZAMSKY, first being duly sworn, depose and say as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc..

3. I make this Affidavit supplemental to the United States Marshal's Sale of Defendant Vessel F/V Palau Maru No. 1 to be held on Friday, June 11, 2004 at the hour 2:00 o'clock p.m. and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so..

4. The opening bid shall be $120,000.00, pursuant to prior order and affidavits in this case, which bid in the case of Plaintiff Shell Guam, Inc. may be a credit bid and Plaintiff Shell Guam, Inc. may further credit bid to the amount of $271,057.92.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **10th** day of **June 2004**.

_____
STEVEN A. ZAMSKY

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this **10th** day of **June 2004**, by **Steven A. Zamsky**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0064
Post Office Box 3745 Hagåtña, Guam USA 96932

#2209
Z8(004.695)\PLD\P#2009