Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,  Plaintiff,  vs.  F/V PALAU MARU NO. 1,  Defendant,  and  RRG INTERNATIONAL, INC.,  Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029  AFFIDAVIT OF PUBLICATION |

GUAM USA           )
                   ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), a United States citizen, and not interested in the outcome of this case.

Page 2
Affidavit of Publication
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG international, Inc.
District Court of Guam Civil Case No. CIV03-00029

2. I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

3. That on **JUNE 8, 2004, JUNE 9, 2004, and JUNE 10, 2004**, I caused to print and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF UNITED STATES MARSHAL'S SALE** with respect to Defendant Vessel F/V Palau Maru No. 1.

FURTHER AFFIANT SAYETH NOT.

Dated this **10th** day of **June 2004**.

_____
FAYE S. VASAPOLLI

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **10th** day of **June 2004**, by **FAYE S. VASAPOLLI**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2197

**32**



# GUAM POWER AUTHORITY
Aturidåt Ilektresedåt Guahan
P.O. Box 2977, Hagåtña, Guam U.S.A. 96932-2977
Telephone Nos. (671)646-9251/2/3
or Facsimile (671)646-8163

Felix P. Camacho, Governor of Guam
Kaleo S. Moylan, Lt. Governor of Guam

## INVITATION FOR BID

This notice is paid for by the GUAM POWER AUTHORITY revenue funds.

| BID NO. | DUE DATE | TIME | DESCRIPTION |
|---|---|---|---|
| GPA-067-04 | 06/21/04 | 2:30 p.m. | Roll-Up Doors |

Bid package may be picked up at the GPA Procurement Office, 1st Floor, GPA Central Office, 1911 Route 16 Harmon, Guam 96911.

/s/JOHN M. BENAVENTE, P.E.
General Manager

---



### JOB OPPORTUNITY
**Accounts Payable/Receivable Coordinator-Experience Required**
(With Accntg. Degree/Educ./Background Preferred)
SEND RESUME TO - P.O. BOX 2326
GMF, GUAM 96921 OR
SEND BY FACSIMILE TO #637-2195

---



What planet are you from?
The *Pacific Daily News* is now ONLINE.
- Local News • Lifestyle • Opinion
- Sports • Classifieds • National and International News Online
**www.guampdn.com** Pacific Daily News

---



**Large, Spacious Split-Level Home For Sale!**
Located in Mangilao.
Great view of baseball field near Church. Enjoy a large eat-in kitchen with plenty of cabinets, dining rm, family rm, den, living rm, 3 bdrms, 2.5 bath, separate laundry rm, w/shop & lots of storage. $275,000.
For sale by owner: Call 688-1949/734-0518 for appointment.

---



# GUAM POWER AUTHORITY
ATURIDÅT ILEKTRESEDÅT GUAHAN
P.O. BOX 2977 • HAGÅTÑA, GUAM U.S.A. 96932-2977
Telephone Nos. (671)646-9251/2/3 or Facsimile (671)646-8163

Felix P. Camacho, Governor of Guam
Kaleo S. Moylan, Lt. Governor of Guam

## INVITATION FOR BID

This notice is paid for by the GUAM POWER AUTHORITY Revenue Funds.

| BID NO. | DUE DATE | TIME | DESCRIPTION |
|---|---|---|---|
| GPA-066-04 | 06/21/04 | 2:00 P.M. | Guy Fitting & Photo Electric Control |
| GPA-068-04 | 06/21/04 | 3:00 P.M. | Transformers |

Bid packages may be picked up at the GPA Procurement Office, 1st floor, GPA Central Office, 1911 Route 16, Harmon, Guam 96911.

/s/ JOHN M. BENAVENTE, P.E.
General Manager

---

### DEPARTMENT OF MENTAL HEALTH & SUBSTANCE ABUSE
CLINICAL SERVICES DIVISION

**REQUEST FOR PROPOSALS**

Sagan Mami Drop-In Center — RFP No.: 2004-08
Guma Hinemlo Permanent Supportive Housing — RFP No.: 2004-09

The Department of Mental Health and Substance Abuse is requesting the services of:

- Sagan Mami Adult Drop-In Center — To provide management and operations of a Drop-In program in accordance with International Clubhouse Standards.
- Guma Hinemlo Adult Permanent Supportive Housing — To provide care-worker and operational services for a permanent supportive home to adults with various mental illness.

RFP packages may be picked up at the Department of Mental Health and Substance Abuse Office, located at 790 Governor Carlos G. Camacho Road, Community Center, Tamuning through Friday, excluding holidays, between 8:30 a.m. and 5:00 p.m. The deadline for receipt of proposals is on or before June 30, 2004, Wednesday, June 23, 2004, Guam Standard Time. All proposals must be submitted to the office of Luke J. Tainatongo, Director, Department of Mental Health and Substance Abuse...

For additional information, contact the Department of Mental Health & Substance Abuse Office at telephone number 647-5330 or fax number 647-5335.

/s/ PETER ROBERTO, ACSW
Director

This advertisement is paid with funding from the U.S. Department of Health & Human Services, Substance Abuse & Mental Health Services Administration, Community Mental Health Services FY2003 Block Grant.

---

### GENERAL ORDER
No. 00-00014

The "Pacific Daily News", a newspaper of general circulation published in Hagåtña, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

---

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM, USA



BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated May 27, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear, appurtenances and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON JUNE 14th, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceanwide Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam, USA 96913. Telephone (671) 477-9490.

TERMS: A 25% deposit in cash or certified check for the amount bid shall be paid at the end of sale, upon condition that the balance of the bid is to be paid or provided in local Admiralty Rule 7.1(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure its bid. Dated at Hagåtña, Guam USA this 3rd day of June, 2004.

UNITED STATES MARSHAL SERVICE

/s/ JOAQUIN L.G. SALAS

---

### IN THE SUPERIOR COURT OF GUAM

SYRIL D. GODOY AND YVONNE B. GODOY,
Plaintiffs,
vs.
FINTON PHELAN, JR. AND HELENA F. PHELAN,
Defendants.

CIVIL ACTION NO. CV0397-04

**SUMMONS**

TO THE WITHIN NAMED DEFENDANT: **HELENA F. PHELAN**

You are hereby summoned and required to serve upon Plaintiff's attorney:

Michael J. Berman, Esq.
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building,
111 Chalan Santo Papa
Hagåtña, Guam 96910

an Answer to the Complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

**RICHARD B. MARTINEZ**
Acting Clerk of Court

By: **LINDA M. PEREZ**
Deputy Clerk

---





**Mabuhay!**
**Philippine Independence!**

"A nation is born into freedom on the day when such a people, moulded into a nation by a process of cultural evolution and sense of oneness born of common struggle and suffering, announces to the world that it asserts its natural right to liberty, and is ready to defend it with blood, life, and honor."

— by Diosdado Macapagal,
Former President of the Philippines

Celebrate the Independence of the Philippines with our International lunch buffet featuring Philippine food stations.

**ISLANDER TERRACE**

**Saturday, June 12**
**11:30am - 2pm**
**$15.50* per person**
**Includes live entertainment**

* Price is subject to a 10% service charge.
Diamond Club discounts available.

*For reservations or information, please call 646-DINE (3463).*

**Hilton Worldwide Resorts**

Hilton Guam Resort & Spa, 202 Hilton Road, Tumon Bay, Guam 96913 Tel: 1 (671) 646-1835 Fax: 1 (671) 646 6038
Reservations: www.guam.hilton.com • www.hilton.co.jp

**APUSENTO GARDEN**
*1 BEDROOM/1BATHROOM*
*2 BEDROOMS/2BATHROOMS*
TILED OR CARPETED FLOORING
FURNITURE AVAILABLE
DEPENDING ON YOUR NEEDS
POOL, SECURITY, POST OFFICE
BBQ PIT, PLAYGROUND, LAUNDROMAT
*CENTRALLY LOCATED*
UTILITIES INCLUDED OR NO SEC. DEP.
***CALL 477-4690***




**Airport Hotel Mai'ana**
Rent or Lease
Furnished Studios, 2 & 3 Bedrooms Suites available.
Pool, Jacuzzi, Sauna, Fitness Room, Central A/C, Generator, Elevator, Laundry, 24 Hr. Staff
Renovations Completed in 2002 & 2003
Please call or stop by ("Section 8" not available)
646-6961

**IMMEDIATE OPENING**
Full-Time
**SALES CLERK**
JK TILE STORE
Good typing & 10-keys skill. Police clearance is required upon employment. Apply in person at 1090 Route 16 Barrigada, GU across Barrigada Heights Mobil



**ELLEN'S REALTY**
PH: 647-0888/9
VOICE MAIL: 720-2755
Ellen Wilkinson, Principal Broker — Suite B4, GenCom Bldg, Tamuning — Thomas Zheng, Realtor

**CHALAN PAGO** 1/2 ACRE LAND ONLY **$35,000**
AGANA HEIGHTS Mountain View Land 1755sm $79,000 — 2 lots available

**BARRIGADA** 1190 sm LAND ONLY **$35,000**
Bank Foreclosed Property Power, Water, Paved Road

**YIGO HALF ACRE LAND** Chalan La Chanch, Power, water & paved road **$45,000**
power, water & sewer on site

**TUMON** One Acre Lot 4047sm **$607,050** only $150 per sq. m.


**For Advertising Opportunities Call 477-9711 ext. 203**
A WEEKEND GUIDE — Pacific Daily News

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM, USA**



BY THE VIRTUE OF AN ORDER OF SALE issued on the above entitled Court dated May 27, 2004... [notice of sale of vessel F/V Palau Maru No. 1...]

UNITED STATES MARSHALS SERVICE
/s/ JOAQUIN L.G. SALAS

---

**IN THE SUPERIOR COURT OF GUAM**
IN THE MATTER OF THE ESTATE OF CECILIA M. GUZMAN, Deceased
PROBATE CASE NO. PR0038-02

**NOTICE TO CREDITORS**

NOTICE IS GIVEN by the undersigned Anthony J.M. Guzman, Administrator of the Estate of Cecilia Muna Guzman, deceased, to the creditors of, and all persons having claims against the said estate or against said deceased, that within sixty (60) days after the first publication of this notice, they either file their claims in the office of the Clerk of the Superior Court of Guam, or provide them with the necessary vouchers to the said Anthony J.M. Guzman, Administrator, at the Law Offices of Bronze & Tang, BankPacific Building, 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913, the same being the place for the transaction of the said business of Estate.
Dated June 3, 2004

/s/ **ANTHONY J.M. GUZMAN**
Administrator

**ONLINE CLASSIFIEDS** — guampdn.com
To place your ad, log on to our website... Pacific Daily News

---

**NOTICE OF PUBLIC HEARING**
Legislative Public Hearing Room, Hagåtña
SEN. F. RANDALL CUNLIFFE
Committee on Judiciary & Transportation
3:00 p.m. Friday, June 11th

Confirmation Hearings: Frank Blas, Joseph J. Perez, and Marion S. Lujan to serve as members of the Guam International Airport Authority Board of Directors.

Bill No. 283 (COR) — An act to prevent non-residents from obtaining jurisdiction for domestic disputes in the court of Guam.

The public is invited to participate. For more information contact 477-319...

All calls for with government funds.

---

**NOTICE OF SALE UNDER POWER OF SALE IN MORTGAGE**

On May 30, 1995, TOMAS S.N. SHIMIZU and JOSEFINA A. SHIMIZU gave to GUAM SAVINGS & LOAN ASSOCIATION now known as BANKPACIFIC, LTD, a Promissory Note in the principal sum of $117,000...

NOTICE IS HEREBY GIVEN that BANKPACIFIC, LTD, will on June 29, 2004 at 10:00 o'clock A.M. at the Office of the Mayor of Asan, under power of sale contained in the Mortgage, sell the above-described parcel of real property of public auction to the highest bidder to satisfy the obligations secured by said Mortgage...

Dated this 28th day of May, 2004.
ARRIOLA, COWAN & ARRIOLA
P.O. Box X, Hagåtña, Guam 96932
Attorneys for BANKPACIFIC, LTD.
/s/ MARK E. COWAN

On this 28th day of May, 2004, before me a Notary Public in and for Guam, U.S.A., personally appeared MARK E. COWAN...

UNDER POWER OF SALE IN MORTGAGE, and acknowledged to me that he executed the same as attorney in fact for BANKPACIFIC, LTD.

/s/ AGNES M.S. MENO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: June 16, 2007
P.O. Box 170217 Intorajan, Guam 96917

---

**NOTICE OF SALE UNDER MORTGAGE**

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. § 36113, Paragraph 21 of the below described mortgage and the Notice of Default recorded on March 12, 2004 as Instrument No. 669484, that the mortgage executed on June 22, 1999 by PARMANAND K. MELWANI and JYOTI P. MELWANI ("Mortgagors") in favor of BANKPACIFIC, LTD. (Mortgagee)...

The property described below will be sold, WITHOUT WARRANTY, BEING GIVEN, expressed or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder at public auction, to be held at the Mayor's office in Tamuning, Guam, at 2:00 p.m. on June 18, 2004...

Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee.

Unit No. 518, Alupang Cove Condominium situated on Lot No. 5172-3-7B-1, Lot No. 5172-3-6B, and Lot No. 5172-3-5B, Tamuning, (formerly Dededo), Guam.

The amount due the Mortgagee is for the sum of $132,944.22; accrued interest as of March 2, 2004 of $2,180.88; interest at the rate of 3.875% from March 2, 2004; late charges, attorney fees, and costs of sale.

The undersigned are the attorneys for the Mortgagee...

Dated this 21st day of May, 2004
McCULLY & BEGGS, P.C.
Attorneys for Union Bank of California, N.A.
By /s/ MARK S. BEGGS (GUAM)

On this 21st day of May, 2004 before me, the undersigned Notary, personally appeared MARK S. BEGGS...

/s/ MAUREEN E. TAITANO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Aug. 9, 2006
Ste. 200, 138 Murray Blvd., Hagåtña

---



**BankPacific**
Where Others Put Branches, We Place Roots

BankPacific is seeking a motivated individual for the following position:

**RESIDENTIAL LOAN OFFICER**

Experienced Loan Officer to examine, evaluate and prepare residential loan packages. The successful candidate should have 3 to 5 years of residential lending experience as well as Freddie Mac loan packaging experience. Good sales and organizational skills are a must. A Bachelor's degree in Business or Finance from a U.S. accredited college or university is desired.

If you're interested in a challenging position with the island's oldest financial institution, please submit a completed application package, along with your salary history and residential lending accomplishments to: BankPacific Human Resource Office, 151 Aspinall Avenue, Hagåtña, Guam 96910. Applications may be picked up between 9:00 a.m. and 4:00 p.m. and will be accepted until position is filled.

Federal law requires presentation of proof of citizenship and eligibility to work in the United States. We comply with this law on a nondiscriminatory basis. A police clearance is required.

 Equal Opportunity Employer  MEMBER FDIC

---



**Guam Housing and Urban Renewal Authority**
**Aturidad Ginima' Yan Rinueban Siudat Guahan**

117 Bien Venida Avenue • Sinajana, Guam 96926
Phones: (671) 477-9851 to 4 • Fax: (671) 472-7565 • TTY #(671) 472-3701

Felix P. Camacho, Governor
Kaleo S. Moylan, Lieutenant Governor

**REQUEST FOR PROPOSAL**
**RFP # GHURA-FISCAL-04-006**

This ad is paid with funds from HUD

**Purpose: Request for Proposal - Independent Audit Services**

Due Date & Time: June 25, 2004, 2:00 PM at the GHURA Main Office. Copies of the Scope of Work are available at the GHURA Main Office in Sinajana starting June 9, 2004. A Pre-Bid Conference is scheduled for 10:00 a.m. on June 14, 2004 at GHURA's Main Conference Room in Sinajana. A non-refundable deposit of $25.00 is required for each set of bidding documents.

GHURA reserves the right to waive any information and reject any and all proposals. This bid is subject to conditions under Section 3 Program.

GHURA does not discriminate against persons with disabilities, race, color, national origin, political affiliation, creed, sex, religion, age and familial status.

/s/ RONALD S. DEGUZMAN
Executive Director



# JOIN THE TEAM!

**Government of Guam Employees Federal Credit Union**, a service-minded financial cooperative, has an opportunity for a

## MEMBER SERVICE REPRESENTATIVE I

The representative selected for this teller position is a highly motivated, service-oriented individual who provides a variety of member service functions such as receiving payments, disbursing funds, posting deposits and related activities. The MSR I has the responsibility of providing excellent customer service with credit union members and potential members, and requires the ability to accurately record information and communicate effectively. Must be a high school graduate with 12 months related experience.

GGEFCU offers an excellent work environment with a competitive compensation package, including 401(k) plan, medical, dental, life insurance and other benefits.

We invite qualified candidates to submit an application and résumé to our Maite office at 127 Roba Street.

Employment is subject to a pre-employment drug screening and Superior Court Clearance. No phone calls please. EEO.

**GGEFCU**
GOVERNMENT OF GUAM EMPLOYEES
FEDERAL CREDIT UNION
P.O. Box 2817, Hagatna, GU 96932

---

## QUALITY ASSURANCE MANAGER
**FOREMOST**

Coordination & management of the quality systems, coordination of internal and external audits and inspection, and manage the technical side of new product development.

- Bachelor of Science degree in Food Technology, Chemistry, Microbiology or other food-related sciences.
- Two years supervisory experience in a laboratory, preferably food.
- Must have basic knowledge of Food Science, Chemistry and/or Microbiology.
- Able to operate various laboratory equipment and instruments.
- Excellent mathematical, verbal and written communication skills.
- Able to evaluate laboratory methods and suggest new procedures.
- Should have working knowledge of ISO and HACCP principles.

We offer a very attractive salary and benefit package, vacation, sick leave, medical/dental insurance, life insurance, 401(k) Profit Sharing Plan, and more!

Please submit employment application and/or résumé with current police clearance at:
Foremost Foods, Personnel Office
490 N. Marine Drive, Tamuning, Guam 96911
Fax: 646-9059

We are an Equal Employment Opportunity Employer

---



## GUAM
RESORT & SPA
**Marriott**

Embark on an exciting career with one of the world's leading hotel companies. The Guam Marriott Resort & Spa is looking for professional, service-oriented individuals with a passion for excellence.

**Housekeeping Manager** - looking for a creative, organized individual to manage all aspects of the Housekeeping dept., including the Resort Laundry and Recreation areas.

**Cooks** - full time positions available for pastry, cold kitchen and fine dining; min. 1 yr. experience; requires flexibility to work varied shifts.

If you have experience, are highly motivated, outgoing, have a "can do" attitude and have great communication skills, don't miss this opportunity to be a part of the excitement that is Marriott.

Applications are accepted Monday-Friday, 9am-4pm in the Human Resources department or by fax to 648-1657.

The Guam Marriott Resort & Spa is an equal opportunity employer, M/F/D/V, offering a competitive salary and benefits package and a drug free workplace environment.

Great Workforce. Great Workplace.

---

## APUSENTO GARDEN
*1 BEDROOM/1 BATHROOM*
*2 BEDROOMS/2 BATHROOMS*
TILED OR CARPETED FLOORING
FURNITURE AVAILABLE
DEPENDING ON YOUR NEEDS
POOL, SECURITY, POST OFFICE
BBQ PIT, PLAYGROUND, LAUNDROMAT
*CENTRALLY LOCATED*
UTILITIES INCLUDED OR NO SEC. DEP.
***CALL 477-4690***

---

### NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN pursuant to Section 2932 of the Civil Code of Guam, as codified by 18 G.C.A. §36113, that the Mortgage executed and delivered by FRED TOVES and SOLEDAD M. FEHERANG, whose mailing address is HCR Box 17070, Inarajan, Guam 96917, Mortgagors, to Pacific Financial Corporation, which Mortgage was assigned to WELLS FARGO FINANCIAL GUAM, INC., on July 19, 2002, Mortgagee, whose mailing address is Calvo Commercial Center, 600 Harmon Loop Road, Dededo, Guam 96929, which Mortgage was executed on March 8, 1989, and recorded with the Department of Land Management, Government of Guam, under Document No. 413949; on March 13, 1989, and assumed by AGUSTO E. CRUZ and LYDIA T. CRUZ, Grantees, by an Assumption of Mortgage which was executed on August 23, 1993 and recorded with the Department of Land management, Government of Guam, under Document No. 493737 on August 23, 1993, will be FORECLOSED pursuant to a POWER OF SALE contained in the above Mortgage. The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, as hereinafter described, to the highest bidder at public auction, at the Talofofo Mayor's Office, Talofofo, Guam at 4:00 p.m. on June 15, 2004, to satisfy the amount due on such mortgage on the day of sale. Terms of sale are strictly cash or as otherwise deemed acceptable by Seller.

The premises that are described in such Mortgage and that will be sold are said of the Mortgage are more particularly described as follows:

Lot No. 1 NEW, Block No. 1, Tract No. 228, Talofofo, Guam; Basic Map 267/16, Suburban, as said lot is marked, said, designated on Map Drawing No. HB-1-781, dated September 21, 1979 and recorded on February 28, 1979 under Instrument No. 300132, in the Department of Land Management, Government of Guam.

The following is shown for information purposes only: Said map shows the area to be: 1,634 Square Meters. Last Certificate of Title No. 64247.

Together with the building, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed therewith, including the reversion, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto.

The undersigned is the attorney for the lawful owner of such Mortgage and is also the owner thereby. The Mortgagors have defaulted in performance of the terms and conditions of the note and mortgage, and the principal sum due is One Hundred Seventy Two Thousand Seven Hundred Seventy-six and 33/100 ($172,776.33) Dollars, interest at the Mortgage rate of February 23, 2004, of Three Thousand Four Hundred Seventy-two and 65/100 ($3,472.65) Dollars, plus interest thereon at the rate of 9.56% per annum from February 23, 2004 till date of payment, or sale; real estate, attorneys' fees and costs. The undersigned reserves the right to withdraw this Notice, to reject any bid or to accept the highest bid, and to postpone the sale from time to time. This Notice of Sale Under Mortgage is made for the purpose of collecting a debt and any information obtained will be used for that purpose.

Dated May 17, 2004.
BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Mortgagee
By: CATHERINE BEJERANA CAMACHO
CAMACHO
Guam USA.

CITY OF HAGÅTÑA:
On this 17th day of May 2004, before me, the undersigned notary personally appeared Catherine Bejerana Camacho, the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose, as attorney for Wells Fargo Financial Guam, Inc.

By: AURELIO C. BORJA
NOTARY PUBLIC
In and For Guam U.S.A.
My Commission Expires March 18, 2008
P.O. Box 2796, Hagåtña, Guam 96932

---

### Let the Pacific Daily News Classifieds Work for YOU!
**Call 472-1PDN**
for more information
*Pacific Daily News*

---

### FOURTH NOTICE OF SALE UNDER MORTGAGE

NOTICE IS HEREBY GIVEN, pursuant to Section 2932 of the Civil Code of Guam, as codified by 18 G.C.A. §36113, that the Mortgage executed and delivered by DAVID L. JOHNSON and ELCYNTHIA L. JOHNSON, whose mailing address is #391 Chalan La Chanch, Yigo, Guam 96929, Mortgagors, to Countrywide Home Loans, Inc. which Mortgage was assigned to COUNTRYWIDE HOME LOANS, INC. on July 2, 2002, Mortgagee, whose mailing address is 12301 Ward Avenue, Simi Valley, California, 93065, which Mortgage was executed on February 10, 1998, and recorded with the Department of Land Management, Government of Guam, under Document No. 578472, on February 26, 1998, will be FORECLOSED pursuant to a POWER OF SALE contained in the above Mortgage. The property described below will be sold WITHOUT WARRANTY BEING GIVEN, express or implied, regarding the possession, rights of redemption or encumbrances, as hereinafter described, to the highest bidder at public auction, at the Yigo Mayor's Office, Yigo, Guam at 4:00 p.m. on June 17, 2004, to satisfy the amount due on such mortgage on the day of sale. Terms of sale are strictly cash or as otherwise deemed acceptable by Seller.

The premises that are described in such Mortgage and that will be sold to satisfy the Mortgage are more particularly described as follows:

Lot No. 7267B-12-9, Yigo, Guam, Estate No. 26472, Suburban, as said lot is marked and designated on Cadastral Drawing No. L-705-67, LM-267(R-87), dated August 30, 1983 and certified on August 31, 1987 in the Department of Land Management, Government of Guam.

The following is shown for information purposes only: Said map shows the area to be: 1,224 square meters. Last Certificate of Title No. 102695, issued to Erlinda O. Avedaño.

Together with the building, improvements, tenements, rights, easements, privileges and appurtenances to the same belonging or appertaining or held and enjoyed therewith, including the reversion, remainders, rents, issues and profits thereof, all personal property, fixtures, chattels, furnishings and inventory thereon, and all of the estate, right, title and interest of the Mortgagors, both at law and in equity, therein and thereto.

The undersigned is the attorney for the lawful owner of such Mortgage and is also the owner thereby. The Mortgagors have defaulted in performance of the terms and conditions of the note and mortgage, and the principal sum due is One Hundred Sixty-two Thousand Nine Hundred Seventy-two and 40/100 ($162,172.40) Dollars, accrued interest of Thirty-two Thousand Nine Hundred Forty-One and 27/100 ($32,941.27) Dollars as of May 1, 2003, plus interest thereon at the rate of 9.125% per annum from May 1, 2003 to the date of payment or sale, together with costs of sale and attorney's fees and costs and owing. The undersigned reserves the right to withdraw this Notice, to reject any bid, or to accept the highest bid and to postpone the sale from time to time.

The Fourth Notice of Sale Under Mortgage is made for the purpose of collecting a debt and any information obtained by the undersigned will be used for that purpose.

Dated May 17, 2004.
BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Mortgagee
By: CATHERINE BEJERANA CAMACHO
Guam U.S.A.

CITY OF HAGÅTÑA:
On this 17th day of May 2004, before me, the undersigned notary personally appeared, Catherine Bejerana Camacho, the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose, as attorney for Countrywide Home Loans, Inc.

By: AURELIO C. BORJA
NOTARY PUBLIC
In and For Guam U.S.A.
My Commission Expires March 18, 2008
P.O. Box 2796, Hagåtña, Guam 96932

---

## SALESCLERK
Apply at
**Western Frontier Village**
Next to
Reef Hotel
Tumon

---

### IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE OF
**CECILIA MUNA GUZMAN,**
Deceased.

**PROBATE CASE NO. PR0038-04**

### NOTICE TO CREDITORS

NOTICE IS GIVEN by the undersigned Anthony J.M. Guzman, Administrator of the Estate of Cecilia Muna Guzman, deceased, to the creditors of, and all persons having claims against the said estate or against said deceased, that within sixty (60) days after the first publication of this notice, they either file their claims in the office of the Clerk of the Superior Court of Guam, or provide them with the necessary vouchers to the said Anthony J.M. Guzman, Administrator, at the Law Offices of Bronze & Tang, BankPacific Building, 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913, the same being the place for the transaction of the said business of Estate.

Dated June 3, 2004

/s/ **ANTHONY J.M. GUZMAN**
Administrator

---

## GENERAL ORDER
No. 00-00014

The "Pacific Daily News", a newspaper of general circulation published in Hagåtña, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

---

## HELP WANTED

### UTILIZATION REVIEW/ MEDICAL MANAGEMENT SPECIALIST

NETCARE LIFE & HEALTH INSURANCE COMPANY, Guam's fastest growing domestic life and health carrier is seeking a dynamic and energetic professional to join our medical management team. This individual will be responsible for overseeing and facilitating all utilization review programs, including case & clinical management activities, wellness & disease management programs, and discharge planning.

**REQUIREMENTS:**
- BA/BSN Degree in Nursing or Nursing Administration
- Clinical experience in a managed care setting, including utilization review and quality assurance activities
- Experience in disease/wellness management programs and activities.
- Solid oral and written communications skills and the ability to work cooperatively and effectively
- Excellent problem solving skills, project management and analytical abilities
- The ability to handle multiple priorities and work as a team member
- Proficient in Microsoft Word and Excel desirable
- Guam Licensed Registered Nurse required

Qualified and capable individuals are encouraged to submit their resumes or apply in person at our administrative offices at 424 West O'Brien Drive, Julale Center, Suite 107, Hagatna, Guam 96910. Resumes or applications will be accepted no later than June 30, 2004.


**NetCare**
Life & Health Insurance
NetCare is an Equal Opportunity Employer

---



### HOME DELIVERY
Subscribe Today and
**Save 34% OFF**
**The News Stand Price**
Call Today! *Pacific Daily News*

---

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA

SHELL GUAM, INC.,
a Guam corporation,
Plaintiff,
v.
M/V PALAU MARU No. 1,
Defendant,
and
BIG INTERNATIONAL, INC.,
Plaintiff-in-Intervention.

**CIVIL CASE NO. CIV03-0029**

### NOTICE OF UNITED STATES MARSHAL'S SALE

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated May 27, 2004, and commanding me to make sale of the defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, nets and fishing gear and all other necessaries thereto pertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON JUNE 11th, 2004 AT THE HOUR OF 10 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of such bid is paid as provided in Local Admiralty Rule 14(b) and upon condition that deposit shall be forfeited by the bidder and applied to the cost of this action for the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure the bid. Dated at Hagatna, Guam USA this 3rd day of June 2004.

**UNITED STATES MARSHAL SERVICE**
F/s/ **JOAQUIN L.G. SALAS**
United States Marshal

