Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 1 4 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>　　　　Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>　　　　Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>CERTIFICATE OF SERVICE |

I, Steven A. Zamsky, hereby certify that on the **10th** day of **June 2004**, I caused to served by hand delivery a true and correct copies of the following:

1. **Affidavit of Publication (filed June 10, 2004); and**

2. **Supplemental Affidavit of Steven A. Zamsky (filed June 10, 2004)**

Page 2
Certificate of Service
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

upon the following:

1. **David P. Ledger, Esq., CARLSMITH BALL, LLP**
   Suite 401, Bank of Hawaii Building
   134 West Soledad Avenue
   Hagåtña, Guam USA 96910
   **Attorneys for Plaintiff-in-Intervention RRG International, Inc.**

2. **United States Marshal Service**
   3rd Floor, U.S. District Courthouse
   520 West Soledad Avenue
   Hagåtña, Guam USA 96910

Dated this **10th** day of **June 2004**.

STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2210