Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 1 4 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00029 |
| Plaintiff, | |
| vs. | NOTICE OF UNITED STATES MARSHAL'S SALE |
| F/V PALAU MARU NO. 1, | |
| Defendant, | |
| and | |
| RRG INTERNATIONAL, INC., | |
| Plaintiff-in-Intervention. | |

**BY THE VIRTUE OF AN ORDER OF SALE** issued out of the above entitled Court dated May 27, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, **NOTICE IS HEREBY GIVEN THAT ON JUNE 11th, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M., DEFENDANT VESSEL F/V PALAU**

Page 2
Notice of United States Marshal's Sale
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

**MARU NO. 1, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS** to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915, Telephone: (671) 477-9490.

**TERMS:** A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid.

Dated at Hagåtña, Guam USA this 3 day of June 2004.

**UNITED STATES MARSHAL SERVICE**

By: _____
JOAQUIN L.G. SALAS
United States Marshal

Z8(004.695)\PLD\P#2196

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHELL GUAM, INC. | CIV 03-00029 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V PALAU MARU NO. 1 | PUBLICATION |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FAYE S. VASAPOLLI, PACIFIC DAILY NEWS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
238 Archbishop F.C. Flores Street
Hagatna, Guam USA 96910

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
414 West Soledad Avenue
Hagatna, Guam USA 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

By Order of the District Court of Guam dated May 27, 2004, the attached Notice of United States Marshal's Sale shall be published for ~~one (1) day on~~ three (3) ~~June xxxxxxxx 2004. The size shall be one x seven~~ consecutive days. The size shall be one x seven (1x7)

Signature of Attorney or other Originator requesting service on behalf of:
STEVEN A. ZAMSKY

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (671) 477-3637

DATE: MAY 27 2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| ONE (1) | No. 093 | No. 093 | | 5/28/04 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

2hrs. Publication Fee Adm.

**RECEIVED JUN 1 4 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM**

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/14/2004  Time: 08:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | $441.00 | $20.00 | $551.00 | | | |

REMARKS: Publication was done per court order on the days of June 8, 9 and 10, 2004

**PRIOR EDITIONS MAY BE USED**

1. **CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# REQUISITION FOR PROCUREMENT OF SUPPLIES, SERVICE, AND EQUIPMENT

U.S. Department of Justice
United States Marshals Service

*(This requisition is not to be used for printing, duplicating, compositi graphics or visual production requirements). Use Form USM-21*

| 1. REQUISITION NO. | 2. REQUESTED BY (Name/Title/Organization): | TEL. NO.: | 3. DATE: |
|---|---|---|---|
| 9304-157-045 | US. MARSHALS SERVICE, GUAM | (671) 473-9175 | 06/04/2004 |

**4. ORGANIZATIONAL BUDGET OFFICER:** I do hereby certify that funds are available and authorize an increase of funds but not to exceed $100.00.

ELAINE J. GOUGE — Signature / Date: 6/4/04

**4(a). APPROVAL by Component Head, U.S. Marshal or Designee**

JOAQUIN L. G. SALAS USM — Signature / Date: 4 Jun 04

**5. DELIVER TO:**
Pacific Dailey News
244 Archbishop FC Flores Street
Hagatna, Guam 96910

☐ USMS Warehouse, Landover Operations Center,
3601 Pennsy Drive, Landover, MD 20785

**6. SOURCES OF FUNDING:** ☐ Appropriated  ☒ Non-Appropriated
☐ District Funds  ☐ AFF Case No.:
☐ Reimbursement Authorization No.:
☐ Other:

**6(a). PROGRAM APPROVALS:** (Attach before sending to applicable Contracting Office for processing)

Management & Budget Division:
☐ Budget Execution Team (Any Requisition $100K and over)
☐ Information Tech. Svc. (ADP Hardware/Software, Comp. & Services over $2,500)
☐ Communications (FAX, Radios, Tele. Equip. & Maintenance)

Business Services Division:
☐ Motor Vehicles - Mgmt. Support Team (Fleet Mgmt., Leases & Repairs)
☐ Publishing Services (Copiers & Printing)
☐ Procurement Chief (Economy Act, Set-Asides, Bureau Proc. Chief as required by FAR/JAR
☐ Investigative Services Division (ESU Equipment)
☐ Deputy Director (Non Std Ammo.; Weapons: Service, Backup, Tactical, and Defensive; Aircraft Lease or Purchase; & New Requirements over $100K)
☐ Director (Economy Act, J&As, HCA as required by FAR/JAR)
☐ Paid Advertisements  ☐ Other:

**7. ACCOUNTING CLASSIFICATION STRUCTURE:** See Instructions.
Fiscal Year: 2004   Fund Code   Organization Code   Project Code (HQ only)

**8. DC NUMBER (HQ only):**

**9. ESTIMATED COST: TOTAL: $441.00**

| 10. STOCK NO. (a) | ITEM DESCRIPTION (b) | OBJECT CLASS (c) | UNIT OF ISSUE (d) | QUANTITY (e) | UNIT COST (f) | TOTAL COST (g) |
|---|---|---|---|---|---|---|
| 0001 | Publication of Notice of United States Marshals Sale in: Civil Case No. 03-00029  Shell Guam Inc. vs. F/V Palau Maru #1 and RRG Internatioal Inc.  Advertisement to run three consecutive days. Dates: June 8, 9 and 10, 2004 | | | 3 | $147.00 | $441.00 |

(For acquisitions of property, $25,000 or more per item)
APPROVED BY OFFICE OF PROPERTY MANAGEMENT:

Signature / Date

**VENDOR INFORMATION:**
Suggested Source:
Contact:                                    Phone: (  )
Date Ordered:                               Date Rec'd:
Order No.:

Form USM-157
Rev. 10/02
Automated 10/02

# ORDER FOR SUPPLIES AND SERVICES

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF PAGES

| 1. DATE OF ORDER | 2. CONTRACT NO. If any |
|---|---|
| 06/04/2004 | |

| 3. ORDER NO. | 4. REQUISITION / REFERENCE NO. |
|---|---|
| 9304-347-035 | 9304-157-045 |

**5. ISSUING OFFICE** (Address correspondence to)
U.S. Marshals Service, Rm. 344, 520 West Soledad Ave.
Hagatna, Guam 96910

**6. SHIP TO:**
a. NAME OF CONSIGNEE: SAME
b. STREET ADDRESS:
c. CITY:
d. STATE:
e. ZIP CODE:

**7. TO:**
a. NAME OF CONTRACTOR:
b. COMPANY NAME: Pacific Daily News
c. STREET ADDRESS: 244 Archbishop FC Flores Street
d. CITY: Hagatna
e. STATE: Gu
f. ZIP CODE: 96910

f. SHIP VIA:

**8. TYPE OF ORDER**
☒ a. PURCHASE
REFERENCE YOUR: Please furnish the following on the terms and conditions specified on both sides of this order and on the delivery as indicated.
☐ b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms of the contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
15X6876 oc 0000

**10. REQUISITIONING OFFICE**

**11. BUSINESS CLASSIFICATION** (Check appropriate box(es))
☐ a. SMALL   ☒ b. OTHER THAN SMALL   ☐ c. DISADVANTAGED   ☐ d. WOMEN-OWNED

**12. F.O.B. POINT**

**13. PLACE OF**
a. INSPECTION
b. ACCEPTANCE

**14. GOVERNMENT B/L NO.**

**15. DELIVER TO F.O.B. POINT ON OR BEFORE (DATE)**

**16. DISCOUNT TERMS**

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 1 | Publication of Notice of United States Marshals Sale in: Civil Case No. 03-00029 Shell Guam Inc. vs. F/V Palau Maru #1 and RRG International Inc. Advertisement to run three consecutive days. Dates: June 8, 9, & 10, 2004 | 3 | | 147.00 | $441.00 | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WT | 20. INVOICE NO. |
|---|---|---|

SEE BILLING INSTRUCTIONS ON PAGE 2

**21. MAIL INVOICE TO:**
a. NAME: U.S. Marshals Service
b. STREET ADDRESS (or P.O. Box): Rm. 344, 520 West Soledad Avenue
c. CITY: Hagatna
d. STATE: Gu
e. ZIP CODE: 969410

$441.00 ◄ TOTAL FOR THIS PAGE

$441.00 ◄ GRAND TOTAL If using additional pages, enter the grand total

**22. UNITED STATES OF AMERICA BY** (Signature) *[signed]*

**23. NAME:** Elaine J. Gogue, AO
**TITLE:** CONTRACTING/ORDERING OFFICER

OPTIONAL FORM 347 (Rev. 6/95) Prescribed by GSA/FAR 48 CFR 53.213(e); Automated 12/99

Case 1:03-cv-00029   Document 60   Filed 06/14/2004   Page 5 of 12



472-464)

# UNITED STATES MARSHALS SERVICE
### District of Guam
344 United States District Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Office: 671-477-7827 (STAR)
Facsimile: 671-473-9195

TO: Fae Vassapolli, PDN

FROM: Elaine Gogue,

DATE: 6/4/04

NUMBER OF PAGES: 2 Excluding Cover Sheet

COMMENTS: Pls see attached Notice & PO for ads. Pls advertise on June 8, 9, + 10, 2004. Any questions pls call @ 473-9166. Thanks Fae. Hope to see proof on Monday.

GUAM IS AN UNITED STATES TERRITORY. GUAM IS ON THE OTHER SIDE OF THE INTERNATIONAL DATELINE FROM THE U.S. MAINLAND. WHEN IT IS 12:00 NOON, JANUARY 1ST IN LOS ANGELES, IT IS 6:00 AM, JANUARY 2ND ON GUAM. PLEASE NOTE: WHEN THE CONTINENTAL U.S. IS ON DAYLIGHT SAVINGS TIME, ADD ONE HOUR TO THE TIME FOR YOUR RESPECTIVE U.S. REGION

---

MESSAGE CONFIRMATION

JUN-04-2004 04:38 PM FRI

FAX NUMBER : 671 473 9195
NAME : US MARSHALS SERVICE

NAME/NUMBER : 94724641
PAGE : 4
START TIME : JUN-04-2004 04:37PM FRI
ELAPSED TIME : 01'12"
MODE : STD ECM
RESULTS : [ O.K ]



# Pacific Daily News
## GUAM'S *complete* SOURCE

## Certificate of Publication

Thursday, June 10, 2004

**To Whom It May Concern:**

The Undersigned hereby certifies that the below described Employment Notice, Proof of Publication of which is herewith enclosed and attached thereto, was published in the **PACIFIC DAILY NEWS/THE SUNDAY NEWS** on the following days:

>Tuesday, June 08, 2004
>Wednesday, June 09, 2004
>Thursday, June 10, 2004

Name of Applicant:            **United States Marshal Service**

Subject Matter Published:     **CIV03-00029 F/V Palau Maru No. 1/Shell Guam**

*Faye Sablan-Vasapolli*
**Faye Sablan-Vasapolli**
Classified Supervisor

Guam Publications Incorporated
P.O. Box DN Hagatna, Guam 96932
Tel: (671) 477-9711 ext 219 – Fax: (671) 472-4641
Email: fvasapolli@guampdn.com

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V PALAU MARU NO. 1,<br><br>Defendant,<br><br>and<br><br>RRG INTERNATIONAL, INC.,<br><br>Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br><br><br>AFFIDAVIT OF PUBLICATION |

GUAM USA                        )
                                ) ss:
MUNICIPALITY OF HAGÅTÑA         )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), a United States citizen, and not interested in the outcome of this case.

Page 2
Affidavit of Publication
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

2. I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

3. That on **JUNE 8, 2004, JUNE 9, 2004, and JUNE 10, 2004**, I caused to print and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF UNITED STATES MARSHAL'S SALE** with respect to Defendant Vessel F/V Palau Maru No. 1.

FURTHER AFFIANT SAYETH NOT.

Dated this **10th** day of **June 2004**.

*Faye S. Vasapolli*
FAYE S. VASAPOLLI

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **10th** day of **June 2004**, by FAYE S. VASAPOLLI.

*Marie T. Camacho*
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.695)\PLD\P#2197

32


# GUAM POWER AUTHORITY
Aturidåt Ilektresedåt Guahan
P.O. Box 2977 Hagåtña, Guam U.S.A. 96932-2977
Telephone Nos. (671)646-9251/2/3
or Facsimile (671)646-8163


Felix P. Camacho
Governor of Guam

Kaleo S. Moylan
Lt. Governor of Guam

## INVITATION FOR BID

This notice is paid for by the GUAM POWER AUTHORITY revenue funds.

| BID NO. | DUE DATE | TIME | DESCRIPTION |
|---|---|---|---|
| GPA-067-04 | 06/21/04 | 2:30 p.m. | Roll-Up Doors |

Bid package may be picked up at the GPA Procurement Office, 1st Floor, GPA Central Office, 1911 Route 16 Harmon, Guam 96911.

/s/ JOHN M. BENAVENTE, P.E.
General Manager

### JOB OPPORTUNITY
Accounts Payable/Receivable
Coordinator-Experience Required
(With Acntg. Degree/Educ./Background Preferred)
SEND RESUME TO - P.O. BOX 2326
GMF, GUAM 96921, OR
SEND BY FACSIMILE TO #637-2195

The *Pacific Daily News* is now ONLINE
• Local News • Lifestyle • Opinion
• Sports • Classifieds • National and International News Online
www.guampdn.com

**Large, Spacious Split-Level Home For Sale!**

Located in Mangilao. Great view of baseball field, near Church. Enjoy a large eat-in kitchen with plenty of cabinets, dining rm, family rm, den, living rm, 3 bdrms, 2.5 bath, separate laundry rm, w/shop & lots of storage! $275,000. For sale by owner. Call 888-1949/734-0518 for appointment.


# GUAM POWER AUTHORITY
ATURIDÅT ILEKTRESEDÅT GUAHAN
P.O. BOX 2977 • HAGÅTÑA, GUAM U.S.A. 96932-2977
Telephone Nos. (671)646-9251/2/3 or Facsimile (671) 646-8163

Felix P. Camacho
Governor of Guam

Kaleo S. Moylan
Lt. Governor of Guam

## INVITATION FOR BID

This notice is paid for by the GUAM POWER AUTHORITY Revenue Funds.

| BID NO. | DUE DATE | TIME | DESCRIPTION |
|---|---|---|---|
| GPA-066-04 | 06/21/04 | 2:00 P.M. | Guy Fitting & Photo Electric Control |
| GPA-068-04 | 06/21/04 | 3:00 P.M. | Transformers |

Bid packages may be picked up at the GPA Procurement Office, 1st floor, GPA Central Office, 1911 Route 16, Harmon, Guam 96911.

/s/ JOHN M. BENAVENTE, P.E.
General Manager


### DEPARTMENT OF MENTAL HEALTH & SUBSTANCE ABUSE
CLINICAL SERVICES DIVISION

REQUEST FOR PROPOSALS

Sagan Mami-Drop In Center  RFP No.: 2004-08
Guma Hinemlo-Permanent Supportive Housing  RFP No.: 2004-09

The Department of Mental Health and Substance Abuse is requesting the services of:

| Sagan Mami Adult Drop In Center | To provide management and operation of a Drop-in program in accordance with International Clubhouse Standards. |
|---|---|
| Guma Hinemlo Adult Permanent Supportive Housing | To provide care-worker and operational services for a permanent supportive home for adults with serious mental illness. |

RFP packages may be picked up at the Department of Mental Health and Substance Abuse Office, located at 790 Governor Carlos G. Camacho Road, Tamuning, Guam, 96913, Monday through Friday, excluding holidays, between 8:00 a.m. and 5:00 p.m. The deadline for receipt of proposal is no later than 3:00 p.m., Wednesday, June 23, 2004, Guam Standard Time. All proposals must be submitted to the attention of the Director, Department of Mental Health and Substance Abuse.

...

/s/ PETER ROBERTO, ACSW
Director


### GENERAL ORDER
No. 80-0009R

The *Pacific Daily News*, a newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

---

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM, USA

[Redacted]
Plaintiff
vs.
[Redacted]
Defendants

BY THE VIRTUE OF AN ORDER OF SALE issued out of the above entitled Court dated May 27, 2004, and commanding me to make sale of the Defendant Vessel F/V Palau Maru No. 1, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON JUNE 13th, 2004 AT THE HOUR OF 2:00 O'CLOCK P.M. DEFENDANT VESSEL F/V PALAU MARU NO. 1 WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The Defendant Vessel F/V Palau Maru No. 1 may be inspected by contacting Oceanwise Enterprises, Inc. of Suite 113, 1026 Cabras Highway, P.O., Guam USA 96915. Telephone (671) 477-9490.

TERMS: A deposit of 10% cash or certified check from the amount bid shall be paid on the date of sale upon condition that the balance of the bid is paid or approved in local Admiralty Rule A(1) and upon condition that, if the balance upon condition deposit shall be forfeited by the bidder and applied to the cost of this action, the balance of the bid is not paid; whereupon Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure the bid. Dated at Hagatna, Guam USA this 3rd day of June, 2004.

UNITED STATES MARSHAL SERVICE

/s/ JOAQUIN L.G. SALAS

---

### IN THE SUPERIOR COURT OF GUAM

SYRIL D. GODOY AND YVONNE B. GODOY,
Plaintiffs,
vs.
FINTON PHELAN, JR. AND HELENA F. PHELAN,
Defendants.

CIVIL ACTION NO. CV0397-04

SUMMONS

TO THE WITHIN NAMED DEFENDANT, HELENA F. PHELAN

You are hereby summoned and required to serve upon Plaintiff's attorney:

Michael J. Berman, Esq.
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building,
111 Chalan Santo Papa,
Hagatna, Guam 96910

an Answer to the Complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

RICHARD B. MARTINEZ
Acting Clerk of Court

By: LINDA M. PEREZ
Deputy Clerk



Celebrate the independence of the Philippines with our International lunch buffet featuring Philippine food stations.

ISLANDER TERRACE

Saturday, June 12
11:30am – 2pm
$15.50* per person
Includes live entertainment

*Price is subject to a 10% service charge.
Diamond Club discounts available.

For reservations or information, please call 646-DINE (3463).

Hilton Worldwide Resorts
Hilton Guam Resort & Spa, 202 Hilton Road, Tumon Bay, Guam 96913 Tel: 1 (671) 646 1835 Fax: 1 (671) 646 6038
Reservations: www.guam.hilton.com • www.hilton.co.jp

Classified advertisements page from Pacific Daily News, Wednesday, June 9, 2004, including notices of sale, public hearing notices, rental ads, employment ads, real estate listings, and a Request for Proposal from GHURA.

Classified advertisements page from Pacific Daily News, Thursday, June 10, 2004, including:

- **JOIN THE TEAM!** Government of Guam Employees Federal Credit Union — Member Service Representative I
- **APUSENTO GARDEN** — 1 Bedroom/1 Bathroom, 2 Bedrooms/2 Bathrooms, tiled or carpeted flooring, furniture available, pool, security, post office, BBQ pit, playground, laundromat. Centrally located. Utilities included or no sec. dep. Call 477-4690
- **SALESCLERK** Apply at Western Frontier Village, Next to Reef Hotel, Tumon
- **GENERAL ORDER** No. 03-00014 — The "Pacific Daily News", a newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. District Court of Guam, Territory of Guam. Filed Sept. 29, 2000.
- **NOTICE OF SALE UNDER MORTGAGE** (Tovea and Soledad M. Feubrang)
- Let the Pacific Daily News Classifieds Work for YOU! Call 472-1PDN
- **FOURTH NOTICE OF SALE UNDER MORTGAGE** (David L. Johnson and Elcynthia J. Johnson)
- **HELP WANTED: UTILIZATION REVIEW/MEDICAL MANAGEMENT SPECIALIST** — NetCare Life & Health Insurance Company. Requirements include BA/BSN Degree in Nursing or Nursing Administration, clinical experience in managed care setting, utilization review and quality assurance, experience in disease/wellness management, Microsoft Word and Excel, Guam Licensed Registered Nurse required. Submit resumes to 424 West O'Brien Drive, Julale Center, Suite 107, Hagatna, Guam 96910 by June 30, 2004.
- **QUALITY ASSURANCE MANAGER** — Foremost Foods. Submit application to 490 N. Marine Drive, Tamuning, Guam 96911. Fax 646-9059.
- **GUAM RESORT & SPA Marriott** — Housekeeping Manager, Cooks. Apply Monday–Friday 9am–4pm at HR department, or fax to 646-1657.
- **IN THE SUPERIOR COURT OF GUAM — IN THE MATTER OF THE ESTATE OF CECILIA MUNA GUZMAN, Deceased. PROBATE CASE NO. PR0038-04. NOTICE TO CREDITORS** — Anthony J.M. Guzman, Administrator. Dated June 3, 2004.
- **HOME DELIVERY** Subscribe Today and Save 34% Off the News Stand Price. Call 472-1PDN
- **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM USA** — Shell Guam, Inc. vs. Pareja-Hardin & KD International, Inc. CIVIL CASE NO. CIV03-0029. NOTICE OF UNITED STATES MARSHAL'S SALE. June 11, 2004 at 10:00 o'clock P.M. Vessel F/V Falau Maru No. 1. Contact Compass Enterprises, Inc. at Suite 103, 1026 Cabras Highway, Piti, Guam USA 96915, telephone (671) 477-9490. Dated 3rd day of June 2004. F/S Daquin L.G. Salas, United States Marshal.