Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584



Attorneys for Plaintiff Shell Guam, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant, <br><br> and <br><br> RRG INTERNATIONAL, INC., <br><br> Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029 <br><br> MOTION FOR CONFIRMATION OF SALE OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 <br><br> [NO HEARING REQUESTED] |

**COMES NOW**, Plaintiff Shell Guam, Inc., by and through its attorney of record, Steven A. Zamsky, Esq. of the Zamsky Law Firm, the only remaining party and moves this Court for an Order Confirming the Sale held on June 11, 2004 of the Defendant Vessel F/V Palau Maru No. 1 to Shell Guam, Inc., a Guam corporation, by the United States Marshal Service for the sum of $120,000.00 as a credit bid.

Page 2
Motion for Confirmation of Sale of Defendant Vessel F/V Palau Maru No. 1 [No Hearing Requested]
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

More than three (3) days have passed since the date of the sale and no opposition to it has been filed.

This Motion is based upon the files and records in this case particularly upon the Entry of Default, Final Judgment by Default as to Defendant Vessel F/V Palau Maru No. 1, Order of Sale of Defendant Vessel F/V Palau Maru No. 1, Affidavit of Publication of Sale, and the United States Marshal's Return of Sale.

Plaintiff Shell Guam, Inc. further moves that such Order affirm and ratify the execution of the United States Marshal's Bill of Sale to Plaintiff Shell Guam, Inc. and release the Defendant Vessel F/V Palau Maru No. 1 from the United States Marshal Service's custody.

Dated this 18 day of **June 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2198