Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 22 2004
MARY L. M. MORAN
CLERK OF COURT

58

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F/V PALAU MARU NO. 1, <br><br> Defendant, <br><br> and <br><br> RRG INTERNATIONAL, INC., <br><br> Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029 <br><br><br> ORDER CONFIRMING SALE OF DEFENDANT VESSEL F/V PALAU MARU NO. 1 |

This cause having come before this Court without hearing, upon the United States Marshal Service's return, and upon Plaintiff Shell Guam, Inc.'s Motion for Confirmation of Sale of Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, made on June 11, 2004 and, it appearing from the United States

ORIGINAL

Marshal Service's return that said Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, were sold at the time and place advertised for the sum of $120,000.00 which was the highest and best bid offered at said sale, and the highest bidder was Plaintiff Shell Guam, Inc., and this Court being satisfied in all respects that the aforesaid sale was regularly and fairly conducted; NOW THEREFORE it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the sale of Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, by the United States Marshal Service on June 11, 2004 to Plaintiff Shell Guam, Inc., be and the same hereby is approved and confirmed in all respects; and it is further

**ORDERED, ADJUDGED, AND DECREED** that any unspent deposits made by Plaintiff Shell Guam, Inc. to the United States Marshal's Service be paid to Plaintiff Shell Guam, Inc.; and it is further

///

///

///

///

///

///

///

///

Page 3
Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1
Shell Guam, Inc. v. F/V Palau Maru No. 1 and RRG International, Inc.
District Court of Guam Civil Case No. CIV03-00029

**ORDERED, ADJUDGED, AND DECREED** that the execution by the United States Marshal of the Bill of Sale, a proper legal conveyance of the Defendant Vessel F/V Palau Maru No. 1, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, so sold, executed and delivered by the United States Marshal's Service for the District of Guam USA to the Zamsky Law Firm, attorneys for Shell Guam, Inc., a Guam corporation, is hereby approved and ratified and the aforesaid Defendant Vessel F/V Palau Maru No. 1 be release from the custody of the United States Marshal's Service and be turned over to Shell Guam, Inc.

**SO ORDERED** this 22nd day of **JUNE 2004**.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

Z8(004.695)\PLD\P#2199

RECEIVED
JUN 21 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM