Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>F/V PALAU MARU NO. 1,<br><br>    Defendant,<br><br>    and<br><br>RRG INTERNATIONAL, INC.,<br><br>    Plaintiff-in-Intervention. | CIVIL CASE NO. CIV03-00029<br><br>CERTIFICATE OF SERVICE |

I, Steven A. Zamsky, hereby certify that on the 21st day of **June 2004**, I caused to serve by hand delivery a true and correct copy of **Motion for Confirmation of Sale of Defendant Vessel F/V Palau Maru No. 1 [No Hearing Requested]** and on the 23rd day of **June 2004** a true and

ORIGINAL

correct copy of the **1) Order Confirming Sale of Defendant Vessel F/V Palau Maru No. 1** and

**2) United States Marshal's Bill of Sale** upon the following:

> **David P. Ledger, Esq.**
> **CARLSMITH BALL, LLP**
> Suite 401, Bank of Hawaii Building
> 134 West Soledad Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff-in-Intervention RRG International, Inc.**

Dated this **23rd** day of **June 2004**.

_____
STEVEN A. ZAMSKY

Z8(004.695)\PLD\P#2212